**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jong**<br>First name<br><br>**Uk**<br>Middle name<br><br>Byun<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1067 |  |

Debtor 1   **Jong Uk Byun**                                              Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.  Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EIN

☐ I have not used any business name or EINs.

Business name(s)

EIN

**5.  Where you live**

**8201 Santa Fe Ave.
Huntington Park, CA 90255**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.  Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | **Jong Uk Byun** | Case number *(if known)* | |
|---|---|---|---|

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.    How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.    Have you filed for bankruptcy within the last 8 years?**

- ☐ No.
- ☒ Yes.

| | District | When | Case number |
|---|---|---|---|
| | Central District of California (Los Angeles) | 8/03/18 | 2:18-bk-19004-VZ |
| | District | When | Case number |
| | District | When | Case number |

**10.    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.

| | Debtor | | Relationship to you | |
|---|---|---|---|---|
| | District | When | Case number, if known | |
| | Debtor | | Relationship to you | |
| | District | When | Case number, if known | |

**11.    Do you rent your residence?**

- ☒ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?
  - ☐    No. Go to line 12.
  - ☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Jong Uk Byun**                                                       Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.  I am not filing under Chapter 11.

■ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.  What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____
Number, Street, City, State & Zip Code

---

Debtor 1    Jong Uk Byun

Case number *(if known)*

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    __Jong Uk Byun_____    Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☑ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Jong Uk Byun

___Jong Uk Byun_____        _____
Signature of Debtor 1                              Signature of Debtor 2

Executed on    __August 14, 2020_____        Executed on    _____
MM / DD / YYYY                                     MM / DD / YYYY

Debtor 1  **Jong Uk Byun**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Giovanni Orantes**
Signature of Attorney for Debtor

Date  **August 14, 2020**
MM / DD / YYYY

**Giovanni Orantes 190060**
Printed name

**The Orantes Law Firm, A.P.C**
Firm name

**3435 Wilshire Blvd., Suite 2920**
**Los Angeles, CA 90010**
Number, Street, City, State & ZIP Code

Contact phone  **(888) 619-8222**

Email address  **go@gobklaw.com**

**190060 CA**
Bar number & State

---

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Jong Uk Byun | | | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | | |
| Case number (if known) | | | | |

☐ Check if this is an
   amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

| | | | Unsecured claim |
|---|---|---|---|

**1**  **Adv. Fin./grand Pacifi**
5900 Pasteur Ct Ste 200
Carlsbad, CA 92008

What is the nature of the claim?    Time Shared Loan    $ **0.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)    $ **Unknown**
        Value of security:    - $ **Unknown**
        Unsecured claim    $ **0.00**

Contact

Contact phone

**2**  **Allen Park**
440 S. Vermont Ave. Ste. 301
Los Angeles, CA 90010

What is the nature of the claim?    $ **100,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)    $ **100,000.00**
        Value of security:    - $ **0.00**

Contact

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Jong Uk Byun**                                    Case number *(if known)* _____

Contact phone _____          Unsecured claim          $ **$100,000.00**

---

| 3 | | | |
|---|---|---|---|

**What is the nature of the claim?**    144 & 146 South G    $ **$290,000.00**
Street San Bernardino,
CA
4.2 acres- property
contains 5 parcels-
APN's 0136-011-31,
0136-011-41,
0136-084-20,
0136-091-11, 0136-09

**Bae Family Trust**
C/o Young U. Bae
C/o Packo Investments, Inc.
440 S. Vermont Ave. #301
Los Angeles, CA 90020

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $ **$1,290,000.00**
                  Value of security:    - $ **$1,000,000.00**
                  Unsecured claim    $ **$290,000.00**

Contact _____

Contact phone _____

---

| 4 | | | |
|---|---|---|---|

**Bank of Hope**
C/o Frandzel Robins Bloom &
Csato
Attn: Hal D. Goldflam
1000 Wilshire Blvd., 19th Fl.
Los Angeles, CA 90017

**What is the nature of the claim?**    $ **Unknown**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $ **Unknown**
                  Value of security:    - $ **$0.00**
                  Unsecured claim    $ **Unknown**

Contact _____

Contact phone _____

---

| 5 | | | |
|---|---|---|---|

**Bejac**
569 S. Van Buren Street
Placentia, CA 92870

**What is the nature of the claim?**    $ **$0.00**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
                  Value of security:    - $ _____
                  Unsecured claim    $ _____

Contact _____

Contact phone _____

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Jong Uk Byun | Case number *(if known)* | |
|---|---|---|---|

**6**

Coleman & Horowitt, LLP
1880 Century Park East, Suite 404
Los Angeles, CA 90067

What is the nature of the claim?    $ **$124,910.22**

As of the date you file, the claim is: Check that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**7**

Complete Business Solutions Group,
C/o Joe Cole
20 N. 3rd St.
Philadelphia, PA 19106

What is the nature of the claim?    $ **$346,534.96**

As of the date you file, the claim is: Check that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**8**

Deutsche Bank National Trust Co.
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Dept.
PO Box 24605
West Palm Beach, FL 33416-4605

What is the nature of the claim?    1770 East 22nd Street
Los Angeles, CA
90058  Los Angeles
County
APN 5167-015-049    $ **$71,246.63**

As of the date you file, the claim is: Check that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☒ Yes. Total claim (secured and unsecured)    $ **$221,246.63**
  - Value of security:    - $ **$150,000.00**
  - Unsecured claim    $ **$71,246.63**

Contact _____

Contact phone _____

---

**9**

DLI Assets Bravo, LLC
Parker, Simon & Kokolis, LLC
110 N. Washington Street, Ste. 500
Rockville, MD 20850

What is the nature of the claim?    $ **$160,025.74**

As of the date you file, the claim is: Check that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Jong Uk Byun**                                          Case number *(if known)*

---

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $

    Value of security:    - $

    Unsecured claim    $

Contact

Contact phone

---

**10**

**First Progress**
**Attn: Bankruptcy**
**Po Box 9053**
**Johnson City, TN 37615**

What is the nature of the claim?    **Credit Card**    **$ 117.00**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $

    Value of security:    - $

    Unsecured claim    $

Contact

Contact phone

---

**11**

**First Savings Bank/Blaze**
**Attn: Bankruptcy**
**Po Box 5096**
**Sioux Falls, SD 57117**

What is the nature of the claim?    **Credit Card**    **$ 185.00**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $

    Value of security:    - $

    Unsecured claim    $

Contact

Contact phone

---

**12**

What is the nature of the claim?    **144 & 146 South G**    **$ 98,114.20**
**Street San Bernardino,**
**CA**
**4.2 acres- property**
**contains 5 parcels:**
**APN's 0136-011-31,**
**0136-011-41,**
**0136-084-20,**
**0136-091-11, 0136-09**

**Kap Chan Chong**
**C/o Christine Chong, Esq.**
**3580 Wilshire Blvd., Ste. 900**
**Los Angeles, CA 90010**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Jong Uk Byun**                                    Case number *(if known)*

| | |
|---|---|
| Contact | |
| | ■ Yes. Total claim (secured and unsecured)    $ **$98,114.20** |
| | Value of security:    - $ **$1,000,000.00** |
| Contact phone | Unsecured claim    $ **$98,114.20** |

---

**13**    **M&A Equitiies, LLC**
**C/o Allen Park**
**440 S. Vermont Ave., Ste. 301**
**Los Angeles, CA 90010**

What is the nature of the claim?                    $ **$600,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)    $ **$600,000.00**
   Value of security:    - $ **$0.00**
   Unsecured claim    $ **$600,000.00**

Contact

Contact phone

---

**14**    **Mohamed Sanfaz**
**C/o Packo Invvestments, Inc.**
**440 S. Vermont Ave., Ste. 301**
**Los Angeles, CA 90020**

What is the nature of the claim?    **Loan**    $ **$500,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)    $ **$500,000.00**
   Value of security:    - $ **$0.00**
   Unsecured claim    $ **$500,000.00**

Contact

Contact phone

---

**15**    **Resnik Hayes Moradi LLP**
**17609 Ventura Blvd, Ste 314**
**Encino, CA 91316-5132**

What is the nature of the claim?                    $ **$85,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $
   Value of security:    - $
   Unsecured claim    $

Contact

Contact phone

---

**16**    **Sequoia Financial Svcs**
**Attn: Bankruptcy**
**28632 Roadside Dr , Ste 110**

What is the nature of the claim?    **Collection Attorney**    $ **$596.25**
**City Of Riverside**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Jong Uk Byun** _____    Case number *(if known)* _____

**Agoura Hills, CA 91301**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured)    $ _____
       Value of security:    - $ _____
       Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**17**

| | |
|---|---|
| | What is the nature of the claim? | 144 & 146 South G Street San Bernardino, CA 4.2 acres- property contains 5 parcels: APN's 0136-011-31, 0136-011-41, 0136-084-20, 0136-091-11, 0136-09 | $ **$462,500.00** |

**Small Business Administration**
**200 West Santa Ana Blvd.**
**Suite 180**
**Santa Ana, CA 92701**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☐ No
☑ Yes. Total claim (secured and unsecured)    $ **$462,500.00**
       Value of security:    - $ **$1,000,000.00**
       Unsecured claim    $ **$462,500.00**

Contact _____

Contact phone _____

---

**18**

**Synchrony Bank/Amazon**
**Attn:  Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

What is the nature of the claim?    **Charge Account**    $ **$21.00**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured)    $ _____
       Value of security:    - $ _____
       Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**19**

**The Bank of Missouri/Milestone**
**c/o quantum3 Group, LLC**
**P O Box 788**
**Kirkland, WA 98083-0788**

What is the nature of the claim?    $ **$35.02**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Jong Uk Byun**                                      Case number *(if known)*

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
        Value of security:    - $ _____
        Unsecured claim    $ _____

---

**20**

**Wells Fargo Dealer Services**
**Attn: Bankruptcy**
**1100 Corporate Center Drive**
**Raleigh, NC 27607**

**What is the nature of the claim?**    **2017 Honda Ridgeline**    $ **$15,632.00**
**110000 miles**
**Location: 8201 Santa**
**Fe Ave., Huntington**
**Park CA 90255**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)    $ **$15,632.00**
Contact        Value of security:    - $ **$0.00**
Contact phone        Unsecured claim    $ **$15,632.00**

---

| Part 2: | Sign Below |
| --- | --- |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    **/s/ Jong Uk Byun**                                  X _____
     **Jong Uk Byun**                                       Signature of Debtor 2
     Signature of Debtor 1


Date    **August 14, 2020**                                Date _____

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 7

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

### United States Bankruptcy Court
#### Central District of California

In re    **Jong Uk Byun**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the  named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 14, 2020**

Signature    **/s/ Jong Uk Byun**
**Jong Uk Byun**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Chapter 11 case number 2:18-bk-19004-VZ filed on August 3, 2018.  Case was dismissed on October 1, 2019 and closed on February 4, 2020.**

**Corporate Chapter 11 filed by Central Metal, Inc. case number 2:10-bk-10642-VZ filed on January 8, 2010.  Case was dischaged on July 5, 2011 and closed on July 12, 2011.**
**Joint Chapter 11 case number 2:10-bk-11241-VZ filed by Jong Uk Byun and Bok Soon Byun on January 12, 2010.  Debtors obtained a discharge on June 24, 2011 and case was closed on Januarry 25, 2013.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Los Angeles**                              , California.

Date:        **August 14, 2020**

/s/ Jong Uk Byun
Jong Uk Byun
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                          Page 1          **F 1015-2.1.STMT.RELATED.CASES**

Attorney or Party Name, Address, Telephone & FAX Nos., | FOR COURT USE ONLY
State Bar No. & Email Address
**Giovanni Orantes 190060**
**3435 Wilshire Blvd., Suite 2920**
**Los Angeles, CA 90010**
**(888) 619-8222 Fax: (877) 789-5776**
California State Bar Number: 190060 CA
go@gobklaw.com

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

      **Jong Uk Byun**

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the
master mailing list of creditors filed in this bankruptcy case, consisting of __11__ sheet(s) is complete, correct, and
consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **August 14, 2020**

    Signature of Debtor 1

Date:  _____

    Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **August 14, 2020**

    Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Jong Uk Byun
8201 Santa Fe Ave.
Huntington Park, CA 90255


Giovanni Orantes
The Orantes Law Firm, A.P.C
3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010


Adv. Fin./grand Pacifi
5900 Pasteur Ct Ste 200
Carlsbad, CA 92008


Allen Park
440 S. Vermont Ave. Ste. 301
Los Angeles, CA 90010


Amex
PO Box 981535
El Paso, TX 79998-1535


Bae Family Trust
C/o Young U. Bae
C/o Packo Investments, Inc.
440 S. Vermont Ave. #301
Los Angeles, CA 90020


Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634


Bank of Hope
C/o Frandzel Robins Bloom & Csato
Attn: Hal D. Goldflam
1000 Wilshire Blvd., 19th Fl.
Los Angeles, CA 90017

Bejac
569 S. Van Buren Street
Placentia, CA 92870

Bmw Bank Of North Amer
Attn: Bankruptcy
Po Box 3608
Dublin, OH 43016

Bok Sook Byun
c/o Steven Polard
1880 Century Park East, Ste. 404
Los Angeles, CA 90067

California Dept. of Tax and Fee Adm
Special Ops. MIC 55
Sacramento, CA 94279

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One / Saks F
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Cemex Construction Materials
1430 East Santa Clara Street
Santa Paula, CA 93060

Central Metal, Inc.
8201 Santa Fe Ave.
Huntington Park, CA 90255

City of Los Angeles
Office of Finance
Po Box 53233
Los Angeles, CA 90053-0233


Coleman & Horowitt, LLP
1880 Century Park East, Suite 404
Los Angeles, CA 90067


Complete Business Solutions Group,
C/o Joe Cole
20 N. 3rd St.
Philadelphia, PA 19106


CP Construction
105 N. Loma Place
Upland, CA 91786


Creditors adjustment
14226 Ventura Blvd.
Sherman Oaks, CA 91423


Daniel Park
3435 Wilshire Blvd. Ste. 2700
Los Angeles, CA 90010


Deutsche Bank National Trust
c/o Nationstar Mortgage LLC
350 Highland Dr.
Lewisville, TX 75067


Deutsche Bank National Trust Co.
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Dept.
PO Box 24605
West Palm Beach, FL 33416-4605

DLI Assets Bravo, LLC
Parker, Simon & Kokolis, LLC
110 N. Washington Street, Ste. 500
Rockville, MD 20850


DTSC- Site Clean Up Program
Po Box 806
Sacramento, CA 95812


Eisner Jaffe
9601 Wilshire Blvd., 7th Fl.
Beverly Hills, CA 90210


Employment Development Department
Bankruptcy Group MIC 92E
Po Box 826880
Sacramento, CA 94280-0001


Equifax
Po Box 740241
Atlanta, GA 30374


Executive Director
State Board of Equalization
450 N Street, MIC: 73
Sacramento, CA 95814-0073


Experian
475 Anton Blvd.
Costa Mesa, CA 92626


First PREMIER Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

First Progress
Attn: Bankruptcy
Po Box 9053
Johnson City, TN 37615


First Savings Bank/Blaze
Attn: Bankruptcy
Po Box 5096
Sioux Falls, SD 57117


Franchise Tax Board
Bankruptcy Section, MS: A-340
Po Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board Chief Counsel
c/o General Counsel Section
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720


Genesis Bankcard Services
PO Box 4477
Beaverton, OR 97076


Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076


Hose- Man
5397 North Irwindale Ave
Baldwin Park, CA 91706


Hyundai Steel Company
c/o O'Melveny & Myers LLP
Attn: Darren Patrick
400 S. Hope Street, 18th Fl.
Los Angeles, CA 90071

Hyundai Steel Company
c/o Taejoong Kim
10550 Talbert Ave., Fl 2
Fountain Valley, CA 92708


Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346


Jinah Oh
21856 S. Vermont Ave., #6
Torrance, CA 90502


Joan Park
c/o Daniel Park
3435 Wilshire Blvd., # 2700
Los Angeles, CA 90010


Jourdain DeWard
c/o Daniel Park
3435 Wilshire Blvd. # 2700
Los Angeles, CA 90010


Kap Chan Chong
C/o Christine Chong, Esq.
3580 Wilshire Blvd., Ste. 900
Los Angeles, CA 90010


Los Angeles County Tax Collector
Bankruptcy Unit
Po Box 54110
Los Angeles, CA 90054-0110


M&A Equitiies, LLC
C/o Allen Park
440 S. Vermont Ave., Ste. 301
Los Angeles, CA 90010

Mohamed Sanfaz
C/o Packo Invvestments, Inc.
440 S. Vermont Ave., Ste. 301
Los Angeles, CA 90020


Municipal Services Bureau
8325 Tuscany Way, Bldg 4
Austin, TX 78754-4734


Ocwen Loan Servicing
1661 worthington Road, Ste. 100
West Palm Beach, FL 33409


Packo Investments
C/o Allen Park
440 S. Vermont Ave., Ste. 301
Los Angeles, CA 90020


Par Funding
Complete Business Solution Group
141 N. 2nd Street
Philadelphia, PA 19106


Prima Financial
680 Langsdorf Dr. Ste. 207
Fullerton, CA 92831


Quarter Spot Inc/ DLI Assets Bravo
110 N. Washington St., Ste. 500
Rockville, MD 20850


Resnik Hayes Moradi LLP
17609 Ventura Blvd, Ste 314
Encino, CA 91316-5132

San Bernardino County
Collections Unit
825 East Hospitality Lane
First Fl.
San Bernardino, CA 92415-0914


San Bernardino County Tax Collector
Attn: Director or Executive Officer
172 West Third St., First Floor
San Bernardino, CA 92415-0360


Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165


Sequoia Financial Svcs
Attn: Bankruptcy
28632 Roadside Dr , Ste 110
Agoura Hills, CA 91301


Small Business Administration
200 West Santa Ana Blvd.
Suite 180
Santa Ana, CA 92701


Soo Yeong Kim
8300 Santa Fe Ave
Huntington Park, CA 90255


Southern Counties Oil, Co.
1800 W. Katella Ave., Ste. 400
Orange, CA 92867


State Board of Equalization
Account Information Group
MIC: 29
PO Box 942879
Sacramento, CA 94279-0029

State Board of Equalization
Special Operations Bankruptcy Team
MIC: 74
P.O. Box 942879
Sacramento, CA 94279-0074


Stephen M. Cook
7210 Jordan Ave.
Canoga Park, CA 91303-1223


Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Chevron
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896


The Bank of Missouri/Milestone
c/o quantum3 Group, LLC
P O Box 788
Kirkland, WA 98083-0788


Toni Ko
1100 S. Hope Street
Los Angeles, CA 90015


Toni Ko
C/o Shirley S. Cho, Esq.
10100 Santa Monica Blvd., 13th Fl
Los Angeles, CA 90067


TransUnion
Po Box 1000
Chester, PA 19022

U.S. Securities and Exchange Commis
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071


U.S. Small Business Administration
Attn: So Cal Legal Unit
330 North Brand Boulevard, Suite 12
Glendale, CA 91203


U.S. Small Business Administration
Attn: So Cal Legal Unit
330 North Brand Boulevard, Suite 12
Glendale, CA 91203-2304


United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012


United States Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, DC 20044


United States Trustee (LA)
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017


US Bank/RMS CC
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201


Wells Fargo Bank NA
Attn: Bankruptcy
Po Box 10438
Des Moines, IA 50306

Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607


Yeon Shim Song
C/o J.J. Kim & Associates
9252 Garden Grove Blvd., Ste. 23
Garden Grove, CA 92844


Zamucen & Curren, LLP
17898 Skypark Circle, Suite C
Irvine, CA 92614