**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jong Uk Byun** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number **2:20-bk-17433-VZ**
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | Your assets<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B........................................................... | $ 43,650,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................................. | $ 178,764.49 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................ | $ 43,828,764.49 |

**Part 2:    Summarize Your Liabilities**

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $ 21,990,129.62 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 466,868.62 |
| **Your total liabilities** | $ 22,456,998.24 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*........................................................... | $ 174,668.61 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................... | $ 7,457.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| Debtor 1 | **Jong Uk Byun** | | Case number *(if known)* **2:20-bk-17433-VZ** |
|---|---|---|---|

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
   122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| | |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jong Uk Byun | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 2:20-bk-17433-VZ | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                     12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

---

1.1

**8201 Santa Fe Ave.**
Street address, if available, or other description

**Huntington Park    CA    90255-0000**
City                State        ZIP Code

**Los Angeles**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other   **Commercial**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$27,750,000.00** | **$27,750,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Property is made up of 9 parcels: APN's 6202-037-004, 6202-037-006, 6202-037-009, 6202-037-010, 6202-036-009, 6202-036-010, 6202-036-011, 6202-036-012, 6202-036-013.
Value is an estimate which may be refined through further valuation.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Jong Uk Byun**

Case number *(if known)*    **2:20-bk-17433-VZ**

---

1.2    **If you own or have more than one, list here:**

**2203 S. Alameda Street**
Street address, if available, or other description

| | | |
|---|---|---|
| **Los Angeles** | **CA** | **90058-0000** |
| City | State | ZIP Code |

**Los Angeles**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other    **Industrial**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**2 parcels: APN's 5167-015-064 and 5167-015-065
This property along with 1736 E. 24th Street and 2445 S. Alameda Street, Los Angeles are contiguous.
Value is an estimate which may be refined through further valuation.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$8,000,000.00** | **$8,000,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ Check if this is community property (see instructions)

---

1.3    **If you own or have more than one, list here:**

**1736 East 24th Street**
Street address, if available, or other description

| | | |
|---|---|---|
| **Los Angeles** | **CA** | **90058-0000** |
| City | State | ZIP Code |

**Los Angeles**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other    **Industrial**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Lot with building used as office.  APN 5167-015-067.  This property along with 2203 S. Alameda Street and 2445 S. Alameda Street, Los Angeles are contiguous.
Value is an appraised estimate which may be refined through further valuation.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,500,000.00** | **$4,500,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ Check if this is community property (see instructions)

---

Debtor 1    **Jong Uk Byun**                                      Case number *(if known)*    **2:20-bk-17433-VZ**

| | |
|---|---|
| 1.4 | **If you own or have more than one, list here:** |

**2445 S. Alameda Street**
Street address, if available, or other description

**Los Angeles**    **CA**    **90058-0000**
City    State    ZIP Code

**Los Angeles**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other   **Industrial**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$3,000,000.00**

Current value of the portion you own?    **$3,000,000.00**

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

Other information you wish to add about this item, such as local property identification number:

**Lot with building used as office.  APN 5167-015-067.  This property along with 2203 S. Alameda and 1736 E. 24th Street, Los Angeles are contiguous.**
**Value is an estimate which may be refined through further valuation.**

| | |
|---|---|
| 1.5 | **If you own or have more than one, list here:** |

**24399 Old Highway 58**
Street address, if available, or other description

**Hinkley**    **CA**    **92347-0000**
City    State    ZIP Code

**San Bernardino**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other   **Industrial**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$400,000.00**

Current value of the portion you own?    **$400,000.00**

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

Other information you wish to add about this item, such as local property identification number:

**34 acres- 2 parcels: APN's 0497-192-09-0-000 and 0497-192-10-0-000**
**Value is an estimate which may be refined through further valuation.**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................................................=>

| |
|---|
| **$43,650,000.00** |

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Jong Uk Byun** | | Case number *(if known)* | **2:20-bk-17433-VZ** |

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Honda** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

3.1
Make: **Honda**
Model: **Ridgeline**
Year: **2017**
Approximate mileage: **212535**
Other information:

Location: 8201 Santa Fe Ave., Huntington Park CA 90255

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$9,582.00**
Current value of the portion you own? **$9,582.00**

3.2
Make: **Honda**
Model: **Accord**
Year: **2009**
Approximate mileage: **283,987**
Other information:

Location: 8201 Santa Fe Ave., Huntington Park CA 90255

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$2,649.00**
Current value of the portion you own? **$2,649.00**

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

| | |
|---|---|
| 5 Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................=> | **$12,231.00** |

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| | |
|---|---|
| Household goods and furnishings; each item of which has a value of $725 or less.<br>Location: 8201 Santa Fe Ave., Huntington Park CA 90255 | **$4,000.00** |

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
■ No
☐ Yes. Describe.....

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Jong Uk Byun** | | Case number *(if known)* | **2:20-bk-17433-VZ** |
|---|---|---|---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Clothing for debtor, each item of which has a value of $725 or less.<br>Location: 8201 Santa Fe Ave., Huntington Park CA 90255 | $1,000.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

   | |
   |---|
   | $5,000.00 |

**Part 4:** **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ■ Yes..............................................................................................

    | | |
    |---|---|
    | Cash on hand | $55,000.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ■ Yes.......................

| | Institution name: | |
|---|---|---|
| 17.1. | Checking account number ending in 4380 | Hanmi Bank |

|  |
|---|
| $1,053.75 |

| Debtor 1 | **Jong Uk Byun** | | Case number *(if known)* | **2:20-bk-17433-VZ** |

| | 17.2. | **Checking account ending in 4399** | Hanmi Bank | $1,000.30 |
|---|---|---|---|---|
| | 17.3. | **Checking account number ending in 7574** | Hanmi Bank | $104,479.44 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................         Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Central Metal, Inc.** | 100 | % | Unknown |
| **Central Metal, LLC defunct** | 100 | % | $0.00 |
| **Riverside Central Metal, LLC not operating** | 100 | % | $0.00 |
| **El Monte Central Metal, LLC, not operating** | 100 | % | $0.00 |
| **San Diego Central Metal, LLC, not operating** | 100 | % | $0.00 |
| **Union Central Metal, LLC, not operating** | 100 | % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
      Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
      Type of account:        Institution name:

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................         Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............         Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No

| Debtor 1 | **Jong Uk Byun** | | Case number *(if known)* | **2:20-bk-17433-VZ** |

☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
| --- | --- | --- |
| **New York Life Term Insurance (no cash value)** | **Mi Hyun Kin** | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☑ Yes.  Describe each claim.........

| Debtor 1 | **Jong Uk Byun** | Case number *(if known)* | **2:20-bk-17433-VZ** |
|---|---|---|---|

| Debtor believes he has personal claims against Hyundai Steel Company and others described in SOFA N. 7 | $0.00 |
|---|---|

35. **Any financial assets you did not already list**
- ■ No
- ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..................................................................................................

$161,533.49

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate In Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest In That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ☐ No
- ■ Yes. Give specific information.........

| Proof of Claim in Prime Metals Bankruptcy | $0.00 |
|---|---|

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................

$0.00

**Part 8:** List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** ............................................................................... | | $43,650,000.00 |
| 56. **Part 2: Total vehicles, line 5** | $12,231.00 | |
| 57. **Part 3: Total personal and household items, line 15** | $5,000.00 | |
| 58. **Part 4: Total financial assets, line 36** | $161,533.49 | |
| 59. **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. **Total personal property.** Add lines 56 through 61... | $178,764.49 | Copy personal property total  $178,764.49 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $43,828,764.49 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jong Uk Byun** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **2:20-bk-17433-VZ** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2009 Honda Accord 283,987 miles**<br>**Location: 8201 Santa Fe Ave.,**<br>**Huntington Park CA 90255**<br>Line from *Schedule A/B*: **3.2** | $2,649.00 | ☑ $2,649.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2) |
| **Household goods and furnishings;**<br>**each item of which has a value of**<br>**$725 or less.**<br>**Location: 8201 Santa Fe Ave.,**<br>**Huntington Park CA 90255**<br>Line from *Schedule A/B*: **6.1** | $4,000.00 | ☑ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Clothing for debtor,  each item of**<br>**which has a value of $725 or less.**<br>**Location: 8201 Santa Fe Ave.,**<br>**Huntington Park CA 90255**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Cash on hand**<br>Line from *Schedule A/B*: **16.1** | $55,000.00 | ☑ $30,825.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Jong Uk Byun**                                              Case number (if known)   **2:20-bk-17433-VZ**

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐    No

        ☐    Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jong Uk Byun** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **2:20-bk-17433-VZ** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim | **Column C**<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1  Adv. Fin./grand Pacifi**<br>Creditor's Name | Describe the property that secures the claim:<br><br>**Time Share Loan** | **Unknown** | **Unknown** | **Unknown** |

**5900 Pasteur Ct Ste 200**
**Carlsbad, CA 92008**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred — **Opened 05/16  Last Active 7/20/16**

Last 4 digits of account number    **605H**

Debtor 1    **Jong Uk Byun**
    First Name          Middle Name         Last Name            Case number (if known)    **2:20-bk-17433-VZ**

| 2.2 | **Allen Park** | | | $100,000.00 | $27,750,000.00 | $0.00 |
|---|---|---|---|---|---|---|

**Allen Park**
Creditor's Name

**Describe the property that secures the claim:**

**8201 Santa Fe Ave. Huntington Park, CA 90255  Los Angeles County**
**Property is made up of 9 parcels: APN's 6202-037-004, 6202-037-006, 6202-037-009, 6202-037-010, 6202-036-009, 6202-036-010, 6202-036-011, 6202-036-012, 6202-036-013.**
**Value i**

**440 S. Vermont Ave. Ste. 301**
**Los Angeles, CA 90010**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**          **Last 4 digits of account number**

| 2.3 | **Allen Park** | | | $0.00 | $4,500,000.00 | $0.00 |
|---|---|---|---|---|---|---|

**Allen Park**
Creditor's Name

**Describe the property that secures the claim:**

**1736 East 24th Street Los Angeles, CA 90058  Los Angeles County Lot with building used as office. APN 5167-015-067.  This property along with 2203 S. Alameda Street and 2445 S. Alameda Street, Los Angeles are contiguous.**
**Value is an appr**

**440 S. Vermont Ave., Ste.301**
**Los Angeles, CA 90010**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

**Date debt was incurred**          **Last 4 digits of account number**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Jong Uk Byun**                                                        Case number (if known)   **2:20-bk-17433-VZ**
           First Name          Middle Name          Last Name

| 2.4 | **Allen Park** | Describe the property that secures the claim: | $0.00 | $8,000,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**2203 S. Alameda Street Los
Angeles, CA 90058  Los Angeles
County
2 parcels: APN's 5167-015-064 and
5167-015-065
This property along with 1736 E.
24th Street and 2445 S. Alameda
Street, Los Angeles are contiguous.
Value is an estimate whi**

**440 S. Vermont Ave., Ste.
301
Los Angeles, CA 90010**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)

**This claim is cross-collaterized.  Balance is reflected
against 8201 Santa Fe Av**

Date debt was incurred                              Last 4 digits of account number

| 2.5 | **Allen Park** | Describe the property that secures the claim: | $0.00 | $3,000,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**2445 S. Alameda Street Los
Angeles, CA 90058  Los Angeles
County
Lot with building used as office.
APN 5167-015-067.  This property
along with 2203 S. Alameda and
1736 E. 24th Street, Los Angeles are
contiguous.
Value is an estimate whic**

**440 S. Vermont Ave., Ste.
301
Los Angeles, CA 90010**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)

**This claim is cross-collaterized.  Balance is reflected
against 8201 Santa Fe Av**

Date debt was incurred                              Last 4 digits of account number

Debtor 1  **Jong Uk Byun**

| First Name | Middle Name | Last Name |

Case number (if known)  **2:20-bk-17433-VZ**

| 2.6 | **Bae Family Trust** |
| --- | --- |

Creditor's Name

Describe the property that secures the claim:    $940,000.00    $27,750,000.00    $0.00

**8201 Santa Fe Ave. Huntington Park, CA 90255  Los Angeles County**
**Property is made up of 9 parcels: APN's 6202-037-004, 6202-037-006, 6202-037-009, 6202-037-010, 6202-036-009, 6202-036-010, 6202-036-011, 6202-036-012, 6202-036-013.**
**Value i**

**C/o Young U. Bae**
**C/o Packo Investments, Inc.**
**440 S. Vermont Ave. #301**
**Los Angeles, CA 90020**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Deed of Trust**

Date debt was incurred                    Last 4 digits of account number

| 2.7 | **Bae Family Trust** |
| --- | --- |

Creditor's Name

Describe the property that secures the claim:    $0.00    $8,000,000.00    $0.00

**2203 S. Alameda Street Los Angeles, CA 90058  Los Angeles County**
**2 parcels: APN's 5167-015-064 and 5167-015-065**
**This property along with 1736 E. 24th Street and 2445 S. Alameda Street, Los Angeles are contiguous.**
**Value is an estimate whi**

**c/o Young U. Bae**
**C/o Packo Investments, Inc.**
**440 S. Vermont Ave., Ste. 301**
**Los Angeles, CA 90020**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Date debt was incurred                    Last 4 digits of account number

Debtor 1    **Jong Uk Byun**
First Name    Middle Name    Last Name

Case number (if known)    **2:20-bk-17433-VZ**

| 2.8 | **Bae Family Trust** | Describe the property that secures the claim: | $0.00 | $3,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2445 S. Alameda Street Los Angeles, CA 90058  Los Angeles County**
**Lot with building used as office. APN 5167-015-067.  This property along with 2203 S. Alameda and 1736 E. 24th Street, Los Angeles are contiguous.**
**Value is an estimate whic**

**C/o Young U. Bae**
**C/o Packo Investments, Inc.**
**440 S. Vermont Ave. Ste. 301**
**Los Angeles, CA 90020**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one:

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Date debt was incurred    Last 4 digits of account number

| 2.9 | **Bae Family Trust** | Describe the property that secures the claim: | $0.00 | $4,500,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1736 East 24th Street Los Angeles, CA 90058  Los Angeles County**
**Lot with building used as office. APN 5167-015-067.  This property along with 2203 S. Alameda Street and 2445 S. Alameda Street, Los Angeles are contiguous.**
**Value is an appr**

**C/o Young U. Bae**
**C/o Packo Investments, Inc.**
**440 S. Vermont Ave., Ste. 301**
**Los Angeles, CA 90020**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Date debt was incurred    Last 4 digits of account number

Debtor 1  __Jong Uk Byun__
   First Name        Middle Name        Last Name

Case number (if known)  **2:20-bk-17433-VZ**

| | | | |
|---|---|---|---|
| **2.10** | **Bank of America** | $0.00 | Unknown | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**Credit Line Secured**

**Attn: Bankruptcy**
**4909 Savarese Circle**
**Tampa, FL 33634**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Opened 07/07  Last Active 12/07/12**

Date debt was incurred

Last 4 digits of account number   **1392**

| | | | |
|---|---|---|---|
| **2.11** | **Bank of Hope** | $300,000.00 | $400,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**24399 Old Highway 58 Hinkley, CA
92347  San Bernardino County
34 acres- 2 parcels: APN's
0497-192-09-0-000 and
0497-192-10-0-000
Value is an estimate which may be
refined through further valuation.**

**C/o Frandzel Robins
Bloom & Csato
Attn: Hal D. Goldflam
1000 Wilshire Blvd., 19th
Fl.
Los Angeles, CA 90017**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred

Last 4 digits of account number   **1067**

Debtor 1    **Jong Uk Byun**

First Name _____ Middle Name _____ Last Name _____    Case number (if known)    **2:20-bk-17433-VZ**

| | | | | | |
|---|---|---|---|---|---|
| **2.1 2** | **BFS West, Inc.** | **Describe the property that secures the claim:** | **$0.00** | **$0.00** | **$0.00** |

Creditor's Name

**Attn: President or Corp. Officer
3301 University
Pompano Beach, FL
33065**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)    **UCC-1 Lien**

Date debt was incurred _____    Last 4 digits of account number    **0919**

| | | | | | |
|---|---|---|---|---|---|
| **2.1 3** | **Complete Business Solutions Group** | **Describe the property that secures the claim:** | **$346,534.96** | **$27,750,000.00** | **$0.00** |

Creditor's Name

**8201 Santa Fe Ave. Huntington Park, CA 90255  Los Angeles County
Property is made up of 9 parcels:
APN's 6202-037-004, 6202-037-006, 6202-037-009, 6202-037-010, 6202-036-009, 6202-036-010, 6202-036-011, 6202-036-012, 6202-036-013.
Value i**

**C/o Joe Cole
20 N. 3rd Street
Philadelphia, PA 19106**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

Date debt was incurred _____    Last 4 digits of account number _____

---

Debtor 1  **Jong Uk Byun**                                        Case number (if known)  **2:20-bk-17433-VZ**
_____
First Name        Middle Name              Last Name

| 2.1 4 | **Complete Business Solutions Group** Creditor's Name | **Describe the property that secures the claim:** | $0.00 | $8,000,000.00 | $0.00 |
|---|---|---|---|---|---|

**2203 S. Alameda Street Los Angeles, CA 90058  Los Angeles County**
**2 parcels: APN's 5167-015-064 and 5167-015-065**
**This property along with 1736 E. 24th Street and 2445 S. Alameda Street, Los Angeles are contiguous. Value is an estimate whi**

**C/o Joe Cole**
**20 N. 3rd Street**
**Philadelphia, PA 19106**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Date debt was incurred                    Last 4 digits of account number

| 2.1 5 | **Complete Business Solutions Group** Creditor's Name | **Describe the property that secures the claim:** | $0.00 | $4,500,000.00 | $0.00 |
|---|---|---|---|---|---|

**1736 East 24th Street Los Angeles, CA 90058  Los Angeles County**
**Lot with building used as office. APN 5167-015-067.  This property along with 2203 S. Alameda Street and 2445 S. Alameda Street, Los Angeles are contiguous. Value is an appr**

**C/o Joe Cole**
**20 N. 3rd Street**
**Philadelphia, PA 19106**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Date debt was incurred                    Last 4 digits of account number

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 34

| Debtor 1 | Jong Uk Byun | | | Case number (if known) | 2:20-bk-17433-VZ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.1 6 | Complete Business Solutions Group | | $0.00 | $3,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

2445 S. Alameda Street Los Angeles, CA 90058  Los Angeles County
Lot with building used as office.
APN 5167-015-067.  This property along with 2203 S. Alameda and 1736 E. 24th Street, Los Angeles are contiguous.
Value is an estimate whic

C/o Joe Cole
20 N. 3rd Street
Philadelphia, PA 19106

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)   This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av

Date debt was incurred _____    Last 4 digits of account number _____

| 2.1 7 | Complete Business Solutions Group, | | $346,534.96 | $0.00 | $346,534.96 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

C/o Joe Cole
20 N. 3rd St.
Philadelphia, PA 19106

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)   UCC-1 Lien

Date debt was incurred _____    Last 4 digits of account number _____

Debtor 1 __Jong Uk Byun__                                Case number (if known)    __2:20-bk-17433-VZ__
    First Name     Middle Name     Last Name

| 2.1 8 | **Hyundai Steel Company** | Describe the property that secures the claim: | $17,500,000.00 | $27,750,000.00 | $0.00 |

Creditor's Name

**8201 Santa Fe Ave. Huntington Park, CA 90255  Los Angeles County**
**Property is made up of 9 parcels: APN's 6202-037-004, 6202-037-006, 6202-037-009, 6202-037-010, 6202-036-009, 6202-036-010, 6202-036-011, 6202-036-012, 6202-036-013.**
**Value i**

**c/o O'Melveny & Myers LLP**
**Attn: Darren Patrick**
**400 S. Hope Street, 18th Fl.**
**Los Angeles, CA 90071**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Lien on 1736 E. 24th,  2203 S. Alameda St. , 2445 S. Alameda St.

Date debt was incurred                Last 4 digits of account number

---

| 2.1 9 | **Hyundai Steel Company** | Describe the property that secures the claim: | $0.00 | $8,000,000.00 | $0.00 |

Creditor's Name

**2203 S. Alameda Street Los Angeles, CA 90058  Los Angeles County**
**2 parcels: APN's 5167-015-064 and 5167-015-065**
**This property along with 1736 E. 24th Street and 2445 S. Alameda Street, Los Angeles are contiguous. Value is an estimate whi**

**C/o O'Melveny & Myers, LLP**
**Attn: Darren Patrick**
**400 S. Hope Street, 18th St.**
**Los Angeles, CA 90071**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av

Date debt was incurred                Last 4 digits of account number

Debtor 1    **Jong Uk Byun**

First Name        Middle Name              Last Name

Case number (if known)    **2:20-bk-17433-VZ**

| 2.2 0 | **Hyundai Steel Company** | | $0.00 | $4,500,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**1736 East 24th Street Los Angeles, CA 90058  Los Angeles County Lot with building used as office. APN 5167-015-067.  This property along with 2203 S. Alameda Street and 2445 S. Alameda Street, Los Angeles are contiguous. Value is an appr**

**C/o O'Melveny & Myers, LLP**
**Attn: Darren Patrick**
**400 S. Hope Street, 18th Fl.**
**Los Angeles, CA 90071**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)

**This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Date debt was incurred

Last 4 digits of account number

---

| 2.2 1 | **Hyundai Steel Company** | | $0.00 | $3,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**2445 S. Alameda Street Los Angeles, CA 90058  Los Angeles County Lot with building used as office. APN 5167-015-067.  This property along with 2203 S. Alameda and 1736 E. 24th Street, Los Angeles are contiguous. Value is an estimate whic**

**C/o O'Melveny & Myers, LLP**
**Attn: Darren Patrick**
**400 S. Hope Street, 18th Fl.**
**Los Angeles, CA 90071**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)

**This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Date debt was incurred

Last 4 digits of account number

---

Debtor 1  **Jong Uk Byun**
  First Name         Middle Name          Last Name

Case number (if known)  **2:20-bk-17433-VZ**

| 2.2 2 | **Kap Chan Chong** | | Describe the property that secures the claim: | $48,114.20 | $27,750,000.00 | $0.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**8201 Santa Fe Ave. Huntington Park, CA 90255  Los Angeles County**
**Property is made up of 9 parcels: APN's 6202-037-004, 6202-037-006, 6202-037-009, 6202-037-010, 6202-036-009, 6202-036-010, 6202-036-011, 6202-036-012, 6202-036-013.**
**Value i**

**C/O Christine Chong, Esq.**
**3580 Wilshire Blvd., Ste. 900**
**Los Angeles, CA 90010**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)

Date debt was incurred                Last 4 digits of account number

| 2.2 3 | **Kap Chan Chong** | | Describe the property that secures the claim: | $0.00 | $8,000,000.00 | $0.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**2203 S. Alameda Street Los Angeles, CA 90058  Los Angeles County**
**2 parcels: APN's 5167-015-064 and 5167-015-065**
**This property along with 1736 E. 24th Street and 2445 S. Alameda Street, Los Angeles are contiguous. Value is an estimate whi**

**C/O Christine Chong, Esq.**
**3580 Wilshire Blvd., Ste. 900**
**Los Angeles, CA 90010**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Date debt was incurred                Last 4 digits of account number

Debtor 1  **Jong Uk Byun**
   First Name     Middle Name     Last Name

Case number (if known)  **2:20-bk-17433-VZ**

| | | | | |
|---|---|---|---|---|
| 2.2 4 | **Kap Chan Chong** | Describe the property that secures the claim: | $0.00 | $4,500,000.00 | $0.00 |

**2.2 4**  **Kap Chan Chong**
Creditor's Name

Describe the property that secures the claim:    $0.00    $4,500,000.00    $0.00

**1736 East 24th Street Los Angeles,
CA 90058  Los Angeles County
Lot with building used as office.
APN 5167-015-067.  This property
along with 2203 S. Alameda Street
and 2445 S. Alameda Street, Los
Angeles are contiguous.
Value is an appr**

**C/O Christine Chong,
Esq.
3580 Wilshire Blvd., Ste.
900
Los Angeles, CA 90010**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that
apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **This claim is cross-collaterized.  Balance is reflected
against 8201 Santa Fe Av**

Date debt was incurred _____    Last 4 digits of account number _____

---

**2.2 5**  **Kap Chan Chong**
Creditor's Name

Describe the property that secures the claim:    $0.00    $3,000,000.00    $0.00

**2445 S. Alameda Street Los
Angeles, CA 90058  Los Angeles
County
Lot with building used as office.
APN 5167-015-067.  This property
along with 2203 S. Alameda and
1736 E. 24th Street, Los Angeles are
contiguous.
Value is an estimate whic**

**C/O Christine Chong,
Esq.
3580 Wilshire Blvd., Ste.
900
Los Angeles, CA 90010**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that
apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **This claim is cross-collaterized.  Balance is reflected
against 8201 Santa Fe Av**

Date debt was incurred _____    Last 4 digits of account number _____

---

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1    **Jong Uk Byun**
    First Name           Middle Name           Last Name           Case number (if known)    **2:20-bk-17433-VZ**

| 2.26 | **Los Angeles County Tax Collector** | | Unknown | $27,750,000.00 | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Describe the property that secures the claim:**

8201 Santa Fe Ave. Huntington Park, CA 90255 Los Angeles County
Property is made up of 9 parcels: APN's 6202-037-004, 6202-037-006, 6202-037-009, 6202-037-010, 6202-036-009, 6202-036-010, 6202-036-011, 6202-036-012, 6202-036-013.
Value i

**Bankruptcy Unit**
**Po Box 54110**
**Los Angeles, CA**
**90054-0110**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    **Property taxes**

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred** _____    **Last 4 digits of account number** _____

| 2.27 | **Los Angeles County Tax Collector** | | Unknown | $3,000,000.00 | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Describe the property that secures the claim:**

2445 S. Alameda Street Los Angeles, CA 90058 Los Angeles County
Lot with building used as office. APN 5167-015-067. This property along with 2203 S. Alameda and 1736 E. 24th Street, Los Angeles are contiguous.
Value is an estimate whic

**Bankruptcy Unit**
**Po Box 54110**
**Los Angeles, CA**
**90054-0110**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred** _____    **Last 4 digits of account number** _____

Debtor 1    **Jong Uk Byun**
   First Name       Middle Name       Last Name       Case number (if known)    **2:20-bk-17433-VZ**

| 2.28 | **Los Angeles County Tax Collector** | Describe the property that secures the claim: | Unknown | $27,750,000.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**8201 Santa Fe Ave. Huntington Park, CA 90255  Los Angeles County**
**Property is made up of 9 parcels: APN's 6202-037-004, 6202-037-006, 6202-037-009, 6202-037-010, 6202-036-009, 6202-036-010, 6202-036-011, 6202-036-012, 6202-036-013.**
**Value i**

**Bankruptcy Unit**
**Po Box 54110**
**Los Angeles, CA 90054-0110**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____    Last 4 digits of account number _____

| 2.29 | **Los Angeles County Tax Collector** | Describe the property that secures the claim: | Unknown | $8,000,000.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**2203 S. Alameda Street Los Angeles, CA 90058  Los Angeles County**
**2 parcels: APN's 5167-015-064 and 5167-015-065**
**This property along with 1736 E. 24th Street and 2445 S. Alameda Street, Los Angeles are contiguous. Value is an estimate whi**

**Bankruptcy Unit**
**Po Box 54110**
**Los Angeles, CA 90054-0110**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (Including a right to offset)    **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Date debt was incurred _____    Last 4 digits of account number _____

Debtor 1    **Jong Uk Byun**
    First Name        Middle Name        Last Name

Case number (if known)  **2:20-bk-17433-VZ**

| 2.30 | **Los Angeles County Tax Collector** | | Unknown | $8,000,000.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> **2203 S. Alameda Street Los Angeles, CA 90058  Los Angeles County**
> **2 parcels: APN's 5167-015-064 and 5167-015-065**
> **This property along with 1736 E. 24th Street and 2445 S. Alameda Street, Los Angeles are contiguous. Value is an estimate whi**

**Bankruptcy Unit**
**Po Box 54110**
**Los Angeles, CA**
**90054-0110**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number _____

| 2.31 | **Los Angeles County Tax Collector** | | Unknown | $4,500,000.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> **1736 East 24th Street Los Angeles, CA 90058  Los Angeles County Lot with building used as office. APN 5167-015-067.  This property along with 2203 S. Alameda Street and 2445 S. Alameda Street, Los Angeles are contiguous. Value is an appr**

**Bankruptcy Unit**
**Po Box 54110**
**Los Angeles, CA**
**90054-0110**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number _____

Debtor 1  __Jong Uk Byun_____    Case number (if known)   __2:20-bk-17433-VZ____
    First Name       Middle Name         Last Name

| 2.3 2 | Los Angeles County Tax Collector | | |
|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**      Unknown      $4,500,000.00      Unknown

**1736 East 24th Street Los Angeles, CA 90058  Los Angeles County Lot with building used as office. APN 5167-015-067.  This property along with 2203 S. Alameda Street and 2445 S. Alameda Street, Los Angeles are contiguous. Value is an appr**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Bankruptcy Unit**
**Po Box 54110**
**Los Angeles, CA**
**90054-0110**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)      **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Date debt was incurred _____      Last 4 digits of account number _____

| 2.3 3 | Los Angeles County Tax Collector | | |
|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**      Unknown      $3,000,000.00      Unknown

**2445 S. Alameda Street Los Angeles, CA 90058  Los Angeles County Lot with building used as office. APN 5167-015-067.  This property along with 2203 S. Alameda and 1736 E. 24th Street, Los Angeles are contiguous. Value is an estimate whic**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Bankruptcy Unit**
**Po Box 54110**
**Los Angeles, CA**
**90054-0110**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)      **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Date debt was incurred _____      Last 4 digits of account number _____

Debtor 1    **Jong Uk Byun**                                                     Case number (if known)    **2:20-bk-17433-VZ**

First Name          Middle Name          Last Name

| 2.3 4 | **M&A Equitiies, LLC** | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**C/o Allen Park
440 S. Vermont Ave., Ste.
301
Los Angeles, CA 90010**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**                     **Last 4 digits of account number**

| 2.3 5 | **Mohamed Sanfaz** | Describe the property that secures the claim: | $0.00 | $27,750,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**8201 Santa Fe Ave. Huntington
Park, CA 90255  Los Angeles
County
Property is made up of 9 parcels:
APN's 6202-037-004, 6202-037-006,
6202-037-009, 6202-037-010,
6202-036-009, 6202-036-010,
6202-036-011, 6202-036-012,
6202-036-013.
Value i**

**C/o Packo Invvestments,
Inc.
440 S. Vermont Ave., Ste.
301
Los Angeles, CA 90020**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**                     **Last 4 digits of account number**

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 18 of 34

Debtor 1  **Jong Uk Byun**

First Name        Middle Name        Last Name

Case number (if known)    **2:20-bk-17433-VZ**

---

| 2.3 6 | **Packo Investments** | | $1,450,000.00 | $27,750,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**8201 Santa Fe Ave. Huntington Park, CA 90255  Los Angeles County**
**Property is made up of 9 parcels: APN's 6202-037-004, 6202-037-006, 6202-037-009, 6202-037-010, 6202-036-009, 6202-036-010, 6202-036-011, 6202-036-012, 6202-036-013.**
**Value i**

**C/o Allen Park**
**440 S. Vermont Ave., Ste. 301**
**Los Angeles, CA 90020**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**

**Last 4 digits of account number**

---

| 2.3 7 | **Packo Investments** | | $0.00 | $4,500,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**1736 East 24th Street Los Angeles, CA 90058  Los Angeles County**
**Lot with building used as office. APN 5167-015-067.  This property along with 2203 S. Alameda Street and 2445 S. Alameda Street, Los Angeles are contiguous.**
**Value is an appr**

**C/o Allen Park**
**440 S. Vermont Ave., Ste. 301**
**Los Angeles, CA 90020**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor 1    **Jong Uk Byun**

First Name          Middle Name              Last Name

Case number (if known)    **2:20-bk-17433-VZ**

| 2.3 8 | **Packo Investments** | | $0.00 | $8,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2203 S. Alameda Street Los Angeles, CA 90058  Los Angeles County**
**2 parcels: APN's 5167-015-064 and 5167-015-065**
**This property along with 1736 E. 24th Street and 2445 S. Alameda Street, Los Angeles are contiguous. Value is an estimate whi**

C/o Allen Park
440 S. Vermont Ave., Ste. 301
Los Angeles, CA 90020

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av

Date debt was incurred

Last 4 digits of account number

| 2.3 9 | **Packo Investments** | | $0.00 | $3,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2445 S. Alameda Street Los Angeles, CA 90058  Los Angeles County**
**Lot with building used as office. APN 5167-015-067.  This property along with 2203 S. Alameda and 1736 E. 24th Street, Los Angeles are contiguous.**
**Value is an estimate whic**

C/o Allen Park
440 S. Vermont Ave., Ste. 301
Los Angeles, CA 90020

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av

Date debt was incurred

Last 4 digits of account number

Debtor 1    **Jong Uk Byun**                                            Case number (if known)    **2:20-bk-17433-VZ**
_____
First Name        Middle Name          Last Name

| 2.4 0 | **San Bernardino County Tax Collector** | Describe the property that secures the claim: | Unknown | $400,000.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**24399 Old Highway 58 Hinkley, CA 92347  San Bernardino County 34 acres- 2 parcels- APN's 0497-192-09-0-000 and 0497-192-10-0-000 Value is an estimate which may be refined through further valuation.**

**Attn: Director or Executive Officer 172 West Third St., First Floor San Bernardino, CA 92415-0360**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____        Last 4 digits of account number _____

| 2.4 1 | **Select Portfolio Servicing, Inc** | Describe the property that secures the claim: | $0.00 | Unknown | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Real Estate Mortgage**

**Attn: Bankruptcy Po Box 65250 Salt Lake City, UT 84165**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Opened 06/07  Last Active 11/11/16**

Date debt was incurred _____        Last 4 digits of account number    **3116**

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 21 of 34

Debtor 1 **Jong Uk Byun**
First Name          Middle Name          Last Name

Case number (if known)    **2:20-bk-17433-VZ**

---

| 2.4 2 | **Soo Yeong Kim** | | $0.00 | $1,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**8201 Santa Fe Ave. Huntington Park, CA 90255  Los Angeles County**
**Property is made up of 9 parcels: APN's 6202-037-004, 6202-037-006, 6202-037-009, 6202-037-010, 6202-036-009, 6202-036-010, 6202-036-011, 6202-036-012, 6202-036-013.**
**Value i**

**Yeon Shim Song**
**8300 Santa Fe Ave**
**Huntington Park, CA 90255**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**          **Last 4 digits of account number**    1934

---

| 2.4 3 | **Soo Yeong Kim** | | $0.00 | $8,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**2203 S. Alameda Street Los Angeles, CA 90058  Los Angeles County**
**2 parcels: APN's 5167-015-064 and 5167-015-065**
**This property along with 1736 E. 24th Street and 2445 S. Alameda Street, Los Angeles are contiguous. Value is an estimate whi**

**C/o J.J. Kim & Associates, P.C.**
**9252 Graden Grove Blvd.**
**Suite 23**
**Garden Grove, CA 92844**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

**Date debt was incurred**          **Last 4 digits of account number**

---

Debtor 1    **Jong Uk Byun**
    First Name        Middle Name         Last Name

Case number (if known)    **2:20-bk-17433-VZ**

| | | | | |
|---|---|---|---|---|
| **2.4 4** | **Soo Yeong Kim** | Describe the property that secures the claim: | $0.00 | $4,500,000.00 | $0.00 |

**2.4 4**

**Soo Yeong Kim**
Creditor's Name

**1736 East 24th Street Los Angeles, CA 90058  Los Angeles County**
**Lot with building used as office.**
**APN 5167-015-067.  This property along with 2203 S. Alameda Street and 2445 S. Alameda Street, Los Angeles are contiguous.**
**Value is an appr**

$0.00    $4,500,000.00    $0.00

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

C/o J.J. Kim & Associates, P.C.
9252 Graden Grove Blvd. Suite 23
Garden Grove, CA 92844

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Date debt was incurred         Last 4 digits of account number

---

**2.4 5**

**Soo Yeong Kim**
Creditor's Name

Describe the property that secures the claim:

**2445 S. Alameda Street Los Angeles, CA 90058  Los Angeles County**
**Lot with building used as office.**
**APN 5167-015-067.  This property along with 2203 S. Alameda and 1736 E. 24th Street, Los Angeles are contiguous.**
**Value is an estimate whic**

$0.00    $3,000,000.00    $0.00

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

C/o J.J. Kim & Associates, P.C.
9252 Garden Grove Blvd. Suite 23
Garden Grove, CA 92844

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Date debt was incurred         Last 4 digits of account number

---

Debtor 1   **Jong Uk Byun**                                                     Case number (if known)   **2:20-bk-17433-VZ**
_____
First Name        Middle Name              Last Name

| 2.4 6 | **Soo Yeong Kim** | | Describe the property that secures the claim: | $0.00 | $400,000.00 | $0.00 |

**Soo Yeong Kim**
Creditor's Name

**C/o J.J. Kim & Associates, P.C.
9252 Garden Grove Blvd.
Suite 23
Garden Grove, CA 92844**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**24399 Old Highway 58 Hinkley, CA
92347  San Bernardino County
34 acres- 2 parcels: APN's
0497-192-09-0-000 and
0497-192-10-0-000
Value is an estimate which may be
refined through further valuation.**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____        Last 4 digits of account number _____

| 2.4 7 | **Southern Counties Oil, Co.** | | Describe the property that secures the claim: | $0.00 | Unknown | Unknown |

**Southern Counties Oil, Co.**
Creditor's Name

**1800 W. Katella Ave., Ste. 400
Orange, CA 92867**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**Judgment on cost of goods sold
UCC 17-7587825757**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____        Last 4 digits of account number   **1916**

Debtor 1    **Jong Uk Byun**                                                  Case number (if known)    **2:20-bk-17433-VZ**
    First Name         Middle Name              Last Name

| 2.4 8 | **Southern Counties Oil, Inc.** | | $0.00 | $27,750,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**8201 Santa Fe Ave. Huntington Park, CA 90255  Los Angeles County**
**Property is made up of 9 parcels: APN's 6202-037-004, 6202-037-006, 6202-037-009, 6202-037-010, 6202-036-009, 6202-036-010, 6202-036-011, 6202-036-012, 6202-036-013.**
**Value i**

**1800 W. Katella Ave., Ste. 400**
**Orange, CA 92867**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred                    Last 4 digits of account number

| 2.4 9 | **Southern Counties Oil, Inc.** | | $0.00 | $8,000,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**2203 S. Alameda Street Los Angeles, CA 90058  Los Angeles County**
**2 parcels: APN's 5167-015-064 and 5167-015-065**
**This property along with 1736 E. 24th Street and 2445 S. Alameda Street, Los Angeles are contiguous.**
**Value is an estimate whi**

**1800 W. Katella Ave., Ste. 400**
**Orange, CA 92867**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Date debt was incurred                    Last 4 digits of account number

Debtor 1    **Jong Uk Byun**

First Name          Middle Name                Last Name

Case number (if known)    **2:20-bk-17433-VZ**

| 2.50 | **Southern Counties Oil, Inc.** | | $0.00 | $4,500,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**1736 East 24th Street Los Angeles, CA 90058  Los Angeles County Lot with building used as office. APN 5167-015-067.  This property along with 2203 S. Alameda Street and 2445 S. Alameda Street, Los Angeles are contiguous. Value is an appr**

**1800 W. Katella Ave., Ste. 400**
**Orange, CA 92867**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Date debt was incurred          Last 4 digits of account number

| 2.51 | **Southern Counties Oil, Inc.** | | $0.00 | $3,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**2445 S. Alameda Street Los Angeles, CA 90058  Los Angeles County Lot with building used as office. APN 5167-015-067.  This property along with 2203 S. Alameda and 1736 E. 24th Street, Los Angeles are contiguous. Value is an estimate whic**

**1800 W. Katella Ave., Ste. 400**
**Orange, CA 92867**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Date debt was incurred          Last 4 digits of account number

Debtor 1    **Jong Uk Byun**
    First Name        Middle Name        Last Name                Case number (if known)    **2:20-bk-17433-VZ**

| 2.52 | **Southern Counties Oil, Inc.** | **Describe the property that secures the claim:** | $0.00 | $400,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**24399 Old Highway 58 Hinkley, CA 92347  San Bernardino County**
**34 acres- 2 parcels: APN's 0497-192-09-0-000 and 0497-192-10-0-000**
**Value is an estimate which may be refined through further valuation.**

**1800 W. Katella Ave., Ste. 400**
**Orange, CA 92867**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av

Date debt was incurred    Last 4 digits of account number

| 2.53 | **Toni Ko** | **Describe the property that secures the claim:** | $943,313.50 | $27,750,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**8201 Santa Fe Ave. Huntington Park, CA 90255  Los Angeles County**
**Property is made up of 9 parcels: APN's 6202-037-004, 6202-037-006, 6202-037-009, 6202-037-010, 6202-036-009, 6202-036-010, 6202-036-011, 6202-036-012, 6202-036-013.**
**Value i**

**1100 S. Hope Street**
**Los Angeles, CA 90015**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    Last 4 digits of account number    **7471**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Jong Uk Byun**

First Name _____ Middle Name _____ Last Name _____    Case number (if known)   **2:20-bk-17433-VZ**

| 2.5 4 | **Toni Ko** |  | $0.00 | $8,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**2203 S. Alameda Street Los Angeles, CA 90058  Los Angeles County**
**2 parcels: APN's 5167-015-064 and 5167-015-065**
**This property along with 1736 E. 24th Street and 2445 S. Alameda Street, Los Angeles are contiguous. Value is an estimate whi**

C/o Shirley S. Cho, Esq.
10100 Santa Monica
Blvd., 13th Fl
Los Angeles, CA 90067

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av

Date debt was incurred _____    Last 4 digits of account number _____

| 2.5 5 | **Toni Ko** |  | $0.00 | $4,500,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**1736 East 24th Street Los Angeles, CA 90058  Los Angeles County**
**Lot with building used as office. APN 5167-015-067.  This property along with 2203 S. Alameda Street and 2445 S. Alameda Street, Los Angeles are contiguous. Value is an appr**

C/o Shirley S. Cho, Esq.
10100 Santa Monica
Blvd., 13th Fl
Los Angeles, CA 90067

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av

Date debt was incurred _____    Last 4 digits of account number _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Jong Uk Byun**
            First Name        Middle Name            Last Name

Case number (if known)   **2:20-bk-17433-VZ**

| 2.56 | **Toni Ko** | | | $0.00 | $3,000,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**2445 S. Alameda Street Los Angeles, CA 90058  Los Angeles County**
**Lot with building used as office. APN 5167-015-067.  This property along with 2203 S. Alameda and 1736 E. 24th Street, Los Angeles are contiguous.**
**Value is an estimate whic**

**C/o Shirley S. Cho, Esq.**
**10100 Santa Monica Blvd., 13th Fl**
**Los Angeles, CA 90067**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Date debt was incurred

Last 4 digits of account number

| 2.57 | **Toni Ko** | | | $0.00 | $400,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**24399 Old Highway 58 Hinkley, CA 92347  San Bernardino County**
**34 acres- 2 parcels: APN's 0497-192-09-0-000 and 0497-192-10-0-000**
**Value is an estimate which may be refined through further valuation.**

**C/o Shirley S. Cho, Esq.**
**10100 Santa Monica Blvd., 13th Fl**
**Los Angeles, CA 90067**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **This claim is cross-collaterized.  Balance is reflected against 8201 Santa Fe Av**

Date debt was incurred

Last 4 digits of account number

Debtor 1    **Jong Uk Byun**

First Name        Middle Name            Last Name

Case number (if known)    **2:20-bk-17433-VZ**

| 2.58 | **Wells Fargo Bank NA** | | | Describe the property that secures the claim: | $0.00 | Unknown | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**Secured Credit Card**

**Attn: Bankruptcy**
**Po Box 10438**
**Des Moines, IA 50306**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred

**Opened**
**3/20/13**
**Last Active**
**5/06/15**

Last 4 digits of account number    **6339**

| 2.59 | **Wells Fargo Dealer Services** | | | | $15,632.00 | $9,582.00 | $6,050.00 |

Creditor's Name

**Describe the property that secures the claim:**

**2017 Honda Ridgeline 212535 miles**
**Location: 8201 Santa Fe Ave.,**
**Huntington Park CA 90255**

**Attn: Bankruptcy**
**1100 Corporate Center**
**Drive**
**Raleigh, NC 27607**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred

**Opened**
**07/16  Last**
**Active**
**5/13/20**

Last 4 digits of account number    **6821**

Debtor 1    **Jong Uk Byun**                                                          Case number (if known)    **2:20-bk-17433-VZ**
_____
First Name        Middle Name              Last Name

| | | | |
|---|---|---|---|
| **2.6 0** | **Yeon Shim Song** | Describe the property that secures the claim: | $0.00 ... $0.00 ... $0.00 |

| 2.6 0 | Yeon Shim Song |
|---|---|

Creditor's Name

**C/o J.J. Kim &
Associates
9252 Garden Grove Blvd.,
Ste. 23
Garden Grove, CA 92844**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

As of the date you file, the claim is: Check all that
apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

**Date debt was incurred**                    **Last 4 digits of account number** _____

|  | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$21,990,129.62** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$21,990,129.62** |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐

Name, Number, Street, City, State & Zip Code
**BFS West, Inc.
C/o King & Associates
Attn: President or Corp. Officer
13 Corporate Plaza, Suite 200
Newport Beach, CA 92660**

On which line in Part 1 did you enter the creditor?  **2.12**

Last 4 digits of account number   **0919**

☐

Name, Number, Street, City, State & Zip Code
**Complete Business Solutions Group
Attn: President or Corp. Officer
141 N. 2nd St.
Philadelphia, PA 19106**

On which line in Part 1 did you enter the creditor?  **2.17**

Last 4 digits of account number  _____

☐

Name, Number, Street, City, State & Zip Code
**Hyundai Steel Company
c/o Taejoong Kim
10550 Talbert Ave., Fl 2
Fountain Valley, CA 92708**

On which line in Part 1 did you enter the creditor?  **2.18**

Last 4 digits of account number  _____

☐

Name, Number, Street, City, State & Zip Code
**Hyundai Steel Company
C/o Taejoong Kim
10550 Talbert Ave., Fl 2
Fountain Valley, CA 92708**

On which line in Part 1 did you enter the creditor?  **2.21**

Last 4 digits of account number  _____

Official Form 106D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 31 of 34

Debtor 1   **Jong Uk Byun**
   First Name         Middle Name         Last Name

Case number (if known)   **2:20-bk-17433-VZ**

☐ Name, Number, Street, City, State & Zip Code
**L. Peter Ryan
Fox Rothschild, LLP
345 California Street, Ste. 2200
San Francisco, CA 94104**

On which line in Part 1 did you enter the creditor?   **2.53**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Richard A. Marschack
C/o Goe Forsythe & Hodges LLP
18101 Von Karman Ave., Suite 1200
Irvine, CA 92612**

On which line in Part 1 did you enter the creditor?   **2.18**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Richard A. Marschack (TR)
870 Roosevelt
Irvine, CA 92620**

On which line in Part 1 did you enter the creditor?   **2.18**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**San Bernardino County
Collections Unit
825 East Hospitality Lane
First Fl.
San Bernardino, CA 92415-0914**

On which line in Part 1 did you enter the creditor?   **2.40**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Soo Yeong Kim
C/o J.J. Kim & Associates, P.C.
9252 Garden Grove Blvd.
Suite 23
Garden Grove, CA 92844**

On which line in Part 1 did you enter the creditor?   **2.42**

Last 4 digits of account number   **1934**

☐ Name, Number, Street, City, State & Zip Code
**Soo Yeong Kim
C/o J.J. Kim & Associates, P.C.
9252 Graden Grove Blvd.
Suite 23
Garden Grove, CA 92844**

On which line in Part 1 did you enter the creditor?   **2.42**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Soo Yeong Kim
Yeon Shim Song
8300 Santa Fe Ave
Huntington Park, CA 90255**

On which line in Part 1 did you enter the creditor?   **2.43**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Soo Yeong Kim
Yeon Shim Song
8300 Santa Fe Ave
Huntington Park, CA 90255**

On which line in Part 1 did you enter the creditor?   **2.44**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Soo Yeong Kim
Yeon Shim Song
8300 Santa Fe Ave
Huntington Park, CA 90255**

On which line in Part 1 did you enter the creditor?   **2.45**

Last 4 digits of account number ___

Debtor 1    **Jong Uk Byun**

First Name            Middle Name            Last Name

Case number (if known)    **2:20-bk-17433-VZ**

---

☐    Name, Number, Street, City, State & Zip Code
**Soo Yeong Kim**
**Yeon Shim Song**
**8300 Santa Fe Ave**
**Huntington Park, CA 90255**

On which line in Part 1 did you enter the creditor?    **2.46**

Last 4 digits of account number ___

---

☐    Name, Number, Street, City, State & Zip Code
**Southern Counties Oil, Inc.**
**C/o Robert W. Bollar**
**1800 W. Katella Ave.**
**Orange, CA 92867**

On which line in Part 1 did you enter the creditor?    **2.47**

Last 4 digits of account number ___

---

☐    Name, Number, Street, City, State & Zip Code
**Toni Ko**
**C/o Shirley S. Cho, Esq.**
**10100 Santa Monica Blvd., 13th Fl**
**Los Angeles, CA 90067**

On which line in Part 1 did you enter the creditor?    **2.53**

Last 4 digits of account number ___

---

☐    Name, Number, Street, City, State & Zip Code
**Toni Ko**
**C/o Fox Rothschild, LLP**
**345 California St., Suite 2200**
**San Francisco, CA 94104**

On which line in Part 1 did you enter the creditor?    **2.53**

Last 4 digits of account number    **2866**

---

☐    Name, Number, Street, City, State & Zip Code
**Toni Ko**
**1100 S. Hope Street**
**Los Angeles, CA 90015**

On which line in Part 1 did you enter the creditor?    **2.54**

Last 4 digits of account number ___

---

☐    Name, Number, Street, City, State & Zip Code
**Toni Ko**
**C/o Fox Rothschild, LLP**
**345 California St., Suite 2200**
**San Francisco, CA 94104**

On which line in Part 1 did you enter the creditor?    **2.54**

Last 4 digits of account number ___

---

☐    Name, Number, Street, City, State & Zip Code
**Toni Ko**
**C/o Fox Rothschild, LLP**
**345 California St., Suite 2200**
**San Francisco, CA 94104**

On which line in Part 1 did you enter the creditor?    **2.55**

Last 4 digits of account number ___

---

☐    Name, Number, Street, City, State & Zip Code
**Toni Ko**
**1100 S. Hope Street**
**Los Angeles, CA 90015**

On which line in Part 1 did you enter the creditor?    **2.55**

Last 4 digits of account number ___

---

☐    Name, Number, Street, City, State & Zip Code
**Toni Ko**
**C/o Fox Rothschild, LLP**
**345 California St., Suite 2200**
**San Francisco, CA 94104**

On which line in Part 1 did you enter the creditor?    **2.56**

Last 4 digits of account number ___

---

☐    Name, Number, Street, City, State & Zip Code
**Toni Ko**
**1100 S. Hope Street**
**Los Angeles, CA 90015**

On which line in Part 1 did you enter the creditor?    **2.56**

Last 4 digits of account number ___

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 33 of 34

Debtor 1    **Jong Uk Byun**

First Name          Middle Name          Last Name

Case number (if known)    **2:20-bk-17433-VZ**

---

☐ Name, Number, Street, City, State & Zip Code
**Toni Ko**
**1100 S. Hope Street**
**Los Angeles, CA 90015**

On which line in Part 1 did you enter the creditor?  **2.57**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Toni Ko**
**C/o Fox Rothschild, LLP**
**345 California St., Suite 2200**
**San Francisco, CA 94104**

On which line in Part 1 did you enter the creditor?  **2.57**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Wilshire State Bank**
**3200 Wilshire Blvd**
**Los Angeles, CA 90010**

On which line in Part 1 did you enter the creditor?  **2.11**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Yeon Shim Song**
**C/O J. J. Kim & Associates**
**9252 Garden Grove Blvd., Ste. 23**
**Garden Grove, CA 92844**

On which line in Part 1 did you enter the creditor?  **2.43**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Yeon Shim Song**
**C/O J. J. Kim & Associates**
**9252 Garden Grove Blvd., Ste. 23**
**Garden Grove, CA 92844**

On which line in Part 1 did you enter the creditor?  **2.44**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Yeon Shim Song**
**C/O J. J. Kim & Associates**
**9252 Garden Grove Blvd., Ste. 23**
**Garden Grove, CA 92844**

On which line in Part 1 did you enter the creditor?  **2.45**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Yeon Shim Song**
**C/O J. J. Kim & Associates**
**9252 Garden Grove Blvd., Ste. 23**
**Garden Grove, CA 92844**

On which line in Part 1 did you enter the creditor?  **2.46**

Last 4 digits of account number ___

---

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jong Uk Byun** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **2:20-bk-17433-VZ** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106E/F
### Schedule E/F: Creditors Who Have Unsecured Claims                                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.** Do any creditors have priority unsecured claims against you?

☐ No. Go to Part 2.

■ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Employment Development Department** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |
| | **Bankruptcy Group MIC 92E** | | | | |
| | **Po Box 826880** | When was the debt incurred? _____ | | | |
| | **Sacramento, CA 94280-0001** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |
| | Who incurred the debt? Check one. | | | | |
| | | ☐ Contingent | | | |
| | ■ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ Check if this claim is for a community debt | ■ Taxes and certain other debts you owe the government | | | |
| | Is the claim subject to offset? | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | **For notice purposes only** | | | |

Debtor 1   Jong Uk Byun                                           Case number (if known)   2:20-bk-17433-VZ

| 2.2 | **Franchise Tax Board** | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Bankruptcy Section, MS: A-340**
**Po Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

Is the claim subject to offset?

■ No
☐ Yes

■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**For notice purposes only**

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Po Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

Is the claim subject to offset?

■ No
☐ Yes

■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**For Notice purposes only**

| 2.4 | **State Board of Equalization** | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Account Information Group**
**MIC: 29**
**PO Box 942879**
**Sacramento, CA 94279-0029**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

Is the claim subject to offset?

■ No
☐ Yes

■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**For notice purpose only**

Debtor 1    **Jong Uk Byun**                          Case number (if known)    **2:20-bk-17433-VZ**

| 2.5 | **U.S. Securities and Exchange Commis** | Last 4 digits of account number | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name

**Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify _____

**For notice purposes only**

| 2.6 | **U.S. Small Business Administration** | Last 4 digits of account number | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name

**Attn: So Cal Legal Unit
330 North Brand Boulevard, Suite 12
Glendale, CA 91203**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify _____

**For notice purposes only**

| 2.7 | **United States Attorney's Office** | Last 4 digits of account number | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name

**Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify _____

**For notice purposes only**

Debtor 1    Jong Uk Byun                                                     Case number (if known)    2:20-bk-17433-VZ

| 2.8 | United States Department of Justice | Last 4 digits of account number ___ ___ ___ ___ | $0.00 | $0.00 | $0.00 |

**United States Department of Justice**
Priority Creditor's Name
**Ben Franklin Station**
**P. O. Box 683**
**Washington, DC 20044**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                    **For notice only**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **Amex** | Last 4 digits of account number _____ | $0.00 |

**Amex**
Nonpriority Creditor's Name
**PO Box 981535**
**El Paso, TX 79998-1535**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Jong Uk Byun**

Case number (if known)  **2:20-bk-17433-VZ**

---

| 4.2 | **Bank of America** | | Last 4 digits of account number | **9544** | | | **$0.00** |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**4909 Savarese Circle**
**Tampa, FL 33634**

When was the debt incurred?    **Opened 02/10  Last Active 11/15/10**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Credit Card**

---

| 4.3 | **Bejac** | | Last 4 digits of account number | | | | **Unknown** |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**569 S. Van Buren Street**
**Placentia, CA 92870**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

☐ Other. Specify

---

| 4.4 | **Bmw Bank Of North Amer** | | Last 4 digits of account number | **0955** | | | **Unknown** |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 3608**
**Dublin, OH 43016**

When was the debt incurred?    **Opened 08/08  Last Active 04/11**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify

---

Debtor 1   **Jong Uk Byun**

Case number (if known)   **2:20-bk-17433-VZ**

---

| | |
|---|---|
| **4.5** | |

**Bok Sook Byun**
Nonpriority Creditor's Name
**c/o Steven Polard**
**1880 Century Park East, Ste. 404**
**Los Angeles, CA 90067**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

| | |
|---|---|
| **4.6** | |

**California Dept. of Tax and Fee Adm**
Nonpriority Creditor's Name
**Special Ops. MIC 55**
**Sacramento, CA 94279**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| | |
|---|---|
| **4.7** | |

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number   **0308**          **$0.00**

When was the debt incurred?   **Opened 04/04  Last Active 12/31/04**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

Debtor 1  **Jong Uk Byun**

Case number (if known)   **2:20-bk-17433-VZ**

---

| 4.8 | **Capital One** | Last 4 digits of account number | 5259 | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?   **Opened 09/15  Last Active 11/27/17**

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

| 4.9 | **Capital One** | Last 4 digits of account number | 1250 | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?   **Opened 09/15  Last Active 6/30/17**

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.10 | **Capital One** | Last 4 digits of account number | 4786 | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?   **Opened 05/15  Last Active 04/17**

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| Debtor 1 | **Jong Uk Byun** | | Case number *(if known)* | **2:20-bk-17433-VZ** |

---

**4.1 1**

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **7794**          **$0.00**

**When was the debt incurred?**   **Opened 04/12  Last Active 07/12**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.1 2**

**Capital One / Saks F**
Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **4862**          **$0.00**

**When was the debt incurred?**   **Opened 11/07  Last Active 12/07**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Charge Account**

---

**4.1 3**

**Cemex Construction Materials**
Nonpriority Creditor's Name
**1430 East Santa Clara Street
Santa Paula, CA 93060**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number           **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

Debtor 1   **Jong Uk Byun**                                          Case number (if known)   **2:20-bk-17433-VZ**

---

| 4.1 4 | **City of Los Angeles** | | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name
**Office of Finance**
**Po Box 53233**
**Los Angeles, CA 90053-0233**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.1 5 | **Coleman & Horowitt, LLP** | | Last 4 digits of account number | **5895** | | $0.00 |

Nonpriority Creditor's Name
**1880 Century Park East, Suite 404**
**Los Angeles, CA 90067**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.1 6 | **CP Construction** | | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name
**105 N. Loma Place**
**Upland, CA 91786**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| Debtor 1 | **Jong Uk Byun** | | Case number (if known) | **2:20-bk-17433-VZ** |

---

| 4.1 7 | **Creditors adjustment** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**14226 Ventura Blvd.**
**Sherman Oaks, CA 91423**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify

---

| 4.1 8 | **Daniel Park** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**3435 Wilshire Blvd. Ste. 2700**
**Los Angeles, CA 90010**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify

---

| 4.1 9 | **Deutsche Bank National Trust Co.** | Last 4 digits of account number | **3895** | **$221,246.63** |

Nonpriority Creditor's Name
**c/o Ocwen Loan Servicing, LLC**
**Attn: Bankruptcy Dept.**
**PO Box 24605**
**West Palm Beach, FL 33416-4605**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    **1770 East 22nd Street Los Angeles, CA 90058  Los Angeles County  Property was foreclosed**

---

Debtor 1    **Jong Uk Byun**

Case number (if known)    **2:20-bk-17433-VZ**

| | | |
|---|---|---|
| **4.2 0** | **DLI Assets Bravo, LLC** | Last 4 digits of account number **6185** $160,025.74 |

Nonpriority Creditor's Name
**Parker, Simon & Kokolis, LLC**
**110 N. Washington Street, Ste. 500**
**Rockville, MD 20850**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| | | |
|---|---|---|
| **4.2 1** | **DTSC- Site Clean Up Program** | Last 4 digits of account number    Unknown |

Nonpriority Creditor's Name
**Po Box 806**
**Sacramento, CA 95812**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| | | |
|---|---|---|
| **4.2 2** | **Eisner Jaffe** | Last 4 digits of account number    Unknown |

Nonpriority Creditor's Name
**9601 Wilshire Blvd., 7th Fl.**
**Beverly Hills, CA 90210**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

Debtor 1   **Jong Uk Byun**

Case number (if known)   **2:20-bk-17433-VZ**

---

| 4.2 3 | **First PREMIER Bank** | Last 4 digits of account number   **5207** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117**
Number Street City State Zip Code

When was the debt incurred?   **Opened 09/17  Last Active 8/13/18**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.2 4 | **First Progress** | Last 4 digits of account number   **6301** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 9053
Johnson City, TN 37615**
Number Street City State Zip Code

When was the debt incurred?   **Opened 12/15  Last Active 07/16**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.2 5 | **First Savings Bank/Blaze** | Last 4 digits of account number   **0810** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 5096
Sioux Falls, SD 57117**
Number Street City State Zip Code

When was the debt incurred?   **Opened 07/17  Last Active 08/18**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1    **Jong Uk Byun**                                                    Case number (if known)    **2:20-bk-17433-VZ**

| 4.2 6 | **Genesis FS Card Services** | Last 4 digits of account number | **6465** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076**
Number Street City State Zip Code

When was the debt incurred?    **Opened  3/23/17  Last Active 7/11/18**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

| 4.2 7 | **Hose- Man** | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**5397 North Irwindale Ave
Baldwin Park, CA 91706**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

| 4.2 8 | **Jinah Oh** | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**21856 S. Vermont Ave., #6
Torrance, CA 90502**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

Debtor 1  **Jong Uk Byun**                                    Case number (if known)  **2:20-bk-17433-VZ**

---

| 4.2 9 | | | |
|---|---|---|---|

**Joan Park**                                              Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**c/o Daniel Park**                                         When was the debt incurred? _____
**3435 Wilshire Blvd., # 2700**
**Los Angeles, CA 90010**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**              ☐ Student loans
**debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims
■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                      ■ Other. Specify _____

---

| 4.3 0 | | | |
|---|---|---|---|

**Jourdain DeWard**                                        Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**c/o Daniel Park**                                         When was the debt incurred? _____
**3435 Wilshire Blvd. # 2700**
**Los Angeles, CA 90010**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**              ☐ Student loans
**debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims
■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                      ☐ Other. Specify _____

---

| 4.3 1 | | | |
|---|---|---|---|

**Los Angeles County Tax Collector**                       Last 4 digits of account number _____          **$0.00**
Nonpriority Creditor's Name
**Bankruptcy Unit**                                         When was the debt incurred? _____
**Po Box 54110**
**Los Angeles, CA 90054-0110**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**              ☐ Student loans
**debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims
■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                      ■ Other. Specify  **unsecured property taxes, if any**

---

Debtor 1    **Jong Uk Byun**                                                  Case number (if known)    **2:20-bk-17433-VZ**

---

| 4.3 2 | **Municipal Services Bureau** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name

**8325 Tuscany Way, Bldg 4**
**Austin, TX 78754-4734**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.3 3 | **Ocwen Loan Servicing** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name

**1661 worthington Road, Ste. 100**
**West Palm Beach, FL 33409**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.3 4 | **Par Funding** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name

**Complete Business Solution Group**
**141 N. 2nd Street**
**Philadelphia, PA 19106**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1    **Jong Uk Byun**

Case number (if known)    **2:20-bk-17433-VZ**

---

| 4.35 | **Prima Financial** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**680 Langsdorf Dr. Ste. 207**
**Fullerton, CA 92831**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number        **Unknown**

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.36 | **Resnik Hayes Moradi LLP** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**17609 Ventura Blvd, Ste 314**
**Encino, CA 91316-5132**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number        **$85,000.00**

When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.37 | **Sequoia Financial Svcs** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**28632 Roadside Dr , Ste 110**
**Agoura Hills, CA 91301**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1067**    **$596.25**

When was the debt incurred?    **Opened  7/01/14**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection Attorney City Of Riverside**

---

Debtor 1    **Jong Uk Byun**                                         Case number (if known)    **2:20-bk-17433-VZ**

---

| 4.3 8 | | | |
|---|---|---|---|

**Small Business Administration**
Nonpriority Creditor's Name
**200 West Santa Ana Blvd.**
**Suite 180**
**Santa Ana, CA 92701**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

| 4.3 9 | | | |
|---|---|---|---|

**Stephen M. Cook**
Nonpriority Creditor's Name
**7210 Jordan Ave.**
**Canoga Park, CA 91303-1223**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

| 4.4 0 | | | |
|---|---|---|---|

**Synchrony Bank/Amazon**
Nonpriority Creditor's Name
**Attn:  Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   9116    $0.00

When was the debt incurred?    **Opened 03/17  Last Active 07/18**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Charge Account**

---

Debtor 1  **Jong Uk Byun**                                    Case number (If known)  **2:20-bk-17433-VZ**

---

| 4.4<br>1 | **Synchrony Bank/Chevron** | Last 4 digits of account number **3356** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896**                      **When was the debt incurred?**     **Opened 04/97  Last Active
04/15**
Number Street City State Zip Code

**Who incurred the debt?** Check one.          **As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only                           ☐ Contingent
- ☐ Debtor 2 only                           ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only              ☐ Disputed
- ☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a  community**  ☐ Student loans
  **debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
- ■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                      ■ Other. Specify

---

| 4.4<br>2 | **The Bank of Missouri/Milestone** | Last 4 digits of account number **6465** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o quantum3 Group, LLC
P O Box 788
Kirkland, WA 98083-0788**                  **When was the debt incurred?**
Number Street City State Zip Code

**Who incurred the debt?** Check one.          **As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only                           ☐ Contingent
- ☐ Debtor 2 only                           ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only              ☐ Disputed
- ☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a  community**  ☐ Student loans
  **debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
- ■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                      ■ Other. Specify

---

| 4.4<br>3 | **US Bank/RMS CC** | Last 4 digits of account number **8969** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201**                     **When was the debt incurred?**     **Opened 04/02  Last Active
07/12**
Number Street City State Zip Code

**Who incurred the debt?** Check one.          **As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only                           ☐ Contingent
- ☐ Debtor 2 only                           ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only              ☐ Disputed
- ☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a  community**  ☐ Student loans
  **debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
- ■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                      ■ Other. Specify   **Credit Card**

---

Debtor 1  **Jong Uk Byun**                                    Case number (if known)  **2:20-bk-17433-VZ**

| 4.4 4 | **Zamucen & Curren, LLP** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**17898 Skypark Circle, Suite C**
**Irvine, CA 92614**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CPA accounting services**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt that you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Deutsche Bank National Trust**
**c/o Nationstar Mortgage LLC**
**350 Highland Dr.**
**Lewisville, TX 75067**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Executive Director**
**State Board of Equalization**
**450 N Street, MIC: 73**
**Sacramento, CA 95814-0073**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.4** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Franchise Tax Board Chief Counsel**
**c/o General Counsel Section**
**P.O. Box 1720, MS: A-260**
**Rancho Cordova, CA 95741-1720**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Genesis Bankcard Services**
**PO Box 4477**
**Beaverton, OR 97076**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Quarter Spot Inc/ DLI Assets Bravo**
**110 N. Washington St., Ste. 500**
**Rockville, MD 20850**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**State Board of Equalization**
**Special Operations Bankruptcy**
**Team**
**MIC: 74**
**P.O. Box 942879**
**Sacramento, CA 94279-0074**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.4** of (Check one):
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address                                On which entry in Part 1 or Part 2 did you list the original creditor?

| Debtor 1  Jong Uk Byun | | Case number (if known)   **2:20-bk-17433-VZ** |

**U.S. Small Business Administration**
**Attn: So Cal Legal Unit**
**330 North Brand Boulevard, Suite 12**
**Glendale, CA 91203-2304**

Line **4.38** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 466,868.62 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 466,868.62 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jong Uk Byun** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **2:20-bk-17433-VZ** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Central Metal, Inc.**<br>**24399 State Highway 58**<br>**Hinkley, CA 92347** | **Five year lease (11/1/19- 11/1/24)** |
| 2.2 | **Fleet Yards**<br>**8201 Santa Fe Ave.**<br>**Huntington Park, CA 90255** | **Five year lease/option** |
| 2.3 | **Union CM, Inc.**<br>**1736 E. 24th Street**<br>**Los Angeles, CA 90058** | **Five year lease for 1736 E. 24th Street (11/1/19- 11/1/24)** |
| 2.4 | **Union CM, Inc.**<br>**2203 S. Alameda Street**<br>**Los Angeles, CA 90058** | **Five year lease (11/1/19-11/1/24)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jong Uk Byun** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **2:20-bk-17433-VZ** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ■ No
    ☐ Yes.

        In which community state or territory did you live?    **-NONE-**   . Fill in the name and current address of that person.

        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Bok Sook Byun**<br>**c/o Steven Polard**<br>**1880 Century Park East, Ste. 404**<br>**Los Angeles, CA 90067** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____ |
| 3.2 | **Central Metal, Inc.**<br>**8201 Santa Fe Ave.**<br>**Huntington Park, CA 90255** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jong Uk Byun** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | **2:20-bk-17433-VZ** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☐ Employed | ☐ Employed |
| | | ■ Not employed | ☐ Not employed |
| | Occupation | | |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | | |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $        0.00 | $        N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$        0.00 | +$        N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $        0.00 | $        N/A |

Debtor 1    **Jong Uk Byun**                                    Case number *(if known)*    **2:20-bk-17433-VZ**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Copy line 4 here** | | 4. | $              0.00 | $              N/A |
| 5. | **List all payroll deductions:** | | | | |
| | 5a. | Tax, Medicare, and Social Security deductions | 5a. | $              0.00 | $              N/A |
| | 5b. | Mandatory contributions for retirement plans | 5b. | $              0.00 | $              N/A |
| | 5c. | Voluntary contributions for retirement plans | 5c. | $              0.00 | $              N/A |
| | 5d. | Required repayments of retirement fund loans | 5d. | $              0.00 | $              N/A |
| | 5e. | Insurance | 5e. | $              0.00 | $              N/A |
| | 5f. | Domestic support obligations | 5f. | $              0.00 | $              N/A |
| | 5g. | Union dues | 5g. | $              0.00 | $              N/A |
| | 5h. | Other deductions. Specify: | 5h.+ | $              0.00  + | $              N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | | 6. | $              0.00 | $              N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | | 7. | $              0.00 | $              N/A |
| 8. | **List all other income regularly received:** | | | | |
| | 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $      173,276.61 | $              N/A |
| | 8b. | Interest and dividends | 8b. | $              0.00 | $              N/A |
| | 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $              0.00 | $              N/A |
| | 8d. | Unemployment compensation | 8d. | $              0.00 | $              N/A |
| | 8e. | Social Security | 8e. | $        1,392.00 | $              N/A |
| | 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $              0.00 | $              N/A |
| | 8g. | Pension or retirement income | 8g. | $              0.00 | $              N/A |
| | 8h. | Other monthly income. Specify: | 8h.+ | $              0.00  + | $              N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | | 9. | $      174,668.61 | $              N/A |

| | | | | |
|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $   174,668.61  + $   N/A  = $ | 174,668.61 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: ........................................................    11.   +$              0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.   $   174,668.61

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐    No.
■    Yes. Explain:    Rental income may increase upon approval of Conditional Use Permit.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jong Uk Byun** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | **2:20-bk-17433-VZ** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.  ■ Yes.  Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 3 | ■ No ☐ Yes |
   | Daughter | 11 | ■ No ☐ Yes |
   | Son | 13 | ■ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No  ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $     **2,000.00**

   If not included in line 4:

   | | | | |
   |---|---|---|---|
   | 4a. | Real estate taxes | 4a. $ | 0.00 |
   | 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
   | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
   | 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |

5. **Additional mortgage payments for your residence,** such as home equity loans  5. $   0.00

Debtor 1    **Jong Uk Byun**

Case number (if known)    **2:20-bk-17433-VZ**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.    Electricity, heat, natural gas | 6a.  $ | 0.00 |
| | 6b.    Water, sewer, garbage collection | 6b.  $ | 0.00 |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c.  $ | 200.00 |
| | 6d.    Other. Specify: | 6d.  $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7.  $ | 1,000.00 |
| 8. | **Childcare and children's education costs** | 8.  $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9.  $ | 1,000.00 |
| 10. | **Personal care products and services** | 10.  $ | 1,000.00 |
| 11. | **Medical and dental expenses** | 11.  $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | 12.  $ | 300.00 |
| | Do not include car payments. | | |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.  $ | 500.00 |
| 14. | **Charitable contributions and religious donations** | 14.  $ | 0.00 |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.    Life insurance | 15a.  $ | 247.00 |
| | 15b.    Health insurance | 15b.  $ | 135.00 |
| | 15c.    Vehicle insurance | 15c.  $ | 75.00 |
| | 15d.    Other insurance. Specify: | 15d.  $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | 16.  $ | 0.00 |
| | Specify: | | |
| 17. | **Installment or lease payments:** | | |
| | 17a.    Car payments for Vehicle 1 | 17a.  $ | 800.00 |
| | 17b.    Car payments for Vehicle 2 | 17b.  $ | 0.00 |
| | 17c.    Other. Specify: | 17c.  $ | 0.00 |
| | 17d.    Other. Specify: | 17d.  $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18.  $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | |
| | Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.    Mortgages on other property | 20a.  $ | 0.00 |
| | 20b.    Real estate taxes | 20b.  $ | 0.00 |
| | 20c.    Property, homeowner's, or renter's insurance | 20c.  $ | 0.00 |
| | 20d.    Maintenance, repair, and upkeep expenses | 20d.  $ | 0.00 |
| | 20e.    Homeowner's association or condominium dues | 20e.  $ | 0.00 |
| 21. | **Other:** Specify: | 21.  +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 7,457.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 7,457.00 |

| | | | |
|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | |
| | 23a.    Copy line 12 *(your combined monthly income)* from Schedule I. | 23a.  $ | 174,668.61 |
| | 23b.    Copy your monthly expenses from line 22c above. | 23b.  -$ | 7,457.00 |
| | 23c.    Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c.  $ | 167,211.61 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    Explain here: **Balance is available to service debts through a Chapter 11 Plan.**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jong Uk Byun** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | **2:20-bk-17433-VZ** | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Jong Uk Byun    X _____
 **Jong Uk Byun**    Signature of Debtor 2
 Signature of Debtor 1

Date **August 28, 2020**    Date _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jong Uk Byun** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **2:20-bk-17433-VZ** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ☐ Married
    ■ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ■ No
    ☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **Jong Uk Byun**                                          Case number *(if known)*    **2:20-bk-17433-VZ**

5.   **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment,
and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery
winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐  No
■  Yes. Fill in the details.

|  | Debtor 1<br>Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until<br>the date you filed for bankruptcy: | Social Security<br>Benefits | $11,136.00 | | |
| For last calendar year:<br>(January 1 to December 31, 2019 ) | Social Security<br>Benefits | $18,150.00 | | |
| For the calendar year before that:<br>(January 1 to December 31, 2018 ) | Social Security<br>Benefits | $17,652.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
■  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an
individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
■  No.    Go to line 7.
☐  Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you
paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do
not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐  Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐  No.    Go to line 7.
☐  Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not
include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an
attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations
of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for
a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and
alimony.

■  No
☐  Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Reason for this payment |
|---|---|---|---|---|

| Debtor 1 | **Jong Uk Byun** | Case number *(if known)* | **2:20-bk-17433-VZ** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Toni Ko vs JONG BYUN, CENTRAL METAL INC BC642866 | Civil | Superior Court of California County of Los Angeles 111 N. Hill St. Los Angeles, CA 90012 | ☐ Pending ☐ On appeal ■ Concluded<br><br>- 877,500.00 |
| Southern Counties Oil vs JONG BYUN, CENTRAL METAL INC 30-2017-00899715 | CIVIL JUDGMENT | Superior Court of California County of Orange 700 W. Civic Center Drive Santa Ana, CA 92702 | ☐ Pending ☐ On appeal ■ Concluded<br><br>-10,632.99 |
| Bfs West, Inc., A California Corporation vs JONG UK BYUN, CENTRAL METAL, INC., A CALIFORNIA CO 30-2017-00915831-CU-BC-CJC | Breach of Contract | Santa Ana Municipal- Orange County 700 W. Civic Center Dr. Santa Ana, CA 92701 | ☐ Pending ☐ On appeal ■ Concluded<br><br>-313,463.02 |
| Soo Yeong Kim vs JONG UK BYUN, CENTRAL METAL, INC. BC594112 | Civil | Superior Court of California County of Los Angeles 111 N. Hill St. Los Angeles, CA 90012 | ☐ Pending ☐ On appeal ■ Concluded<br><br>- 100,000.00 |
| Bok Soon Buyn v. Jogn Uk Byun BD486686 [Related case: BD604864] | Dissolution of Marriage | Superior Court of California County of Los Angeles 111 N. Hill St. Los Angeles, CA 90012 | ■ Pending ☐ On appeal ☐ Concluded |
| Central Metal, Inc., et al. v Center Bank, et al BC532269 | Civil | Superior Court of California County of Los Angeles 111 N. Hill St. Los Angeles, CA 90012 | ☐ Pending ☐ On appeal ■ Concluded<br><br>**Writ entered 6/11/2020** |
| Central Metal, Inc. et al v. Center Bank, et al. BC287744 | Appeal | | ☐ Pending ☐ On appeal ☐ Concluded |

Debtor 1    **Jong Uk Byun**    Case number (*if known*)    **2:20-bk-17433-VZ**

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☒ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | **Explain what happened** | | |
| **Deutsche Bank National Trust Co.** **C/o PHH Mortgage Corporation** **Attn: Trailing Docs** **West Palm Beach, FL 33407** | **1770 E. 22nd Street, Los Angeles, CA 90058** ☐ Property was repossessed. ☒ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized or levied. | **December 2019** | **$237,730.81** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☒ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Charity's Name** **Address** (Number, Street, City, State and ZIP Code) | | | |

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

Debtor 1    **Jong Uk Byun**                                      Case number (*if known*)    **2:20-bk-17433-VZ**

| **Part 7:** | **List Certain Payments or Transfers** |
| --- | --- |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| The Orantes Law Firm, A.P.C<br>3435 Wilshire Blvd., Suite 2920<br>Los Angeles, CA 90010<br>go@gobklaw.com | Retainer $30,000<br>Court fees $1,898<br>Credit report $37 | August 11, 2020 | $31,935.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
| --- | --- | --- | --- |
| SA Reycling, LLC<br>2411 N. Glassell St.<br>Orange, CA 92865<br><br>None | 144 & 146 South G Street,<br>San Bernardino, CA<br>APN: 0136-011-31;<br>0136-011-41; 0136-084-20;<br>0136-091-11; 0136-091-12 | $2,250,000.00 | January 24, 2020 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
| --- | --- | --- |

Debtor 1    **Jong Uk Byun**                    Case number (*if known*)    **2:20-bk-17433-VZ**

---

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ■ **No**
- ☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

- ■ **No**
- ☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

- ■ **No**
- ☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| Part 9: | Identify Property You Hold or Control for Someone Else |

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

- ■ **No**
- ☐ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| Part 10: | Give Details About Environmental Information |

For the purpose of Part 10, the following definitions apply:

- ■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- ■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- ■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

- ☐ **No**
- ■ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

---

Debtor 1    **Jong Uk Byun**                                    Case number (*if known*)    **2:20-bk-17433-VZ**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|
| **Central Metal, Inc.**<br>**2203 South Alameda Street**<br>**Los Angeles, CA 90058** | **United States Environmental<br>Protection A<br>Region IX<br>75 Hawthorne Street<br>San Francisco, CA 94105** | **Comprehensive<br>Environmental Response,<br>Compensation and<br>Liability Act (CERCLA), 42<br>U.S.C. 9601 ey seq.** | **May 29, 2020** |

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|

**Part 11:**    **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ☐ **No. None of the above applies.  Go to Part 12.**

   ■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Central Metal, Inc.**<br>**8201 Santa Fe Ave.**<br>**Huntington Park, CA 90255** | **Metal Recycling** | EIN:    **95-4413095**<br><br>From-To    **1993- present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

   ■ **No**
   ☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

Debtor 1    Jong Uk Byun _____    Case number (if known)  2:20-bk-17433-VZ

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers
are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection
with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Jong Uk Byun
Jong Uk Byun                                            Signature of Debtor 2
**Signature of Debtor 1**

Date    August 28, 2020 _____        Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

## Notice Required by 11 U.S.C. § 342(b) for
## Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan
          for family farmers or
          fishermen

    Chapter 13 - Voluntary repayment plan
          for individuals with regular
          income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

### Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | | |
|---|---|---|
|   | $200 | filing fee |
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | | |
|---|---|---|
|   | $235 | filing fee |
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

  domestic support obligations,

  most student loans,

  certain taxes,

  debts for fraud or theft,

  debts for fraud or defalcation while acting in a fiduciary capacity,

  most criminal fines and restitution obligations,

  certain debts that are not listed in your bankruptcy papers,

  certain debts for acts that caused death or personal injury, and

  certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Jong Uk Byun**

Debtor(s)

Case No.   **2:20-bk-17433-VZ**

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Undetermined** |
| Prior to the filing of this statement I have received | $ | **30,000.00** |
| Balance Due | $ | **Undetermined** |

2.  The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 28, 2020**

*Date*

/s/Giovanni Orantes
**Giovanni Orantes 190060**
*Signature of Attorney*

**The Orantes Law Firm, A.P.C**
**3435 Wilshire Blvd., Suite 2920**
**Los Angeles, CA 90010**
**(888) 619-8222  Fax: (877) 789-5776**
**go@gobklaw.com**
*Name of law firm*

**Fill in this information to identify your case:**

Debtor 1       **Jong Uk Byun**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Central District of California

Case number    **2:20-bk-17433-VZ**
(if known)

☐ Check if this is an amended filing

## Official Form 122B
# Chapter 11 Statement of Your Current Monthly Income                                04/20

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

**Part 1:**       Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ■ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you**. Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you**. Fill out Column A, lines 2-11.

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $         0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $         0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $         0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 174,668.61 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from a business, profession, or farm | $ | 174,668.61 | Copy here -> $ 174,668.61 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from rental or other real property | $ | 0.00 | Copy here -> $ 0.00 | $ |

| Debtor 1 | Jong Uk Byun | | | Case number *(if known)* | **2:20-bk-17433-VZ** |

| | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|

7. **Interest, dividends, and royalties**  $ 0.00    $

8. **Unemployment compensation**  $ 0.00    $

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you      $ 0.00

For your spouse   $

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.   $ 1,392.00    $

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

  $    $

  $ 0.00    $

Total amounts from separate pages, if any.  + $ 0.00    $

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.   $ 176,060.61   + $    = $ 176,060.61

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    Jong Uk Byun _____    Case number *(if known)*   **2:20-bk-17433-VZ** _____

---

| **Part 2:** | **Sign Below** |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Jong Uk Byun**
**Jong Uk Byun**
Signature of Debtor 1

Date **August 28, 2020** _____
MM / DD / YYYY

---

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

Giovanni Orantes 190060
3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010
(888) 619-8222 Fax: (877) 789-5776
California State Bar Number: 190060 CA
go@gobklaw.com

FOR COURT USE ONLY

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Jong Uk Byun

CASE NO.: 2:20-bk-17433-VZ

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

#### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the
master mailing list of creditors filed in this bankruptcy case, consisting of __14__ sheet(s) is complete, correct, and
consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 28, 2020**

/s/ Jong Uk Byun
Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **August 28, 2020**

/s/ Giovanni Orantes
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION