B26 (Official Form 26) (12/08)

## United States Bankruptcy Court

## Central District of California

In re **Jong Uk Byun**,     Case No**. 2:20-bk-17433-VZ**

Debtor            Chapter 11

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] <u>HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST</u>**

This is the report as of ___9/11/2020___ on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of Jong Uk Byun holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Central Metal, Inc. | 100% | |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

**THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.**

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.                                                                                                2

Date: 9/11/2020

X _____
Signature of Authorized Individual

Jong UK Byun
Name of Authorized Individual

President
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

X _____
Signature of Debtor

_____
Signature of Joint Debtor

B26 (Official Form 26) (12/08) – Cont.                                                                                                   3

## Exhibit A

## Valuation Estimate for Central Metal, Inc.

The Debtor believes that Central Metal, Inc. has no value.

B26 (Official Form 26) (12/08) – Cont.                                                                                                                    4

## Exhibit B

## Financial Statements for Central Metal, Inc.

B26 (Official Form 26) (12/08) – Cont. 5

**Exhibit B-1**
**Balance Sheet for Central Metal, Inc.**
As of 9/11/2020

## Central Metal, Inc.
## Balance Sheet
### As of August 31, 2020

|  | Aug 31, 20 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Hanmi Bank - Checking | 11,414.21 |
| 1000 · Cash on Hand | 9,162.05 |
| **Total Checking/Savings** | 20,576.26 |
| **Other Current Assets** | |
| 1300 · Inventory | 0.00 |
| 1301 · Inventory Adjustment | 0.00 |
| **Total Other Current Assets** | 0.00 |
| **Total Current Assets** | 20,576.26 |
| **Fixed Assets** | |
| 1500 · Land | 906,570.00 |
| 1530 · Furniture and Fixture | 3,300.00 |
| 1540 · Machinery and Equipment | 2,317,973.00 |
| 17000 · Accumulated Depreciation | -2,298,454.00 |
| **Total Fixed Assets** | 929,389.00 |
| **TOTAL ASSETS** | 949,965.26 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Los Angeles Tax Collector | 1,015,580.51 |
| **Total Other Current Liabilities** | 1,015,580.51 |
| **Total Current Liabilities** | 1,015,580.51 |
| **Long Term Liabilities** | |
| Note Payable - Wells Fargo Deal | 15,632.00 |
| Note Payable - Kap Chan Chong | 48,114.20 |
| Note Payable - Complete Busines | 346,534.96 |
| Note Payable - Bank of Hope | 300,000.00 |
| Note Payable - Allen Park | 100,000.00 |
| Note Payable - Bae Family Trust | 940,000.00 |
| Note Payable - Hyundai Steel | 17,500,000.00 |
| Note Payable - Packo | 1,450,000.00 |
| Note Payable - Toni KO | 943,313.50 |
| 2500 · Loan from Stockholder-Byun | 1,182,279.26 |
| **Total Long Term Liabilities** | 22,825,873.92 |
| **Total Liabilities** | 23,841,454.43 |
| **Equity** | |
| 30100 · Capital Stock | 1,800,000.00 |
| 30150 · Additional paid-in Capital | 6,719,367.69 |
| 3500 · Retained Earnings | -31,408,193.99 |
| Net Income | -2,662.87 |
| **Total Equity** | -22,891,489.17 |
| **TOTAL LIABILITIES & EQUITY** | 949,965.26 |

# Central Metal, Inc.
# Balance Sheet
## As of February 28, 2020

|  | Feb 28, 20 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Hanmi Bank - Checking | -5,482.35 |
| 1000 · Cash on Hand | 228,721.48 |
| **Total Checking/Savings** | 223,239.13 |
| **Other Current Assets** | |
| 1300 · Inventory | 0.00 |
| 1301 · Inventory Adjustment | 0.00 |
| **Total Other Current Assets** | 0.00 |
| **Total Current Assets** | 223,239.13 |
| **Fixed Assets** | |
| 1500 · Land | 906,570.00 |
| 1530 · Furniture and Fixture | 3,300.00 |
| 1540 · Machinery and Equipment | 2,317,973.00 |
| 17000 · Accumulated Depreciation | -2,298,454.00 |
| **Total Fixed Assets** | 929,389.00 |
| **TOTAL ASSETS** | **1,152,628.13** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Los Angeles Tax Collector | 1,015,580.51 |
| **Total Other Current Liabilities** | 1,015,580.51 |
| **Total Current Liabilities** | 1,015,580.51 |
| **Long Term Liabilities** | |
| Note Payable - Wells Fargo Deal | 15,632.00 |
| Note Payable - Kap Chan Chong | 48,114.20 |
| Note Payable - Complete Busines | 346,534.96 |
| Note Payable - Bank of Hope | 300,000.00 |
| Note Payable - Allen Park | 100,000.00 |
| Note Payable - Bae Family Trust | 940,000.00 |
| Note Payable - Hyundai Steel | 17,500,000.00 |
| Note Payable - Packo | 1,450,000.00 |
| Note Payable - Toni KO | 943,313.50 |
| 2500 · Loan from Stockholder-Byun | 1,382,279.26 |
| **Total Long Term Liabilities** | 23,025,873.92 |
| **Total Liabilities** | 24,041,454.43 |
| **Equity** | |
| 30100 · Capital Stock | 1,800,000.00 |
| 30150 · Additional paid-In Capital | 6,719,367.69 |
| 3500 · Retained Earnings | -30,774,730.30 |
| Net Income | -633,463.69 |
| **Total Equity** | -22,888,826.30 |
| **TOTAL LIABILITIES & EQUITY** | **1,152,628.13** |

B26 (Official Form 26) (12/08) – Cont.                                                                                                  6

**Exhibit B-2**

**Statement of Income (Loss) for Central Metal, Inc.**

[Provide a statement of income (loss) for the following periods:
    (i) For the initial report:
    a. the period between the end of the preceding fiscal year and the end of the
    most recent six-month period of the current fiscal year; and
    b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

Central Metal, Inc. Income/Loss Statement

a. March 1, 2020 to August 20, 2020
b. Mar 1, 2019 to February 28, 2020
    (CPA)

# Central Metal, Inc.
## Profit & Loss
### March 1, 2019 through February 28, 2020

|  | Mar 1, '19 - Feb 28, 20 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Sales | 3,101,211.90 |
| 4520 · Returns & Allowances | 2,156.81 |
| 4700 · Rental Income | 201,000.00 |
| **Total Income** | 3,304,368.71 |
| **Cost of Goods Sold** | |
| 5100 · Purchases | 2,896,411.79 |
| 5210 · Fuel | 14,865.91 |
| 5320 · Freight Costs | 875.00 |
| **Total COGS** | 2,912,152.70 |
| **Gross Profit** | 392,216.01 |
| **Expense** | |
| 5224 · Parts, Supplies and Service | 7,238.96 |
| 6040 · Automobile Expense | 2,565.00 |
| 6080 · Bank Service Charges | 19,322.66 |
| 6153 · Compliance Other | 17,611.97 |
| 6170 · Computer and Internet Exp | 3,559.12 |
| 6180 · Contributions | 200.00 |
| 6200 · Depreciation Expense | 11,428.00 |
| 6220 · Dues and Subscriptions | 7,401.96 |
| 6280 · Equipment | 3,050.00 |
| 6320 · Freight Charge | 3,094.00 |
| 6340 · Insurance | 46,270.62 |
| 6400 · Laundry and Uniform | 10,690.13 |
| 6420 · Legal and Professional Fees | 96,547.52 |
| 6440 · Miscellaneous | 64,498.51 |
| 6460 · Office Expenses | 1,153.62 |
| 6520 · Rent | 334,854.45 |
| 6580 · Salaries-SG&A | 285,296.44 |
| 6700 · Payroll Tax Expense | 25,302.12 |
| 6705 · Payroll Service | 3,243.90 |
| 6800 · Taxes | 2,020.25 |
| 6960 · Utilities | 77,143.39 |
| 7000 · Principal Payment | 3,187.08 |
| **Total Expense** | 1,025,679.70 |
| **Net Ordinary Income** | -633,463.69 |
| **Net Income** | -633,463.69 |

## Central Metal, Inc.
## Profit & Loss
### March through August 2020

|  | Mar - Aug 20 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Sales | 3,189.59 |
| 4700 · Rental Income | 386,360.00 |
| **Total Income** | 389,549.59 |
| **Cost of Goods Sold** | |
| 5100 · Purchases | 5,852.46 |
| **Total COGS** | 5,852.46 |
| **Gross Profit** | 383,697.13 |
| **Expense** | |
| 6520 · Rent | 386,360.00 |
| **Total Expense** | 386,360.00 |
| **Net Ordinary Income** | -2,662.87 |
| **Net Income** | -2,662.87 |

B26 (Official Form 26) (12/08) – Cont.                                                                                              7

## Exhibit B-3
## Statement of Cash Flows for Central Metal, Inc.

[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
    a. the period between the end of the preceding fiscal year and the end of the
    most recent six-month period of the current fiscal year; and
    b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

**\*\*This will be provided in an amended filing.**

B26 (Official Form 26) (12/08) – Cont.    8

## Exhibit B-4
### Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Central Metal, Inc.

**\*\*This will be provided in an amended filing.**

B26 (Official Form 26) (12/08) – Cont.                                                                                          9

**Exhibit C**

Description of Operations for Central Metal, Inc.

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

The Debtor's estate owns 100% of Central Metal, Inc.

Central Metal, Inc. has not conducted business since 2019 and does not intend to conduct any business in the foreseeable future.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010**

A true and correct copy of the foregoing document entitled (*specify*): **Periodic Report Regarding Value, Operations And Profitability Of Entities In Which The Estate Of Jong Uk Byun Holds A Substantial Or Controlling Interest** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **09/24/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Theron S Covey on behalf of Creditor Deutsche Bank National Company
tcovey@rasflaw.com

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Evan M Jones on behalf of Creditor Hyundai Steel Company
ejones@omm.com, ejones@omm.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Giovanni Orantes on behalf of Debtor Jong Uk Byun
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Valerie Smith on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **September 24, 2020** | Omar Amaya | [signature] |
| *Date* | *Printed Name* | *Signature* |