Giovanni Orantes (State Bar No. 190060)
**THE ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd. Suite 2920
Los Angeles, CA 90010
Telephone: (213) 389-4362
Facsimile: (877) 789-5776
go@gobklaw.com

Counsel for Debtor and
Debtor-In-Possession Jong Uk Byun

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Jong Uk Byun,<br><br>              Debtor and Debtor-in-Possession. | Case 2:20-bk-17433-VZ<br><br>Chapter 11<br><br>**AMENDED NOTICE OF HEARING ON DEBTOR'S MOTIONS FOR:**<br><br>1) **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER APPROVING A BUDGET FOR THE USE OF THE DEBTOR'S CASH AND POST-PETITION INCOME (DOCKET NO. 59); AND,**<br><br>2) **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING USE OF CASH COLLATERAL [11 U.S.C. § 363] (DOCKET NO. 60)**<br><br><u>**CORRECT HEARING INFORMATION:**</u><br>Date:     October 20, 2020<br>Time:    11:00 A.M.<br>Place:    Crtrm: 1368<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; AND THE OFFICE OF THE UNITED STATES TRUSTEE AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the hearings on the Debtor's (1) Notice Of Motion And Motion In Individual Chapter 11 Case For Order Approving A Budget For The Use Of The Debtor's Cash And Post-Petition Income (Docket No. 59) and (2) Notice Of Motion And Motion In Individual Chapter 11 Case For Order Authorizing Use Of Cash Collateral [11 U.S.C. § 363] (Docket No. 60) (together, the "Motions") will take place on **October 20, 2020 at 11:00 A.M. in Courtroom 1368, located at 255 East Temple Street, Los Angeles, California 90012.** The Motions erroneously stated that the courtroom for the Motions was 1360.

**Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file and serve a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion, deem such failure to be consent to the granting of the Motion and may grant the requested relief.

Date: September 30, 2020					**THE ORANTES LAW FIRM, P.C.**

						By: /s/ Giovanni Orantes
						    Giovanni Orantes, Esq.
						    Attorney for Debtor and
						    Debtor-in-Posession

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3435 Wilshire Blvd., Suite 2920**
**Los Angeles, CA 90010**

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF HEARING ON DEBTOR'S MOTIONS FOR:**

1) **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER APPROVING A BUDGET FOR THE USE OF THE DEBTOR'S CASH AND POST-PETITION INCOME (DOCKET NO. 59); AND,**

2) **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING USE OF CASH COLLATERAL [11 U.S.C. § 363] (DOCKET NO. 60)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **09/30/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Theron S Covey on behalf of Creditor Deutsche Bank National Company
tcovey@rasflaw.com

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Evan M Jones on behalf of Creditor Hyundai Steel Company
ejones@omm.com, ejones@omm.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Giovanni Orantes on behalf of Debtor Jong Uk Byun
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Valerie Smith on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **09/30/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Judge Vincent Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 30, 2020 | Omar Amaya | |
|---|---|---|
| Date | Printed Name | Signature |

# Top 20 unsecured Creditors

| | |
|---|---|
| Adv. Fin./grand Pacific<br>5900 Pasteur Ct Ste 200<br>Carlsbad, CA 92008 | Bejac<br>569 S. Van Buren Street<br>Placentia, CA 92870 |
| DTSC- Site Clean Up Program<br>Po Box 806<br>Sacramento, CA 95812 | California Dept. of Tax and Fee Adm<br>Special Ops. MIC 55<br>Sacramento, CA 94279 |
| Complete Business Solutions Group<br>C/o Joe Cole<br>20 N. 3rd St.<br>Philadelphia, PA 19106 | Bok Sook Byun<br>c/o Steven Polard<br>1880 Century Park East, Ste. 404<br>Los Angeles, CA 90067 |
| Eisner Jaffe<br>9601 Wilshire Blvd., 7th Fl.<br>Beverly Hills, CA 90210 | Daniel Park<br>3435 Wilshire Blvd. Ste. 2700<br>Los Angeles, CA 90010 |
| Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>1100 Corporate Center Drive<br>Raleigh, NC 27607 | Sequoia Financial Svcs<br>Attn: Bankruptcy<br>28632 Roadside Dr, Ste 110<br>Agoura Hills, CA 91301 |
| Joan Park<br>c/o Daniel Park<br>3435 Wilshire Blvd., # 2700<br>Los Angeles, CA 90010 | Jourdain DeWard<br>c/o Daniel Park<br>3435 Wilshire Blvd. # 2700<br>Los Angeles, CA 90010 |
| Resnik Hayes Moradi LLP<br>17609 Ventura Blvd, Ste 314<br>Encino, CA 91316-5132 | Jinah Oh<br>21856 S. Vermont Ave., #6<br>Torrance, CA 90502 |
| Creditors adjustment<br>14226 Ventura Blvd.<br>Sherman Oaks, CA 91423 | Bmw Bank Of North Amer<br>Attn: Bankruptcy<br>Po Box 3608<br>Dublin, OH 43016 |
| Cemex Construction Materials<br>1430 East Santa Clara Street<br>Santa Paula, CA 93060 | Hose- Man<br>5397 North Irwindale Ave<br>Baldwin Park, CA 91706 |
| DLI Assets Bravo, LLC<br>Parker, Simon & Kokolis, LLC<br>110 N. Washington Street,<br>Ste. 500<br>Rockville, MD 20850 | Deutsche Bank National Trust Co.<br>c/o Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Dept.<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 |

# Secured Creditors

| | |
|---|---|
| Adv. Fin./grand Pacific<br>5900 Pasteur Ct Ste 200<br>Carlsbad, CA 92008 | Allen Park<br>440 S. Vermont Ave. Ste. 301<br>Los Angeles, CA 90010 |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634 | Complete Business Solutions Group<br>C/o Joe Cole<br>20 N. 3rd Street<br>Philadelphia, PA 19106 |
| Bank of Hope<br>C/o Frandzel Robins Bloom & Csato<br>Attn: Hal D. Goldflam<br>1000 Wilshire Blvd., 19th Fl.<br>Los Angeles, CA 90017 | Hyundai Steel Company<br>c/o O'Melveny & Myers LLP<br>Attn: Darren Patrick<br>400 S. Hope Street, 18th Fl.<br>Los Angeles, CA 90071 |
| Los Angeles County Tax Collector<br>Bankruptcy Unit<br>Po Box 54110<br>Los Angeles, CA 90054-0110 | M&A Equitiies, LLC<br>C/o Allen Park<br>440 S. Vermont Ave., Ste. 301<br>Los Angeles, CA 90010 |
| Packo Investments<br>C/o Allen Park<br>440 S. Vermont Ave., Ste. 301<br>Los Angeles, CA 90020 | San Bernardino County Tax Collector<br>Attn: Director or Executive Officer<br>172 West Third St., First Floor<br>San Bernardino, CA 92415-0360 |
| Soo Yeong Kim<br>Yeon Shim Song<br>8300 Santa Fe Ave<br>Huntington Park, CA 90255 | Soo Yeong Kim<br>C/o J.J. Kim & Associates, P.C.<br>9252 Graden Grove Blvd., Suite 23<br>Garden Grove, CA 92844 |
| Toni Ko<br>1100 S. Hope Street<br>Los Angeles, CA 90015 | Toni Ko<br>C/o Shirley S. Cho, Esq.<br>10100 Santa Monica Blvd., 13th Fl<br>Los Angeles, CA 90067 |
| Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>1100 Corporate Center Drive<br>Raleigh, NC 27607 | Yeon Shim Song<br>C/o J.J. Kim & Associates<br>9252 Garden Grove Blvd., Ste. 23<br>Garden Grove, CA 92844 |
| Complete Business Solutions Group<br>Attn: President or Corp. Officer<br>141 N. 2nd St.<br>Philadelphia, PA 19106 | Hyundai Steel Company<br>c/o Taejoong Kim<br>10550 Talbert Ave., Fl 2<br>Fountain Valley, CA 92708 |
| Soo Yeong Kim<br>Yeon Shim Song<br>8300 Santa Fe Ave<br>Huntington Park, CA 90255 | Toni Ko<br>C/o Fox Rothschild, LLP<br>345 California St., Suite 2200<br>San Francisco, CA 94104 |

| | |
|---|---|
| Richard A. Marschack (TR)<br>870 Roosevelt<br>Irvine, CA 92620 | Richard A. Marschack<br>C/o Goe Forsythe & Hodges LLP<br>18101 Von Karman Ave., Suite 1200<br>Irvine, CA 92612 |
| Bae Family Trust<br>C/o Young U. Bae<br>C/o Packo Investments, Inc.<br>440 S. Vermont Ave. #301<br>Los Angeles, CA 90020 | BFS West, Inc.<br>C/o King & Associates<br>Attn: President or Corp. Officer<br>13 Corporate Plaza, Suite 200<br>Newport Beach, CA 92660 |
| Kap Chan Chong<br>C/O Christine Chong, Esq.<br>3580 Wilshire Blvd., Ste. 900<br>Los Angeles, CA 90010 | Mohamed Sanfaz<br>C/o Packo Invvestments, Inc.<br>440 S. Vermont Ave., Ste. 301<br>Los Angeles, CA 90020 |
| Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>Po Box 65250<br>Salt Lake City, UT 84165 | Southern Counties Oil, Co.<br>1800 W. Katella Ave., Ste. 400<br>Orange, CA 92867 |
| Wells Fargo Bank NA<br>Attn: Bankruptcy<br>Po Box 10438<br>Des Moines, IA 50306 | BFS West, Inc.<br>Attn: President or Corp. Officer<br>3301 University<br>Pompano Beach, FL 33065 |
| L. Peter Ryan<br>Fox Rothschild, LLP<br>345 California Street, Ste. 2200<br>San Francisco, CA 94104 | Wilshire State Bank<br>3200 Wilshire Blvd<br>Los Angeles, CA 90010 |
| United States Trustee<br>915 Wilshire Blvd., Ste. 1850<br>Los Angeles, CA 90017 | San Bernardino County<br>Collections Unit<br>825 East Hospitality Lane, First Fl.<br>San Bernardino, CA 92415-0914 |