Attorney or Professional Name, Address, Telephone and FAX

Giovanni Orantes (State Bar No. 190060)
THE ORANTES LAW FIRM, P.C.
3435 Wilshire Blvd. Suite 2920
Los Angeles, CA 90010
Telephone: (213) 389-4362
Facsimile: (877) 789-5776
go@gobklaw.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

JONG UK BYUN

Debtor and Debtor-in-Possession.

Debtor

Chapter 11 Case Number

2:20-bk-17433-VZ

**Professional Fee Statement**

Number: 1
Month of: August 31, 20 20

| | |
|---|---|
| 1. Name of Professional: | The Orantes Law Firm, P.C. |
| 2. Date of entry of order approving employment of the professional: | September 29, 2020 |
| 3. Total amount of pre-petition payments received by the professional: | $ 31,935.00 |
| 4. Less: Total amount of pre-petition services rendered and expenses: | - 9,063.56 |
| 5. Balance of funds remaining on date of filing of petition: | $ 22,871.44 |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | - 0 |
| 7. Less: Total amount of services and expenses this reporting period: | - $16,826.60 |
| 8. Balance of funds remaining for next reporting period: | $ 6,044.84 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| 9. Total number of pages attached hereto: | 6 |
|---|---|

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated:

The Orantes Law Firm, P.C.

Type Name of Professional

Giovanni Orantes

Type Name of Attorney for Professional (if applicable)

Signature of Professional

Signature of Attorney for Professional (if applicable)

| In re: (Short Title) | | Chapter 11 Case Number: |
|---|---|---|
| Jong Uk Byun | Debtor | 2:20-bk-17433-VZ |

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF  Los Angeles

I am employed in the county of  Los Angeles , State of California, in the office of a member of the bar of this Court at whose direction the service was made; I am over the age of 18 and not a party to the within action; and my business address is as follows:  3435 Wilshire Blvd., Suite 2920, Los Anageles, CA 90010.

On  October 21, 2020 , I served the foregoing PROFESSIONAL FEE STATEMENT on the interested parties at their last known addresses in this action by placing a true and correct copy thereof in a sealed envelope with first class postage thereon fully prepaid in the United States Mail at  Los Angeles , California, addressed as follows:

See Attachment " "

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 21, 2020

Norma Y. Martinez
Print Name

Signature

Invoices submitted to U.S. Trustee and available upon request.

# Attachment "1"

Katrina M Brown on behalf of Creditor QuarterSpot, Inc.
kbrown@pskbfirm.com

Theron S Covey on behalf of Creditor Deutsche Bank National Company
tcovey@rasflaw.com

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Richard Holm on behalf of Creditor Hyundai Steel Company
rholm@omm.com

Evan M Jones on behalf of Creditor Hyundai Steel Company
ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Giovanni Orantes on behalf of Debtor Jong Uk Byun
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Valerie Smith on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

# Top 20 unsecured Creditors

| | | |
|---|---|---|
| Adv. Fin./grand Pacifi<br>5900 Pasteur Ct Ste 200<br>Carlsbad, CA 92008 | Bejac<br>569 S. Van Buren Street<br>Placentia, CA 92870 | Bmw Bank Of North Amer<br>Attn: Bankruptcy<br>Po Box 3608<br>Dublin, OH 43016 |
| Bok Sook Byun<br>c/o Steven Polard<br>1880 Century Park East, Ste. 404<br>Los Angeles, CA 90067 | California Dept. of Tax and Fee Adm<br>Special Ops. MIC 55<br>Sacramento, CA 94279 | Cemex Construction Materials<br>1430 East Santa Clara Street<br>Santa Paula, CA 93060 |
| Complete Business Solutions Group,<br>C/o Joe Cole<br>20 N. 3rd St.<br>Philadelphia, PA 19106 | Creditors adjustment<br>14226 Ventura Blvd.<br>Sherman Oaks, CA 91423 | DLI Assets Bravo, LLC<br>Parker, Simon & Kokolis, LLC<br>110 N. Washington Street, Ste. 500<br>Rockville, MD 20850 |
| DTSC- Site Clean Up Program<br>Po Box 806<br>Sacramento, CA 95812 | Daniel Park<br>3435 Wilshire Blvd. Ste. 2700<br>Los Angeles, CA 90010 | Deutsche Bank National Trust Co.<br>c/o Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Dept.<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 |
| Eisner Jaffe<br>9601 Wilshire Blvd., 7th Fl.<br>Beverly Hills, CA 90210 | Hose- Man<br>5397 North Irwindale Ave<br>Baldwin Park, CA 91706 | Jinah Oh<br>21856 S. Vermont Ave., #6<br>Torrance, CA 90502 |
| Joan Park<br>c/o Daniel Park<br>3435 Wilshire Blvd., # 2700<br>Los Angeles, CA 90010 | Sequoia Financial Svcs<br>Attn: Bankruptcy<br>28632 Roadside Dr , Ste 110<br>Agoura Hills, CA 91301 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>1100 Corporate Center Drive<br>Raleigh, NC 27607 |
| Resnik Hayes Moradi LLP<br>17609 Ventura Blvd, Ste 314<br>Encino, CA 91316-5132 | Jourdain DeWard<br>c/o Daniel Park<br>3435 Wilshire Blvd. # 2700<br>Los Angeles, CA 90010 | |

# Secured Creditors

| | | |
|---|---|---|
| Adv. Fin./grand Pacifi<br>5900 Pasteur Ct Ste 200<br>Carlsbad, CA 92008 | Allen Park<br>440 S. Vermont Ave. Ste. 301<br>Los Angeles, CA 90010 | Bae Family Trust<br>C/o Young U. Bae<br>C/o Packo Investments, Inc.<br>440 S. Vermont Ave. #301<br>Los Angeles, CA 90020 |
| Bank of America<br>Attn: Bankruptcy 4909<br>Savarese Circle Tampa, FL 33634 | Bank of Hope<br>C/o Frandzel Robins Bloom & Csato Attn: Hal D. Goldflam<br>1000 Wilshire Blvd., 19th Fl.<br>Los Angeles, CA 90017 | BFS West, Inc.<br>Attn: President or Corp. Officer 3301 University<br>Pompano Beach FL 33065-0000 |
| Complete Business Solutions Group<br>C/o Joe Cole<br>20 N. 3rd Street<br>Philadelphia PA 19106-0000 | Hyundai Steel Company<br>C/o O'Melveny & Myers, LLP<br>Attn: Darren Patrick<br>400 S. Hope Street, 18th Fl.<br>Los Angeles CA 90071-0000 | Hyundai Steel Company<br>C/o O'Melveny & Myers, LLP<br>Attn: Darren Patrick<br>400 S. Hope Street, 18th St.<br>Los Angeles CA 90071-0000 |
| David W. Meadows, Esq.<br>C/o Kap Chan Chong<br>Law Offices<br>of David W. Meadows<br>1801 Century Park East, Suite 1235<br>Los Angeles, CA 90067 | Los Angeles County Tax Collector<br>Bankruptcy Unit<br>Po Box 54110<br>Los Angeles CA 90054-0110 | M&A Equitiies, LLC<br>C/o Allen Park<br>440 S. Vermont Ave., Ste. 301<br>Los Angeles CA 90010-0000 |
| Mohamed Sanfaz<br>C/o Packo Investments, Inc.<br>440 S. Vermont Ave., Ste. 301<br>Los Angeles CA 90020-0000 | Packo Investments<br>C/o Allen Park<br>440 S. Vermont Ave., Ste. 301<br>Los Angeles CA 90020-0000 | San Bernardino County Tax Collector<br>Attn: Director or Executive Officer 172 West Third St., First Floor San Bernardino CA 92415-0360 |
| Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>Po Box 65250<br>Salt Lake City UT 84165-0000 | Yeon Shim Song 8300 Santa Fe Ave Huntington Park CA 90255-0000 | Toni Ko<br>C/o Shirley S. Cho, Esq.<br>10100 Santa Monica Blvd., 13th Fl Los Angeles CA 90067-0000 |

| Southern Counties Oil, Inc.<br>1800 W. Katella Ave., Ste. 400<br>Orange CA 92867-0000 | Yeon Shim Song<br>C/o J.J. Kim & Associates<br>9252 Garden Grove Blvd., Ste. 23<br>Garden Grove CA 92844-0000 | Soo Yeong Kim<br>C/o J.J. Kim & Associates, P.C. 9252 Garden Grove Blvd. Suite 23 Garden Grove CA 92844-0000 |
|---|---|---|
| Wells Fargo Bank NA<br>Attn: Bankruptcy<br>Po Box 10438<br>Des Moines IA 50306-0000 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>1100 Corporate Center Drive<br>Raleigh NC 27607-0000 | |