| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Giovanni Orantes 190060**<br>**THE ORANTES LAW FIRM A.P.C**<br>**3435 Wilshire Blvd., Suite 2920**<br>**Los Angeles, CA 90010**<br>**Telephone: (213) 389-4362**<br>**Fax: (877) 789-5776**<br>**go@gobklaw.com**<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | **FILED & ENTERED**<br><br>**NOV 04 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** johnson **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>    Jong Uk Byun<br><br><br><br><br><br><br><br><br><br>                                     Debtor(s). | CASE NO.: **2:20-bk-17433-VZ**<br>CHAPTER: **11**<br><br>**ORDER RE: NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING USE OF CASH COLLATERAL [11 U.S.C. § 363]**<br><br>DATE:  **October 20, 2020**<br>TIME:  **11:00 a.m.**<br>COURTROOM:  **1368**<br>ADDRESS:  **255 E. Temple Street**<br>                         **Los Angeles, CA 90012** |

**Affected Lien Holders:  Hyundai Steel Company**

The court has considered **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING USE OF CASH COLLATERAL [11 U.S.C. § 363]**, docket number (*specify*)  60.

1. The Motion was     ☒ opposed         ☐ Unopposed         ☐ Settled by stipulation

2. Appearances are stated in the court record.

3. The Motion affects the following collateral (Collateral):

    a.    The Collateral

        ☒   Real Property

            *Street address:*  **8201 Santa Fe Ave.**
            *Unit/suite no.:*
            *City, state, zip code:*  **Huntington Park, CA 90255**

Legal description or document recording number (include county of recording): **Property is made up of 9 parcels: APN's 6202-037-004, 6202-037-006, 6202-037-009, 6202-037-010, 6202-036-009, 6202-036-010, 6202-036-011, 6202-036-012, 6202-036-013**

☐ Equipment (*manufacturer, type, and characteristics*):
*Serial number(s)*:
*Location*:

☐ Vehicle (*year, manufacturer, type and model*):
*Vehicle identification number*:
*Location of vehicle*:

☒ Rents or accounts receivable (*type, identifying information, and location*):

☐ Cash on hand generated from the Collateral (*type, identifying information, and location*):

☐ Other personal property (*type, identifying information, and location*):

Value of Collateral $ _____ .

b. The Collateral

☒ Real Property

Street Address: **2203 S. Alameda Street**
Apt./Suite No.:
City, State, Zip Code: **Los Angeles, CA 90058**

Legal description or document recording number (include county of recording):
**2 parcels: APN's 5167-015-064, and 5167-015-065**
**This property along with 1736 E. 24th Street and 2445 S. Alameda Street, Los Angeles are contiguous.**

☐ Equipment (*manufacturer, type, and characteristics*):
Serial number(s):
Location:

☐ Vehicle (*year, manufacturer, type, and model*):
Vehicle identification number:
Location of vehicle:

☒ Rents or accounts receivable (*type, identifying information, and location*):

☐ Cash on hand generated from the Collateral (*type, identifying information, and location*):

☐ Other personal property (*type, identifying information, and location*):

Value of Collateral:    $_____ .

c. The Collateral

☒ Real Property

Street Address: **1736 East 24th Street**
Apt./Suite No.:
City, State, Zip Code: **Los Angeles, CA 90058**
Legal description or document recording number(include county of recording):
**Lot with building used as office. APN 5167-015-067. This property along with 2203 S. Alameda Street and 2445 S. Alameda Street, Los Angeles are contiguous.**

    ☐ Equipment (*manufacturer, type, and characteristics*):
       Serial number(s):
       Location:

    ☐ Vehicle (*year, manufacturer, type, and model*):
       Vehicle identification number:
       Location of vehicle:

    ☒ Rents or accounts receivable (*type, identifying information, and location*):

    ☐ Cash on hand generated from the Collateral (*type, identifying information, and location*):

    ☐ Other personal property (*describe type, identifying information, and location*):

    Value of collateral:  $_____ .

d.   The Collateral

    ☒ Real Property

       Street Address: **2445 S. Alameda Street**
       Apt./Suite No.:
       City, State, Zip Code: **Los Angeles, CA 90058**
       Legal description or document recording number (include county of recording):
       **Lot with building used as office.  APN 5167-015-067.  This property along with 2203 S. Alameda and 1730 E. 24th Street, Los Angeles are contiguous.**

    ☐ Equipment (*manufacturer, type, and characteristics*):
       Serial number(s):
       Location:

    ☐ Vehicle (*year, manufacturer, type, and model*):
       Vehicle identification number:
       Location of vehicle:

    ☒ Rents or accounts receivable (*type, identifying information, and location*):

    ☐ Cash on hand generated from the Collateral (*type, identifying information, and location*):

    ☐ Other personal property (*describe type, identifying information, and location*):

    Value of collateral:  $_____ .

e.   The Collateral

    ☒ Real Property

       Street Address: **24399 Old Highway 58, Hinkley, CA 92347**
       Apt./Suite No.:
       City, State, Zip Code: **Hinkley, CA 92347**
       Legal description or document recording number (include county of recording):
       **2 parcels: APN's 0497-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 and 0497-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**

    ☐ Equipment (*manufacturer, type, and characteristics*):
       Serial number(s):
       Location:

    ☐ Vehicle (*year, manufacturer, type, and model*):

  Vehicle identification number:
  Location of vehicle:

  ☒ Rents or accounts receivable (*type, identifying information, and location*):

  ☐ Cash on hand generated from the Collateral (*type, identifying information, and location*):

  ☐ Other personal property (*describe type, identifying information, and location*):

  Value of collateral:    $_____ .

4. Based upon the findings and conclusions made at the hearing, IT IS ORDERED THAT:

5. The Motion is granted under:    ☐ 11 U.S.C. § 363(c)(2)(A)    ☐ 11 U.S.C. § 363(c)(2)(B)

   AND IT IS FURTHER ORDERED THAT:

   a. ☐ THIS IS AN INTERIM ORDER, a continued hearing on the further use of Cash Collateral shall be held in the same court on date: _____ , time: _____ .

   b. ☐ Any further opposition to the further use of Cash Collateral is to be filed with the court and served upon the Debtor, the United States trustee, the creditor's committee (if any), its counsel, and (if no creditors committee), the 20 largest unsecured creditors by date: _____. If no opposition is filed, any opposition may be deemed waived.

   ☐ See attached for any other provisions.

6. ☒ The Motion is

   ☒ Granted in part under 11 U.S.C. § 363(c)(2)(B). The Debtor is authorized to use cash collateral to make payments for property taxes and insurance to the extent that the lessees of the properties do not pay them timely.

   ☒ Denied in part.  Any relief requested in the Motion, not expressly granted is denied.

7. ☒ Other: This Order is entered having considered "Hyundai Steel Company's Objection to the Debtor's Lodged Proposed Order Granting Motion In Individual Chapter 11 Case for Order Authorizing Use of Cash Collateral."

###

Date: November 4, 2020

_____
Vincent P. Zurzolo
United States Bankruptcy Judge