| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Giovanni Orantes, State Bar No. 190060<br>**THE ORANTES LAW FIRM, P.C.**<br>3435 Wilshire Blvd., Suite 2920<br>Los Angeles, CA 90010<br>Telephone: (213)389-4362<br>Facsimile: (877) 789-5776<br>go@gobklaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor-In-Possession | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br>Jong Uk Byun<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-17433-VZ<br>CHAPTER: 11<br><br>### NOTICE OF HEARING ON ADEQUACY OF DISCLOSURE STATEMENT<br><br>[11 U.S.C. § 1125; FRBP 3017; LBR 3017-1]<br><br>**Hearing Information:**<br>DATE: February 4, 2021<br>TIME: 11:00 AM<br>COURTROOM: 1368, Roybal Federal Building<br>ADDRESS: 255 E. Temple Street, Los Angeles, CA 90012 |

1. Hearing: This hearing is required by 11 U.S.C. § 1125 and FRBP 3017. Pursuant to FRBP 2002(b) and (k), and LBR 3017-1, this hearing is set on 42 days of notice to the U.S. trustee, the debtor, and all claimants and parties in interest.

2. Disclosure Statement: Pursuant to FRBP 3016(b), a Disclosure Statement and Plan of Reorganization ("**DS and Plan**") was filed as docket entry # **124**. To avoid contradiction and confusion, the DS and Plan are combined into one document. **Sections I – VII and XI of the DS and Plan constitute the disclosure statement ("DS").** Sections VIII – X of the DS and Plan constitute the plan.

3. Viewing the Disclosure Statement: The DS and Plan was served only on the U.S. trustee pursuant to FRBP 9034, and on the debtor. The DS and Plan will be served on claimants and parties in interest after the court determines the DS contains adequate information. To view the DS and Plan sooner, consult the docket in this bankruptcy case.

4. Proponent of Disclosure Statement: The party who filed the DS and Plan ("Proponent") is: ☒ Debtor, or ☐

5. Motion to Approve: Pursuant to FRBP 9014 and LBR 9013-1(d), the Proponent of the DS and Plan will file a motion to approve disclosure statement ("**Motion to Approve DS**") no later than 21 days before the hearing. At the hearing the court will determine if the DS contains adequate information to help claimants and interest holders decide whether to submit a ballot to accept or reject the proposed treatment of their claim in the Plan, and/or to file a preliminary objection to confirmation of the Plan.

6. Filing and Serving a Response to Motion: All claimants and parties in interest may file a response to the Motion to Approve DS; however, the Motion to Approve DS will be served only on the U.S. trustee pursuant to FRBP 9034 and

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

on the debtor pursuant to LBR 9013-1(d).  If you wish to oppose the Motion to Approve DS, obtain a copy of the Motion to approve DS from the court's docket, file and serve a written response no later than 14 days before the hearing, and appear at the hearing.  When serving a response, serve it on the debtor, debtor's attorney, and the proponent's attorney (if the proponent is not the debtor) at the addresses set forth below.  If you fail to file a written response or appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion to Approve DS and may approve the DS.

     **a. DEADLINE:** (date) <u>January 21, 2021</u>

     **b. DEBTOR'S ADDRESS:** 8201 Santa Fe Avenue, Huntington Park, CA 90255

     **c. DEBTOR'S ATTORNEY'S ADDRESS:** 3435 Wilshire Blvd., Suite 2920, Los Angeles, CA 90010

        ☐ Do not mail the response.  The Debtor's attorney will be served by Notice of Electronic Filing; **or**

        ☒ Mailing Address: 3435 Wilshire Blvd., Suite 2920, Los Angeles, CA 90010

     **d. PROPONENT'S ADDRESS** (If Proponent is not the Debtor)**:**

     **e. PROPONENT'S ATTORNEY'S ADDRESS** (If Proponent is not the Debtor):

        ☐ Do not mail the response.  The Proponent's attorney will be served by Notice of Electronic Filing; **or**

        ☒ Mailing Address: 3435 Wilshire Blvd., Suite 2920, Los Angeles, CA 90010

Date:  <u>December 21, 2020</u>

                  *Jong Uk Byun*
                  Signature of proponent

                  Jong Uk Byun
                  Printed name of proponent

Date:  <u>December 21, 2020</u>

                  /s/ Giovanni Orantes
                  Signature of attorney for proponent (if any)

                  Giovanni Orantes, Esq.
                  Printed name of attorney for proponent (if any)

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*                  Page 2            **VZ CH11.NOTICE.HEARING.DISCLSR**