Giovanni Orantes (State Bar No. 190060)
**THE ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd. Suite 2920
Los Angeles, CA 90010
Telephone: (213) 389-4362
Facsimile: (877) 789-5776
go@gobklaw.com

Counsel for Debtor and
Debtor-In-Possession Jong Uk Byun

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

Jong Uk Byun,

    Debtor and Debtor-in-Possession.

Case 2:20-bk-17433-VZ

Chapter 11

**AMENDED NOTICE OF MOTION FOR ORDER APPROVING:**
**(1) SALE PROCEDURES FOR SALE OF ASSETS;**
**(2) FORM AND MANNER OF NOTICE OF AUCTION AND SALE HEARING;**
**(3) SCHEDULING HEARING TO CONSIDER APPROVAL OF ASSET PURCHASE AGREEMENT;**
**(4) OTHER RELIEF AS THE COURT MAY DEEM APPROPRIATE;**
**SUPPORTING MEMORANDUM & DECLARATIONS**

<u>NEW HEARING INFORMATION:</u>
Date:   August 31, 2021
Time:   11:00 A.M.
Crtrm:  1368
        255 E. Temple Street
        Los Angeles, CA 90012

-1-

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; AND THE OFFICE OF THE UNITED STATES TRUSTEE AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the hearings on the Debtor's Motion For Order Approving: (1) Sale Procedures For Sale Of Assets; (2) Form And Manner Of Notice Of Auction And Sale Hearing; (3) Scheduling Hearing To Consider Approval Of Asset Purchase Agreement; (4) Other Relief As The Court May Deem Appropriate; Supporting Memorandum & Declarations (Docket No. 302) (, the "Motion") will take place on **August 31, 2021 at 11:00 A.M. in Courtroom 1368, located at 255 East Temple Street, Los Angeles, California 90012**. The Motion initially stated that the hearing would be on August 26, 2021, but the Court ordered Debtor to provide this amended notice.

The Debtor proposes to sell one of the real properties he owns, the 8201 Santa Fe Avenue, Huntington Park (the "Property") for $33 million to Alere Property Group LLC, a Delaware limited liability company (or its assignee) ("Alere" or "Buyer"), subject to overbid.

The Debtor, through real estate brokers and agents who specialize in commercial transactions, has marketed the property heavily for many months. While the Debtor has received letters of intent in the past, it was not until it received a letter of intent from Alere that the Debtor received an actual acceptable purchase agreement, which is attached as Exhibit 1 to the Declaration of Jong Uk Byun Declaration (defined as "PSA").  In addition, in accordance with Bankruptcy law, the Debtor's real estate professionals will inform parties who were previously interested in the Property about the planned sale in order to ensure that any interested party will have the opportunity to express its interest by making a competing bid.

In order to maximize value in this case and to obtain an order authorizing a breakup fee as required by the Buyer, the Debtor seeks to sell the Property through pre-approved overbid procedures (defined as "Sale Procedures").  In order to ensure a fair and efficient auction, the Debtor seeks to establish uniform sale procedures with which all interested parties must comply in order to purchase the Debtor's Property.

1   This Motion is made on the basis of the accompanying Memorandum of Points and
2   Authorities and Declaration of Jong Uk Byun (the "Byun Declaration"), and on such additional
3   authorities and evidence as the court elects to consider on or before the hearing on this matter. The
4   Debtor anticipates that Alere will submit a declaration in support of this Motion.

5   **IF YOU DO NOT OPPOSE THE RELIEF REQUESTED BY THE MOTION, YOU
6   NEED TAKE NO FURTHER ACTION.  HOWEVER, IF YOU OBJECT TO THE
7   MOTION, PURSUANT TO LOCAL BANKRUPTCY RULE 6004-1(b) OBJECTIONS AND
8   ACCOMPANYING MEMORANDUM OF POINTS AND AUTHORITIES AND
9   DECLARATIONS MUST BE FILED WITH THE COURT ON OR BEFORE ONE (1) DAY
10  PRIOR TO THE HEARING ON THE MOTION.  YOU MUST FILE YOUR OBJECTION
11  WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, LOCATED AT
12  255 E. TEMPLE STREET, LOS ANGELES, CA  90012.  PAPERS FILED IN OPPOSITION
13  TO THE MOTION MUST BE SERVED VIA FAX OR EMAIL UPON THE DEBTOR'S
14  PROPOSED COUNSEL AT THE MAILING ADDRESS INDICATED IN THE UPPER
15  LEFT CORNER OF THIS NOTICE, THE OFFICE OF THE UNITED STATES TRUSTEE
16  LOCATED AT 255 E. TEMPLE STREET, LOS ANGELES, CA  90012.  A FILED COPY
17  OF THE OPPOSITION MUST BE ALSO SERVED ON THE COURT IN ACCORDANCE
18  WITH LOCAL BANKRUPTCY RULE 5005-2(d).  ANY FAILURE TO TIMELY FILE
19  AND SERVE OBJECTIONS MAY RESULT IN ANY SUCH OBJECTIONS BEING
    WAIVED..**

20

21  Date:  August 20, 2021                              THE ORANTES LAW FIRM, P.C.
22
23                                                     By:   /s/ Giovanni Orantes
                                                             Giovanni Orantes, Esq.
24                                                           Attorney for Debtor and
                                                             Debtor-in-Possession
25
26
27
28

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF MOTION FOR ORDER APPROVING: (1) SALE PROCEDURES FOR SALE OF ASSETS; (2) FORM AND MANNER OF NOTICE OF AUCTION AND SALE HEARING; (3) SCHEDULING HEARING TO CONSIDER APPROVAL OF ASSET PURCHASE AGREEMENT; (4) OTHER RELIEF AS THE COURT MAY DEEM APPROPRIATE; SUPPORTING MEMORANDUM & DECLARATIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **8/20/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Katrina M Brown on behalf of Creditor QuarterSpot, Inc.
kbrown@pskbfirm.com

Shirley Cho on behalf of Interested Party Courtesy NEF
scho@pszjlaw.com

Theron S Covey on behalf of Creditor Deutsche Bank National Company
theronscovey@hotmail.com, sferry@raslg.com

Oscar Estrada on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
oestrada@ttc.lacounty.gov

Hal D Goldflam on behalf of Interested Party Courtesy NEF
hgoldflam@frandzel.com, dmoore@frandzel.com

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Richard Holm on behalf of Creditor Hyundai Steel Company
rholm@omm.com, richard-holm-1054@ecf.pacerpro.com

Evan M Jones on behalf of Creditor Hyundai Steel Company
ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

David W. Meadows on behalf of Creditor M&A Equities, LLC
david@davidwmeadowslaw.com

David W. Meadows on behalf of Creditor Packo Investments, Inc., et al
david@davidwmeadowslaw.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Giovanni Orantes on behalf of Debtor Jong Uk Byun
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Daniel E Park on behalf of Attorney Daniel Eal Young Park
dpark@parksylvalaw.com

Daniel E Park on behalf of Creditor Daniel Eal Park Park
dpark@parksylvalaw.com

Daniel E Park on behalf of Creditor Joan Park
dpark@parksylvalaw.com

Daniel E Park on behalf of Creditor Jourdain DeWerd
dpark@parksylvalaw.com

Valerie Smith on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __8/20/2021__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

See attached list

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| August 20, 2021 | Andrea M. Castro | [signature] |
| Date | Printed Name | Signature |

# Top 20 unsecured Creditors

| | |
|---|---|
| Adv. Fin./grand Pacific<br>5900 Pasteur Ct Ste 200<br>Carlsbad, CA 92008<br>*Via Overnight mail* | Bejac<br>569 S. Van Buren Street<br>Placentia, CA 92870<br>*Via Overnight mail* |
| DTSC- Site Clean Up Program<br>Po Box 806<br>Sacramento, CA 95812<br>*Via Overnight mail* | California Dept. of Tax and Fee Adm<br>Special Ops. MIC 55<br>Sacramento, CA 94279<br>*Via Overnight mail* |
| Complete Business Solutions Group<br>C/o Joe Cole<br>20 N. 3rd St.<br>Philadelphia, PA 19106<br>*Via Overnight mail* | Bok Sook Byun<br>c/o Steven Polard<br>1880 Century Park East, Ste. 404<br>Los Angeles, CA 90067<br>*Via Overnight mail* |
| Eisner Jaffe<br>9601 Wilshire Blvd., 7th Fl.<br>Beverly Hills, CA 90210<br>*Via Overnight mail* | Daniel Park<br>201 N. Brand Blvd., Unit 200<br>Glendale, CA 91203<br>*Via Email dpark@parklawcorp.com* |
| Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>1100 Corporate Center Drive<br>Raleigh, NC 27607<br>*Via Overnight mail* | Sequoia Financial Svcs<br>Attn: Bankruptcy<br>28632 Roadside Dr, Ste 110<br>Agoura Hills, CA 91301<br>*Via Overnight mail* |
| Joan Park<br>c/o Daniel Park<br>201 N. Brand Blvd., Unit 200<br>Glendale, CA 91203<br>*Via Email dpark@parklawcorp.com* | Jourdain DeWard<br>c/o Daniel Park<br>201 N. Brand Blvd., Unit 200<br>Glendale, CA 91203<br>*Via Email dpark@parklawcorp.com* |
| Resnik Hayes Moradi LLP<br>17609 Ventura Blvd, Ste 314<br>Encino, CA 91316-5132<br>*Via NEF* | Jinah Oh<br>21856 S. Vermont Ave., #6<br>Torrance, CA 90502<br>*Via Overnight mail* |
| Creditors adjustment<br>14226 Ventura Blvd.<br>Sherman Oaks, CA 91423<br>*Via Overnight mail* | Bmw Bank Of North Amer<br>Attn: Bankruptcy<br>Po Box 3608<br>Dublin, OH 43016<br>*Via Overnight mail* |
| Cemex Construction Materials<br>1430 East Santa Clara Street<br>Santa Paula, CA 93060<br>*Via Overnight mail* | Hose- Man<br>5397 North Irwindale Ave<br>Baldwin Park, CA 91706<br>*Via Overnight mail* |

| | |
|---|---|
| DLI Assets Bravo, LLC<br>Parker, Simon & Kokolis, LLC<br>110 N. Washington Street,<br>Ste. 500<br>Rockville, MD 20850<br>*Via Overnight mail* | Deutsche Bank National Trust Co.<br>c/o Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Dept.<br>PO Box 24605<br>West Palm Beach, FL 33416-4605<br>*Via Overnight mail* |

# Secured Creditors

| | |
|---|---|
| Adv. Fin./grand Pacific<br>5900 Pasteur Ct Ste 200<br>Carlsbad, CA 92008<br>*Via Overnight mail* | Allen Park<br>440 S. Vermont Ave. Ste. 301<br>Los Angeles, CA 90010<br>*Via Email apark@ipacko.com* |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634<br>*Via Overnight mail* | Complete Business Solutions Group<br>C/o Joe Cole<br>20 N. 3rd Street<br>Philadelphia, PA 19106<br>*Via Overnight mail* |
| Bank of Hope<br>C/o Frandzel Robins Bloom & Csato<br>Attn: Hal D. Goldflam<br>1000 Wilshire Blvd., 19th Fl.<br>Los Angeles, CA 90017<br>*Via email hgoldflam@frandzel.com* | Hyundai Steel Company<br>c/o O'Melveny & Myers LLP<br>Attn: Darren Patrick<br>400 S. Hope Street, 18th Fl.<br>Los Angeles, CA 90071<br>*Via NEF* |
| Los Angeles County Tax Collector<br>Bankruptcy Unit<br>Po Box 54110<br>Los Angeles, CA 90054-0110<br>*Via NEF* | M&A Equitiies, LLC<br>C/o Allen Park<br>440 S. Vermont Ave., Ste. 301<br>Los Angeles, CA 90010<br>*Via NEF* |
| Packo Investments<br>C/o Allen Park<br>440 S. Vermont Ave., Ste. 301<br>Los Angeles, CA 90020<br>*Via Email apark@ipacko.com* | San Bernardino County Tax Collector<br>Attn: Director or Executive Officer<br>172 West Third St., First Floor<br>San Bernardino, CA 92415-0360<br>*Via Overnight mail* |
| Soo Yeong Kim<br>Yeon Shim Song<br>8300 Santa Fe Ave<br>Huntington Park, CA 90255<br>*Via Overnight mail* | Soo Yeong Kim<br>C/o J.J. Kim & Associates, P.C.<br>9252 Graden Grove Blvd., Suite 23<br>Garden Grove, CA 92844<br>*Via Overnight mail* |
| Toni Ko<br>1100 S. Hope Street<br>Los Angeles, CA 90015<br>*Via Email scho@pszjlaw.com* | Toni Ko<br>C/o Shirley S. Cho, Esq.<br>10100 Santa Monica Blvd., 13th Fl<br>Los Angeles, CA 90067<br>*Via Email scho@pszjlaw.com* |
| Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>1100 Corporate Center Drive<br>Raleigh, NC 27607<br>*Via Overnight mail* | Yeon Shim Song<br>C/o J.J. Kim & Associates<br>9252 Garden Grove Blvd., Ste. 23<br>Garden Grove, CA 92844<br>*Via Overnight mail* |

| | |
|---|---|
| Complete Business Solutions Group<br>Attn: President or Corp. Officer<br>141 N. 2nd St.<br>Philadelphia, PA 19106<br>*Via Overnight mail* | Hyundai Steel Company<br>c/o Taejoong Kim<br>10550 Talbert Ave., Fl 2<br>Fountain Valley, CA 92708<br>*Via NEF* |
| Soo Yeong Kim<br>Yeon Shim Song<br>8300 Santa Fe Ave<br>Huntington Park, CA 90255<br>*Via Overnight mail* | Toni Ko<br>C/o Fox Rothschild, LLP<br>345 California St., Suite 2200<br>San Francisco, CA 94104<br>*Via Email scho@pszjlaw.com* |
| Richard A. Marschack (TR)<br>870 Roosevelt<br>Irvine, CA 92620<br>*Via Email rmarshack@marshackhays.com* | Richard A. Marschack<br>C/o Goe Forsythe & Hodges LLP<br>18101 Von Karman Ave., Suite 1200<br>Irvine, CA 92612<br>*Via Email rgoe@goeforlaw.com* |
| Bae Family Trust<br>C/o Young U. Bae<br>C/o Packo Investments, Inc.<br>440 S. Vermont Ave. #301<br>Los Angeles, CA 90020<br>*Via Email apark@ipacko.com* | BFS West, Inc.<br>C/o King & Associates<br>Attn: President or Corp. Officer<br>13 Corporate Plaza, Suite 200<br>Newport Beach, CA 92660<br>*Via Overnight mail* |
| Kap Chan Chong<br>C/O Christine Chong, Esq.<br>3580 Wilshire Blvd., Ste. 900<br>Los Angeles, CA 90010<br>*Via email  chonglaw@sbcglobal.net* | Mohamed Sanfaz<br>C/o Packo Invvestments, Inc.<br>440 S. Vermont Ave., Ste. 301<br>Los Angeles, CA 90020<br>*Via Email apark@ipacko.com* |
| Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>Po Box 65250<br>Salt Lake City, UT 84165<br>*Via Overnight mail* | Southern Counties Oil, Co.<br>1800 W. Katella Ave., Ste. 400<br>Orange, CA 92867<br>*Via Overnight mail* |
| Wells Fargo Bank NA<br>Attn: Bankruptcy<br>Po Box 10438<br>Des Moines, IA 50306<br>*Via Overnight mail* | BFS West, Inc.<br>Attn: President or Corp. Officer<br>3301 University<br>Pompano Beach, FL 33065<br>*Via Overnight mail* |
| L. Peter Ryan<br>Fox Rothschild, LLP<br>345 California Street, Ste. 2200<br>San Francisco, CA 94104<br>*Via Overnight mail* | Wilshire State Bank<br>3200 Wilshire Blvd<br>Los Angeles, CA 90010<br>*Via Overnight mail* |
| United States Trustee<br>915 Wilshire Blvd., Ste. 1850<br>Los Angeles, CA 90017<br>*Via NEF* | San Bernardino County<br>Collections Unit<br>825 East Hospitality Lane, First Fl.<br>San Bernardino, CA 92415-0914<br>*Via Overnight mail* |

## List of Prospective buyers for 8201 Santa Fe Ave Huntington Park.

| Name | Address | Email Address |
|---|---|---|
| 1-Rudy Concha | N/A | rudyconcha@gmail.com |
| 2- Farzad Halavi | N/A | amir42@gmail.com |
| 3-Moshe | 2639 E. 5th St Vernon Ca. | l moshe@bluegalaxyinc.com |
| 4-Patrick Hsu | 25165 state Highway 74, Perris Ca | pnwnsllc@gmail.com |
| 5-Hector Rendon | N/A | vipmltc@gmail.com |
| 6-Siamak Esteghball | N/A | bfwsam@yahoo.com |
| 7-Ron Nourian | 2273 Stratford Circle. LA 90077 | ronourian@gmail.com |
| 8-Jonathan Doty | N/A | jdoty949@gmail.com |
| 9-Mason Laycock | N/A | mason.laycock@copart.com |
| 10-Praveen Chandra | N/A | pchandra@integralcommunities.com |
| 11-David Shaaya Moussa | 120 El Camino Dr suite 212, Beverly Hills Ca | davidmshaaya@gmail.com |
| 12-Stephen Edwards | N/A | sedwards@cityventures.com |
| 13-Steven Altamirano | 17409 Marquardt Ave #F Cerritos, CA | stevenaltamirano@yahoo.com |
| 14-Jon Ikenna | N/A | jon@alchemyrecap.com |
| 15-Drew Christopher | 13535 Ventura Blvd. Suite C, #135 Sherman Oaks, CA | drew@calirealtyinvestments.com |
| 16- Dan Otting-Fleet Yard | 668 N Cost Hwy Ste 402 Laguna Beach, CA. 92651 | d.otting@yahoo.com |

Other parties

| | |
|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>*Via Overnight mail* | Franchise Tax Board<br>Bankruptcy Section,<br>MS: A-340<br>P. O. Box 2952<br>Sacramento, CA 95812-2952<br>*Via Overnight mail* |
| United States Attorney's Office Federal Building, Room 7516<br>300 North Los Angeles Street<br>Los Angeles, CA 90012<br>*Via Overnight mail* | United States Department of Justice<br>Ben Franklin Station<br>P. O. Box 683<br>Washington, DC 20044<br>*Via Overnight mail* |