Michael Leary, SBN 316627
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Phone: +1 213-615-1700
Fax: +1 213-615-1750
Email: mtleary@winston.com

and

Carrie V. Hardman N.Y. SBN 4823225
(admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Phone: 212-294-6700
Fax: 212-294-4700
Email: chardman@winston.com

*Counsel to Alere Property Group LLC*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:20-bk-17433-VZ |
| JONG UK BYUN, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **NOTICE OF SUBMISSION OF DECLARATION OF DANIEL L. WEBB IN SUPPORT OF DEBTOR'S MOTION FOR ORDERS APPROVING: (1) SALE PROCEDURES FOR SALE OF ASSETS; (2) FORM AND MANNER OF NOTICE OF AUCTION AND SALE HEARING; (3) SCHEDULING HEARING TO CONSIDER APPROVAL OF ASSET PURCHASE AGREEMENT; (4) OTHER RELIEF AS THE COURT MAY DEEM APPROPRIATE; SUPPORTING MEMORANDUM & DECLARATIONS** |

**TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUTPCY JUDGE:**

**PLEASE TAKE NOTICE THAT**, Alere Property Group LLC ("Alere") here by submits the attached Declaration of Daniel L. Webb (the "Declaration") in support of *Debtor's Motion for Orders Approving: (1) Sale Procedures for Sale of Assets; (2) Form and Manner of Notice of Auction and Sale Hearing; (3) Scheduling Hearing to Consider Approval of Asset Purchase Agreement; (4) Other Relief as the Court May Deem Appropriate; Supporting Memorandum & Declarations* (the "Sale Motion").

**WHEREFORE**, Alere respectfully requests, for the reasons set forth in the Declaration and the Sale Motion, that the Sale Motion be granted as and to the extent set forth therein.

Dated: August 27, 2021          **WINSTON & STRAWN, LLP**

By: */s/ Carrie V. Hardman*
Carrie V. Hardman (admitted *pro hac vice*)
*Counsel to Alere Property Group LLC*

- 2 -

Michael Leary, SBN 316627
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Phone: +1 213-615-1700
Fax: +1 213-615-1750
Email: mtleary@winston.com

and

Carrie V. Hardman (*pro hac vice* admission pending)
200 Park Avenue
New York, NY 10166
Phone: 212-294-6700
Fax: 212-294-4700
Email: chardman@winston.com

*Counsel to Alere Property Group LLC*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:20-bk-17433-VZ |
| JONG UK BYUN, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **DECLARATION OF DANIEL L. WEBB IN SUPPORT OF DEBTOR'S MOTION FOR ORDERS APPROVING: (1) SALE PROCEDURES FOR SALE OF ASSETS; (2) FORM AND MANNER OF NOTICE OF AUCTION AND SALE HEARING; (3) SCHEDULING HEARING TO CONSIDER APPROVAL OF ASSET PURCHASE AGREEMENT; (4) OTHER RELIEF AS THE COURT MAY DEEM APPROPRIATE; SUPPORTING MEMORANDUM & DECLARATIONS** |

# DECLARATION OF DANIEL L. WEBB

I, Daniel L. Webb, declare:

1. I am the Vice President of Alere Property Group LLC (hereinafter "Alere") and in that capacity was involved in the negotiation of the Purchase and Sale Agreement (the "PSA") by and between Jon Uk Byun ("Mr. Byun" or the "Debtor") Central Metal, Inc., ("CMI"), and Alere. Except when based on information and belief, I make this declaration based on facts within my personal knowledge and if called as a witness, could and would testify thereto.

2. I understand the Debtor has filed the *Motion for Orders Approving: (1) Sale Procedures for Sale of Assets; (2) Form and Manner of Notice of Auction and Sale Hearing; (3) Scheduling Hearing to Consider Approval of Asset Purchase Agreement; and (4) Other Relief as the Court May Deem Appropriate*, along with the Supporting Memorandum and Declarations (collectively, the "Sale Motion"). I submit this declaration in support of the Sale Motion.

3. Alere is one of the largest and most established owners of industrial real estate in Southern California. Alere's streamlined, fully integrated platform is well-capitalized with expertise across all areas of investment and development. Alere invests in cutting-edge, modern industrial spaces in key locations throughout Los Angeles and Orange counties and the Inland Empire—arguably the most competitive real estate market in the world. Alere owns a robust portfolio of best-in-class assets that are home to world leaders in e-commerce, logistics, distribution and manufacturing.

4. In Spring 2021, Alere has discussions with representatives of the Debtor, via brokers on Alere and the Debtor's side, and in or about June 2021, Alere submitted a letter of intent to purchase the Property to the Debtor's broker.

5. After extensive negotiations between the Debtor, CMI, and Alere, the parties entered into the PSA, which proposes to sell the Property to Alere for the purchase price of USD $33,000,000 (the "Purchase Price") in accordance with the terms of the PSA. Among those terms is included a necessary provision from Alere's perspective: the Breakage Fee (as defined in the PSA). The Breakage Fee of $250,000 represents 0.76% of the Purchase Price, a figure Alere understands to be well below customary breakage fees. Such Breakage Fee was a prerequisite for

Alere to enter into the PSA, particularly at the Purchase Price, which Alere understands is a higher offer than the Debtor has been able to secure prior to Alere's involvement. The Breakage Fee reflects Alere's substantial investment of time and money invested and to be invested in proceeding with the PSA and to agree to subject itself to the overbid procedures as outlined in the Sale Motion for the benefit of the Debtor's estate, and the attendant risk of such process to Alere. Such investment includes, without limitation, the fees and expenses incurred by Alere's broker, design engineering professionals, and counsel, all of whom stand ready to conclude the transaction set forth in the PSA, should Alere be considered the successful purchaser. The Breakage Fee also accounts for Alere's lost opportunity costs in committing funds sufficient for the Purchase Price to be tied up in the sale process contemplated by the Sale Motion, funds which, if otherwise utilized, could result in even greater income to Alere than the amount of the proposed Breakage Fee. Said simply, if the Breakage Fee is not approved, Alere will simply not go forward with this transaction.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 24, 2021.

_____
Daniel L. Webb

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF SUBMISSION OF DECLARATION OF DANIEL L. WEBB IN SUPPORT OF DEBTOR'S MOTION FOR ORDERS APPROVING: (1) SALE PROCEDURES FOR SALE OF ASSETS; (2) FORM AND MANNER OF NOTICE OF AUCTION AND SALE HEARING; (3) SCHEDULIN HEARING TO CONSIDER APPROVAL OF ASSET PURCHASE AGREEMENT; (4) OTHER RELIEF AS THE COURT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/26/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/27/2021 | Carrie V. Hardman | /s/ Carrie V. Hardman |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

| | |
|---|---|
| David W. Meadows (Interested Party Courtesy NEF) | david@davidwmeadows.com |
| Kelly L. Morrison (On behalf of US Trustee (LA)) | kelly.l.morrison@usdoj.gov |
| Giovanni Orantes (Debtor's Counsel) | go@gobklaw.com, gorantes@orantes-law.com, cmh@gobklaw.com, gobklaw@gmail.com, go@ecf.inforuptcy.com, orantesgr89122@notify.bestcase.com |
| Valerie Smith (Interested Party Courtesy NEF) | claims@recoverycorp.com |
| U.S. Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Theron S. Covey (On behalf of Deutsche Bank National Company) | tcovey@rasflaw.com |
| M. Jonathan Hayes (Interested Party Courtesy NEF) | jhayes@rhmfirm.com |
| Evan M. Jones (Hyundai Steel Company) | ejones@omm.com |
| Shirley S. Cho (Interested Party Courtesy NEF) | scho@pszjlaw.com |
| Hal D. Goldflam (Attorneys for Bank of Hope) | hgoldflam@frandzel.com |
| Robert P. Goe (Interest Party Courtesy NEF) | rgoe@goeforlaw.com |