1  ZOLKIN TALERICO LLP
   Derrick Talerico (State Bar No. 223763)
2  *dtalerico@ztlegal.com*
   12121 Wilshire Blvd., Suite 1120
3  Los Angeles, CA  90025
4  Telephone:    (424) 500-8552
   Facsimile:    (424) 500-8951
5
6  Attorneys for Interested Party, Malka Investments, LLC
7
8              UNITED STATES BANKRUPTCY COURT
9         CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION
10

| | |
|---|---|
| In re: | Case No. 2:20-bk-17433-VZ |
| JONG UK BYUN, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **LIMITED OPPOSITION OF MALKA INVESTMENTS, LLC TO AMENDED MOTION FOR ORDER APPROVING: (1) SALE PROCEDURES FOR SALE OF ASSETS; (2) FORM AND MANNER OF NOTICE OF AUCTION AND SALE HEARING; (3) SCHEDULING HEARING TO CONSIDER APPROVAL OF ASSET PURCHASE AGREEMENT; (4) OTHER RELIEF AS THE COURT MAY DEEM APPROPRIATE** |
| | Hearing: |
| | Date:    August 31, 2021 |
| | Time:    11:00 a.m. |
| | Courtroom: 1368 |
| |          255 East Temple Street |
| |          Los Angeles, CA 90012 |

1

Malka Investments, LLC ("Malka"), by and through its attorneys, Zolkin Talerico LLP, hereby files its limited objection ("Objection") to the Motion for Order Approving: (1) Sale Procedures for Sale of Assets; (2) Form and Manner of Notice of Auction and Sale Hearing; (3) Scheduling Hearing to Consider Approval of Asset Purchase Agreement; (4) Other Relief as the Court May Deem Appropriate (the "Motion") [Docket No. 302].

Malka is a potential purchaser for the property the Debtor seeks to sell through the sale procedures proposed by the Motion. Malka Objects to what appears to be unfair and disparate treatment of competing bidders vis-à-vis Alere, as the stalking horse bidder. Per the terms of the Alere purchase agreement, failure to close the purchase results in liquidated damages in the amount of the $500,000 deposit. But per section L of the bid procedures, a defaulting Successful Bidder will forfeit its $500,000 deposit and Debtor can seek, "any and all remedies and damages from the defaulting Successful Bidder," which could be damages far in excess of the required $500,000 deposit. Furthermore, the equity holders of a special purpose entity formed for the purpose of a sale transaction are required to submit commitments to be personally liable for the SPE's obligations on the sale transaction. Potential bidders should receive no worse treatment than Alere in the event of a failure to close. Liquidated damages of the $500,000 should be the limit of liability for a failure to close for all potential Successful Bidders, not just Alere.

DATED: August 30, 2021              ZOLKIN TALERICO LLP

                                    By:   /s/ Derrick Talerico
                                          Derrick Talerico
                                    Attorneys for Interested Party, Malka Investments, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
    12121 Wilshire Blvd, Suite 1120, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **LIMITED OPPOSITION OF MALKA INVESTMENTS, LLC TO AMENDED MOTION FOR ORDER APPROVING: (1) SALE PROCEDURES FOR SALE OF ASSETS; (2) FORM AND MANNER OF NOTICE OF AUCTION AND SALE HEARING; (3) SCHEDULING HEARING TO CONSIDER APPROVAL OF ASSET PURCHASE AGREEMENT; (4) OTHER RELIEF AS THE COURT MAY DEEM APPROPRIATE,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 30, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED NEF SERVICE LIST**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 30, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to General Order 21-05, judges' courtesy copies are temporarily suspended for documents under 25 pages.

Via email:

Office of the US Trustee:  Kelly L Morrison     kelly.l.morrison@usdoj.gov
Attorneys for Debtor Jong Uk Byun:  Giovanni Orantes     go@gobklaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 30, 2021 | Martha Araki | /s/ Martha Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      **F 9013-3.1.PROOF.SERVICE**

**In re Jong Uk Byun**                                                           **Case No. 2:20-bk-17433-VZ**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Attorneys for Debtor Jong Uk Byun:  Giovanni Orantes**    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Attorneys for Creditor QuarterSpot, Inc.:  Katrina M Brown**    kbrown@pskbfirm.com
- **Attorneys for Creditor Deutsch Bank National Company:  Theron S Covey**    theronscovey@hotmail.com, sferry@raslg.com
- **Attorneys for Creditor Los Angeles County Treasurer and Tax Collector:  Oscar Estrada**    oestrada@ttc.lacounty.gov
- **Attorneys for Creditor Hyundai Steel Company:  Richard Holm, Evan M Jones**    rholm@omm.com, richard-holm-1054@ecf.pacerpro.com, ejones@omm.com, evan-jones-5677@ecf.pacerpro.com
- **Attorneys for Creditor M&E Equities, LLC, and Packo Investments, Inc., et al.:  David W. Meadows**    david@davidwmeadowslaw.com
- **Attorneys for Creditors Daniel Eal Young Park, Joan Park, Jourdain DeWerd:  Daniel E Park**    dpark@parksylvalaw.com
- **Office of the US Trustee:  Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Interested Party/Courtesy NEF:  Shirley Cho**    scho@pszjlaw.com
- **Interested Party/Courtesy NEF:  Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Interested Party/Courtesy NEF:  Hal D Goldflam**    hgoldflam@frandzel.com, dmoore@frandzel.com
- **Interested Party/Courtesy NEF:  Carrie V Hardman**    chardman@winston.com
- **Interested Party/Courtesy NEF:  M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Interested Party/NEF:  Michael T Leary**    MTLeary@winston.com, ecf_sf@winston.com;mike-leary-2899@ecf.pacerpro.com;pacercourtfile@winston.com
- **Interested Party/Courtesy NEF:  Valerie Smith**    claims@recoverycorp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                  **F 9013-3.1.PROOF.SERVICE**