DANIEL E. PARK, State Bar No. 174524
dpark@parklawcorp.com
**DANIEL E. PARK LAW CORPORATION**
201 N. Brand Blvd., Unit 200
Glendale, California 91203
Telephone: (213) 616-7438
Facsimile: (818) 479-9958

Attorneys for Creditors Daniel Park,
Joan Park, and Jourdain DeWerd

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re, | CASE NO.: 2:20-bk-17433-VZ |
| JONG UK BYUN, | Chapter 11 |
| Debtor. | **SUPPLEMENTAL DECLARATION OF DANIEL E. PARK IN SUPPORT OF ORDER TO SHOW CAUSE WHY CHAPTER 11 CASE SHOULD BE CONVERTED TO CHAPTER 7** |
| | **HEARING** |
| | Date: September 30, 2021 |
| | Time: 11:00 a.m. |
| | Place: Courtroom: 1368 |
| | 255 E Temple St., |
| | Los Angeles, CA 90012 |

**1**
**DECLARATION OF DANIEL E. PARK IN SUPPORT OF ORDER TO SHOW CAUSE WHY CHAPTER 11 CASE SHOULD BE CONVERTED TO CHAPTER 7**

# DECLARATION OF DANIEL PARK

I, DANIEL PARK, declare:

1. I am an attorney, in good standing, with license to practice before all courts of the State of California. I am counsel for DANIEL E. PARK, JOAN BARK, AND JOURDAIN DEWERD (Collectively, "Creditors") in the above-captioned matter.

2. The following facts are within my personal, first-hand knowledge and if called upon to testify I could and would testify competently thereto.

## Debtor Is Using Delay Tactics

3. Debtor has had offers to purchase Santa Fe Ave, Huntington Park, CA 90255 ("Santa Fe Property") for years. He has been delaying the sale of the Santa Fe Property unnecessarily for years.

4. On or about June 4, 2021, I inquired with JONG UK BYUN'S ("Debtor") counsel on whether a Sales and Purchase Agreement had been signed with regards to Santa Fe Property. Debtor's counsel advised that no such process had begun. A true and correct copy of the correspondence is attached hereto as **Exhibit A.**

5. In his Motion for Order Approving Sale, Debtor proposed to sell the Santa Fe Property for $33 million to a buyer, Alere. However, Debtor kept the purchase agreement vague with a lot of uncertainty and was an agreement not binding enough for the buyer.

6. On August 31, 2021 at the hearing on the Motion for Order Approving Sale, the Order was denied as the Court recognized that the deal is not binding enough and still uncertain.

7. It is evident that the Debtor is delaying the sale of the Santa Fe Property for as long as possible to the detriment of <u>all creditors</u>. Debtor has not been paying his creditors yet is collecting rental income from the Property. The Motion for Order Approving Sale is another delay tactic by Debtor to avoid Hyundai foreclosing on the Subject Property without committing to a real deal. Debtor has no intention of selling the property and is using various motions with the Court to simply delay any proceeding whatsoever.

8. Another evidence of Debtor's attempt to avoid paying his creditors is the sale of his San Bernardino Property in 2019. This sale transaction yielded Debtor $1,000,000 in profit with the creditors receiving nothing for it.

9. If Debtor is granted more continuances, he will continue to evade the judgment against him whereas a trustee will ensure that all of Debtor's assets are allocated in the most efficient way to pay off all his creditors.

**Hyundai's Foreclosure Will Ignore All Junior Interests**

10. Hyundai has the ability to foreclose on the Subject Property, as well as Debtor's other properties, to satisfy its own judgment. Should this foreclosure happen, all junior creditor liens will be eliminated.

11. Hyundai's conduct has suggested that they are unaffected by junior creditors and willing to push for this foreclosure sale on September 7, 2021 to occur in order to get their interests satisfied.  This foreclosure sale will be extremely detrimental to all other junior creditors.

**Converting to Chapter 7 Ensures Everyone's Interests Are Protected**

12. However, if this Court converts Debtor's Chapter 11 to a Chapter 7 bankruptcy matter and appoint a trustee, Debtor's properties can be used to pay off **all** creditors. Hyundai, as well as junior creditors will be paid off.

13. Without the Court's order to convert Debtor's Chapter 11 bankruptcy to Chapter 7, Debtor will continue to evade and delay any and all proceedings against him  and many of the secured and unsecured creditors will not get paid on their claims..

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

//

DATED: September 2, 2021

    __/s/ Daniel Park_____
    Daniel E. Park
    Attorney for Creditors Daniel Park,
    Joan Park, and Jourdain DeWerd