1  MICHAEL S. GREGER (BAR NO. 156525)
   WILLIAM W. HUCKINS (BAR NO. 201098)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  1900 Main Street, Fifth Floor
   Irvine, California 92614-7321
4  Phone: (949) 553-1313
   Fax: (949) 553-8354
5  E-Mail: mgreger@allenmatkins.com
           whuckins@allenmatkins.com
6
   Attorneys for Interested Party
7  Thor Acquisition West LLC

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    LOS ANGELES

11 In re                          | Case No. 2:20-bk-17433-VZ

12 JONG UK BYUN,                  | Chapter 11

13      Debtor.                   | **DECLARATION OF GREG BERMAN**

14                                | Date: November 30, 2021
                                    Time: 11:00 a.m.
15                                  Ctrm: 1368
                                       255 E Temple Street
16                                     Los Angeles, CA 90012

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

4892-7039-6420.1

## **DECLARATION OF GREG BERMAN**

Greg Berman hereby declares under penalty of perjury that the foregoing is true and correct:

1. I am the Senior Vice-President of Thor Acquisition West LLC ("Thor"), a Delaware limited liability company, the "stalking horse" bidder for the real property located at 8201 Santa Fe Avenue, Huntington Park, California (the "Property"), which is one of the most substantial assets of the bankruptcy estate (the "Estate") of Jong Uk Byun ("Debtor"), Case No. 2:20-bk-17433-VZ. If called upon as a witness, I could and would competently testify to the following of my own personal knowledge, information, and belief.

2. I make this Declaration to provide the Court with a detailed summary of the fees and expenses Thor has incurred and will incur in connection with becoming the stalking horse bidder and for its time, resources, and efforts associated with documenting the sale transaction with the Debtor and due diligence related to the purchase of the Property for $31 million. These efforts have been both costly and time consuming due to the nature and condition of the Property as well as the compressed time period to conduct due diligence.

3. Thor entered into the amended and restated real estate purchase and sale agreement (the "PSA") with Debtor on November 18, 2021, which became effective as of November 5, 2021. The PSA details the terms and condition for the purchase and sale of the Property (the "Transaction"). Specifically, the Property includes six parcels of land being conveyed as one, which are situated alongside of an active railroad track. One of the six parcels is a decommissioned railroad with a right of way that is subject to a variety of easements and covenants for transportation and communication purposes, some of which date back to the 1800s.

4. Due to the nature and complexity of the Property, in its position as the stalking horse bidder, Thor is taking careful efforts to conduct its due diligence, negotiate with the Debtor as well as

Debtor's secured creditor and transportation and telecommunications companies holding easements, which affect the Property.

5. As of October 31, 2021, Thor, through myself and at least 7 other employees of Thor's parent company, Thor Equities, have expended approximately 115 hours negotiating with Debtor and the Debtor's secured creditor as well as conducting due diligence investigations relating to the Transaction. In addition, from November 1, 2021 through the closing of the Transaction, Thor anticipates that at least an additional 375 employee hours will be spent in its efforts to document the Transaction and perform due diligence related thereto. The following chart provides a detailed summary of the employee hours expended as well as an estimate of the cost to Thor for this employee time, which has been prorated and totaled based on each employee's respective salary, in connection with such efforts as of October 31, 2021, as well as the anticipated additional hours and cost that will be incurred through closing on the Transaction:

| Employee | Hours Spent Through October 31, 2021 | Total Fees Through October 31, 2021 | Estimated Hours From November 1, 2021 Through Closing | Estimated Fees Through Closing | Total Salary Cost |
|---|---|---|---|---|---|
| Greg Berman, Senior Vice-President, Acquisitions | 50 | | 150 | | |
| Charlie Wall, Analyst, Acquisitions | 30 | | 60 | | |
| Jeremy Gelb, Associate, Capital Markets | 10 | | 15 | | |
| Tim Nash, Associate, Development | 0 | | 40 | | |
| Chase Chehade, | 0 | | 30 | | |

| | | | | | |
|---|---|---|---|---|---|
| Senior Vice-President, Capital Markets | | | | | |
| Peter McEneaney, Senior Vice-President, Development & Construction | 20 | | 40 | | |
| Rachel Meyers, Project Assistant, Development & Asset Management | 0 | | 35 | | |
| Jack Sitt, Executive Director | 5 | | 5 | | |
| Totals | 115 | $10,656 | 375 | $34,386 | $45,042 |

6. In addition to its in-house labor by employees working on the Transaction, Thor has retained counsel and incurred legal fees and expenses related to the Transaction. Thor has retained the law firm of Wachtel Missry LLP for the principal work on the APA and negotiating with the Debtor, Debtor's secured creditor, and other stakeholders in connection with the Transaction. Thor also retained the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP as local counsel to appear in the bankruptcy case, and to assist with the Transaction, including the land use and planning issues related thereto. As of October 31, 2021, Thor has incurred legal fees related to the Transaction in the total amount of $75,909.32, as follows:

| Firm | Fees | Total Legal Fees as of October 31, 2021 |
|---|---|---|
| Wachtel Missry LLP | $51,350.82 | |
| Allen Matkins Leck Gamble Mallory & Natsis LLP | $24,558.50 | |

000263-471/00312338-1 -3-

|  |  | $75,909.32 |
|--|--|--|

7. In addition, based on good faith estimates from its attorneys, Thor anticipates incurring additional legal fees from November 1, 2021 through the closing of the Transaction of at least $163,023.85, consisting of $111,023.85 in legal fees by Wachtel Missry LLP for its work on the Transaction and treatment of secured claims as it relates to bankruptcy matters, and $52,000.00 by Allen Matkins Leck Gamble Mallory & Natsis LLP for its work as local bankruptcy counsel as well as advising Thor on land use and planning issues relating to the Transaction.

8. Additionally, Thor has incurred and will continue to incur fees and expenses from various third parties, such as architects, engineers, and surveyors, for work performed and services rendered as a necessary part of Thor's closing and due diligence costs for the Transaction. Thor anticipates that from November 1, 2021 through the closing of the Transaction, it will pay at least $518,955 to these third-party vendors in connection with its closing and due diligence costs for the purchase of the Property, which is itemized in the chart below:

| Item | Category | Estimated Costs From November 1, 2021 Through Closing |
|--|--|--|
| FTI Consultant | Closing Cost | $25,000 |
| Environmental Insurance | Closing Cost | $200,000 |
| Property Condition Assessment | Closing Cost | $15,000 |
| ALTA Title Policy | Closing Cost | $15,000 |
| Zoning Report | Closing Cost | $2,500 |
| Insurance Consultant | Closing Cost | $10,000 |
| Misc. / Contingency (5% of Closing Costs) | Closing Cost | $24,605 |

000263-471/00312338-1                                        -4-

| Architecture | Due Diligence Cost | $80,000 |
| --- | --- | --- |
| Civil Engineer | Due Diligence Cost | $30,000 |
| Traffic Engineer | Due Diligence Cost | $7,500 |
| Structural Engineer | Due Diligence Cost | $7,500 |
| Geotech | Due Diligence Cost | $15,000 |
| Phase II ESA | Due Diligence Cost | $45,000 |
| Survey / Title | Due Diligence Cost | $27,000 |
| Contingency (5% of Due Diligence Costs) | Due Diligence Cost | $14,850 |
| Total | | $518,955 |

9. In summary, as of October 31, 2021, Thor has incurred total fees and expenses related to its time, resources, and efforts associated with the negotiating and documenting the Transaction and related due diligence in the amount of at least $86,565.32, and will incur fees and expenses totaling at least $716,364.85 through the closing of the Transaction, for a total of $802,930.17, calculated as follows:

| Description | As of October 31, 2021 | From November 1, 2021 Through Closing | Total |
| --- | --- | --- | --- |
| Total In-House Labor of Thor | $10,656 | $34,386 | $45,042 |
| Legal Fees and Expenses | $75,909.32 | $163,023.85 | $238,933.17 |
| Other Closing and Due Diligence Costs | | $518,955 | $518,955 |
| Total | $86,565.32 | $716,364.85 | $802,930.17 |

10. All of the fees and expenses incurred by Thor have been necessary in its duties as the stalking horse bidder for the Property, which have enhanced the value of the Estate and are reasonably related to the risk and efforts that Thor has undertaken in this case.

11.    The proposed break-up fee in the amount of $775,000, which represents 2.5% of the $31 million stalking horse purchase price, is a fair and reasonable given the risks undertaken and time and expense incurred by Thor in connection with the Transaction. Thor would not have agreed to act as the stalking horse bidder without Debtor's agreement to pay the proposed break-up fee. I understand that the proposed 2.5% break-up fee is within the range of reasonable break-up fees, which have been accepted for transactions of similar size and complexity.

Executed in Kauai, HI on November 24, 2021.

*Greg Berman* (signature)

Greg Berman
Senior Vice-President, Thor Acquisition West LLC

000263-471/00312338-1

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Main Street, Fifth Fl., Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF GREG BERMAN

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 24, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 24, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via Fedex:
United States Bankruptcy Court, Central District of California
Attn: Judge Vincent P. Zurzolo
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 24, 2021 | Karrle Preston | /s/ Karrle Preston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

# ADDITIONAL SERVICE INFORMATION

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**

- **David W. Meadows**     david@davidwmeadows.com
  **(Interested Party Courtesy NEF)**

- **Kelly L. Morrison**     kelly.l.morrison@usdoj.gov
  **(On behalf of US Trustee (LA))**

- **Giovanni Orantes**     go@gobklaw.com, gorantes@orantes-law.com,
  **(Debtor's Counsel)**     cmh@gobklaw.com, gobklaw@gmail.com,
      go@ecf.inforuptcy.com,
      orantesgr89122@notify.bestcase.com

- **Valerie Smith**     claims@recoverycorp.com
  **(Interested Party Courtesy NEF)**

- **U.S. Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov

- **Theron S. Covey**     tcovey@rasflaw.com
  **(On behalf of Deutsche Bank National Company)**

- **M. Jonathan Hayes**     jhayes@rhmfirm.com
  **(Interested Party Courtesy NEF)**

- **Shirley S. Cho**     scho@pszjlaw.com
  **(Interested Party Courtesy NEF)**

- **Katrina M. Brown**     kbrown@pskbfirm.com
  **(On behalf of Creditor QuarterSpot, Inc.)**

- **Hal D. Goldflam**     hgoldflam@frandzel.com
  **(Interested Party Courtesy NEF)**     dmoore@frandzel.com

- **Oscar Estrada**     oestrada@tcc.lacounty.gov
  **(On behalf of Creditor LA County Treasurer and Tax Collector)**

- **Michael T. Leary, Carrie V. Hardman**     MTLeary@winston.com, ecf_sf@winston.com,
  **(Interested Party Courtesy NEF)**     mike-leary-2899@ecf.pacerpro.com,
      pacercourtilfe@winston.com,
      chardman@winston.com

- **Robert P. Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com,
  **(Interested Party Courtesy NEF)**     goeforecf@gmail.com

- **Daniel E. Park**     dpark@parksylvalaw.com
  **(On behalf of Creditors Daniel Park, Joan Park, and Jourdain DeWerd)**