| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven J. Cohen, Esq.<br>WACHTEL MISSRY LLP<br>One Dag Hammarskjold Plaza<br>885 Second Avenue<br>New York, NY 10017<br>212-909-9505/212-909-9463 Fax<br>cohen@wmllp.com | PAID<br>NOV 23 2021<br>Clerk, US District Court<br>COURT 4612 |
| Attorney for: Thor Acquisition West LLC | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>JONG UK BYUN | CASE NO.: 2:20-bk-17433-VZ<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Debtor(s). | |
| vs.<br><br>Plaintiff(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** |
| Defendant(s). | [No hearing required per LBR 2090-1(b)(6)] |

1. I, Steven J. Cohen _____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

    Thor Acquisition West LLC

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                            Page 1                                     F 2090-1.2.APP.NONRES.ATTY

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

   WACHTEL MISSRY LLP, One Dag Hammarskjold Plaza, 885 Second Avenue, New York, NY 10017

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

   New York State Bar as of February 7, 1983, Bar No. 1846047; United States District Court, Southern District of New York on October 30, 1984; and United States District Court, Eastern District of New York in 1984.

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| N/A | | | | |

7. I ☐ have ☒ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

   I ☐ resigned ☒ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

   Name of attorney (Designee):

   Michael S. Greger and William W. Huckins

   Name and address of law firm, or residence address:

   Allen Matkins Leck Gamble Mallory & Natsis LLP
   1900 Main Street, Fifth Floor
   Irvine, CA 92614-7321

   Telephone number of law firm: (949) 553-1313

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 2    F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 11/19/2021

_____
Signature of applicant

Steven J. Cohen
Printed name of applicant

## CONSENT OF DESIGNEE

I consent to the foregoing designation.

Date: 11/23/2021

_____
Signature of Designee

Michael S. Greger / William W. Huckins
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                               Page 3                               F 2090-1.2.APP.NONRES.ATTY

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA231122
Cashier ID: rocash
Transaction Date: 11/23/2021
Payer Name: Wachtel Missry LLP
---------------------------------
PRO HAC VICE
  For: Wachtel Missry LLP
  Case/Party: D-CAC-2-22-AT-802022-001
  Amount:       $500.00
---------------------------------
CHECK
  Check/Money Order Num: 18093
  Amt Tendered:  $500.00
---------------------------------
Total Due:      $500.00
Total Tendered: $500.00
Change Amt:     $0.00
```

Steven J. Cohen, Esq.

WACHTEL MISSRY LLP

One Dag Hammarskjold Plaza

885 Second Avenue

New York, NY 10017

212-909-9505
cohen@wmllp.com

No refunds without original receipt. Returned checks will be assessed a fee of $53.00.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Main Street, Fifth Fl., Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): Application of Non-Resident Attorney to Appear in a Specific Case

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 24, 2021 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 24, 2021 | Karrle Preston | /s/ Karrle Preston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

## ADDITIONAL SERVICE INFORMATION

### 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

- **David W. Meadows**  david@davidwmeadows.com
  **(Interested Party Courtesy NEF)**

- **Kelly L. Morrison**  kelly.l.morrison@usdoj.gov
  **(On behalf of US Trustee (LA))**

- **Giovanni Orantes**  go@gobklaw.com, gorantes@orantes-law.com,
  **(Debtor's Counsel)**  cmh@gobklaw.com, gobklaw@gmail.com,
  go@ecf.inforuptcy.com,
  orantesgr89122@notify.bestcase.com

- **Valerie Smith**  claims@recoverycorp.com
  **(Interested Party Courtesy NEF)**

- **U.S. Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov

- **Theron S. Covey**  tcovey@rasflaw.com
  **(On behalf of Deutsche Bank National Company)**

- **M. Jonathan Hayes**  jhayes@rhmfirm.com
  **(Interested Party Courtesy NEF)**

- **Shirley S. Cho**  scho@pszjlaw.com
  **(Interested Party Courtesy NEF)**

- **Katrina M. Brown**  kbrown@pskbfirm.com
  **(On behalf of Creditor QuarterSpot, Inc.)**

- **Hal D. Goldflam**  hgoldflam@frandzel.com
  **(Interested Party Courtesy NEF)**  dmoore@frandzel.com

- **Oscar Estrada**  oestrada@ttc.lacounty.gov
  **(On behalf of Creditor LA County Treasurer and Tax Collector)**

- **Michael T. Leary, Carrie V. Hardman**  MTLeary@winston.com, ecf_sf@winston.com,
  **(Interested Party Courtesy NEF)**  mike-leary-2899@ecf.pacerpro.com,
  pacercourtilfe@winston.com,
  chardman@winston.com

- **Robert P. Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com,
  **(Interested Party Courtesy NEF)**  goeforecf@gmail.com

- **Daniel E. Park**  dpark@parksylvalaw.com
  **(On behalf of Creditors Daniel Park, Joan Park, and Jourdain DeWerd)**