Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: scho@pszjlaw.com

Counsel for Secured Creditor Toni Ko

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JONG UK BYUN,<br><br>Debtor. | Case No.: 2:20-bk-17433-VZ<br><br>Chapter 11<br><br>**STATEMENT AND RESERVATION OF RIGHTS RE DEBTOR'S NOTICE OF MOTION AND MOTION FOR ORDER (1) APPROVING THE SALE OF THE REAL PROPERTY COMMONLY KNOWN AS 8201 SANTA FE AVENUE, HUNTINGTON PARK, CA 90255, SUBJECT TO OVERBIDDING PROCEDURES PURSUANT TO 11 U.S.C. § 363; ETC.**<br><br>[Related to Docket Nos. 373, 379]<br><br>Hearing Date: November 30, 2021<br>Time: 11:00 a.m.<br>Court: Bankruptcy Court<br>255 East Temple Street, Crtrm. 1368<br>Los Angeles, CA<br>Judge: Honorable Vincent P. Zurzolo |

Toni Ko ("Secured Creditor"), a secured creditor in the above-captioned case, hereby files this statement and reservation of rights (the "Reservation of Rights") to the *Debtor's Notice of Motion and Motion for Order (1) Approving the Sale of the Real Property Commonly Known as 8201 Santa Fe Avenue, Huntington Park, CA 90255, Subject to Overbidding Procedures Pursuant to 11 U.S.C. § 363; (2) Authorizing that Such Sale Be Free and Clear of Liens, Claims, Interests, and Encumbrances of Any Nature Whatsoever Pursuant to 11 U.S.C. § 363; (3) Extinguishing Existing*

DOCS_LA:340933.1 49987/002

*Lease; (4) Rejecting All Other Executory Contracts And Unexpired Leases; (5) Authorizing Payment Directly Out of Escrow of the Claim of Hyundai Steel Company, Escrow Costs, Brokers' Fee and Liens Senior to the Liens of Hyundai Steel Company; (6) Finding that Buyer is a Good Faith Buyer Entitled to the Protections of Section 363(m) of the Bankruptcy Code; (7) Waiving the Fourteen-Day Stay Provision of Bankruptcy Rule 6004; (8) Approving Compromise of Controversy with Hyundai Steel Company and Authorizing General Mutual Releases; and, (9) Granting Other Relief it Deems Just and Appropriate* [Docket No. 379] (the "Motion")[1] filed by Jong Uk Byun ("Debtor"). In further support of this Objection, Secured Creditor respectfully represents as follows:

## STATEMENT

Secured Creditor holds a valid, perfected lien on the property proposed to be sold by the Motion. Secured Creditor is in a second lien position after Hyundai Heavy. On account of unpaid principal, interest, fees, and costs owing on a promissory note, Secured Creditor is owed not less than $1.29 million and Secured Creditor will be filing an amended proof of claim.

Secured Creditor has requested copies of any bids received by the Debtor by the Bid Deadline be sent to counsel for Secured Creditor and Debtor's counsel has agreed to provide Secured Creditor such copies.

## RESERVATION OF RIGHTS

To the extent that any sales proceeds are received, Secured Creditor reserves the right to object to the form of any sale order to the extent that sales proceeds are proposed to be paid in an amount insufficient to satisfy the secured claim of Secured Creditor in full. Secured Creditor also requests a copy of any proposed sale proceeds waterfall and proposed sale order and reserves all rights to comment and object to the same.

Dated: November 24, 2021              PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Shirley S. Cho*
    Shirley S. Cho, Esq.

Counsel for Secured Creditor Toni Ko

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DOCS_LA:340933.1 49987/002              2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify):* **STATEMENT AND RESERVATION OF RIGHTS RE DEBTOR'S NOTICE OF MOTION AND MOTION FOR ORDER (1) APPROVING THE SALE OF THE REAL PROPERTY COMMONLY KNOWN AS 8201 SANTA FE AVENUE, HUNTINGTON PARK, CA 90255, SUBJECT TO OVERBIDDING PROCEDURES PURSUANT TO 11 U.S.C. § 363; ETC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 26, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 24, 2021,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **VIA PERSONAL DELIVERY** | Via E-mail: |
|---|---|
| United States Bankruptcy Court | Giovanni Orantes <go@gobklaw.com>; |
| Central District of California | David Meadows |
| Attn: Hon. Vincent Zurzolo | <David@davidwmeadowslaw.com>; |
| Edward R. Roybal Federal Bldg./Courthouse | Jones, Evan M. ejones@omm.com |
| 255 East Temple Street, Suite 1360 | |
| Los Angeles, CA  90012 | |

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 26, 2021 | Gini L. Downing | /s/ *Gini L. Downing* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

DOCS_LA:340933.1 49987/002

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)
- David W. Meadows david@davidwmeadows.com
- Kelly L. Morrison kelly.l.morrison@usdoj.gov
(On behalf of US Trustee (LA))
- Giovanni Orantes go@gobklaw.com, gorantes@orantes-law.com,
(Debtor's Counsel) cmh@gobklaw.com, gobklaw@gmail.com,
go@ecf.inforuptcy.com,
orantesgr89122@notify.bestcase.com
- Valerie Smith claims@recoverycorp.com
(Interested Party Courtesy NEF)
- U.S. Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Theron S. Covey tcovey@rasflaw.com
(On behalf of Deutsche Bank National Company)
- M. Jonathan Hayes jhayes@rhmfirm.com
(Interested Party Courtesy NEF)
- Shirley S. Cho scho@pszjlaw.com
(Interested Party Courtesy NEF)
- Katrina M. Brown kbrown@pskbfirm.com
(On behalf of Creditor QuarterSpot, Inc.)
- Hal D. Goldflam hgoldflam@frandzel.com
(Interested Party Courtesy NEF) dmoore@frandzel.com
- Oscar Estrada oestrada@tcc.lacounty.gov
(On behalf of Creditor LA County Treasurer and Tax Collector)
- Michael T. Leary, Carrie V. Hardman MTLeary@winston.com, ecf_sf@winston.com,
(Interested Party Courtesy NEF) mike-leary-2899@ecf.pacerpro.com,
pacercourtilfe@winston.com,
chardman@winston.com
- Robert P. Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com,
(Interested Party Courtesy NEF) goeforecf@gmail.com
- Daniel E. Park dpark@parksylvalaw.com
(On behalf of Creditors Daniel Park, Joan Park, and Jourdain DeWerd)

DOCS_LA:340933.1 49987/002                    4