Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email:  scho@pszjlaw.com

Counsel for Secured Creditor Toni Ko

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:20-bk-17433-VZ |
| JONG UK BYUN, | Chapter 11 |
| Debtor. | **NOTICE OF WITHDRAWAL OF STATEMENT AND RESERVATION OF RIGHTS RE DEBTOR'S NOTICE OF MOTION AND MOTION FOR ORDER (1) APPROVING THE SALE OF THE REAL PROPERTY COMMONLY KNOWN AS 8201 SANTA FE AVENUE, HUNTINGTON PARK, CA 90255, SUBJECT TO OVERBIDDING PROCEDURES PURSUANT TO 11 U.S.C. § 363; ETC. [DOCKET NO. 388]** |
| | **[Related to Docket Nos. 373, 379]** |
| | Hearing Date:  November 30, 2021<br>Time:  11:00 a.m.<br>Court:  Bankruptcy Court<br>255 East Temple Street, Crtrm. 1368<br>Los Angeles, CA<br>Judge:  Honorable Vincent P. Zurzolo |

**PLEASE TAKE NOTICE** that Toni Ko withdraws the *Statement and Reservation of Rights to the Debtor's Notice of Motion and Motion for Order (1) Approving the Sale of the Real Property Commonly Known as 8201 Santa Fe Avenue, Huntington Park, CA 90255, Subject to Overbidding Procedures Pursuant to 11 U.S.C. § 363; (2) Authorizing that Such Sale Be Free and Clear of Liens, Claims, Interests, and Encumbrances of Any Nature Whatsoever Pursuant to 11 U.S.C. § 363; (3) Extinguishing Existing Lease; (4) Rejecting All Other Executory Contracts And Unexpired Leases;*

*(5) Authorizing Payment Directly Out of Escrow of the Claim of Hyundai Steel Company, Escrow Costs, Brokers' Fee and Liens Senior to the Liens of Hyundai Steel Company; (6) Finding that Buyer is a Good Faith Buyer Entitled to the Protections of Section 363(m) of the Bankruptcy Code; (7) Waiving the Fourteen-Day Stay Provision of Bankruptcy Rule 6004; (8) Approving Compromise of Controversy with Hyundai Steel Company and Authorizing General Mutual Releases; and, (9) Granting Other Relief it Deems Just and Appropriate* [Docket No. 388] due to docketing error without prejudice, filed with the United States Bankruptcy Court for the Central District of California, Los Angeles Division on November 26, 2021, and will refile it.

Dated: November 27, 2021         PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Shirley S. Cho*
     Shirley S. Cho, Esq.

Counsel for Secured Creditor Toni Ko