EVAN M. JONES (S.B. # 115827)
RICHARD HOLM (S.B. #280688)
AISLING MURRAY (*admitted pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

*Attorneys for Creditor,*
*Hyundai Steel Company*

# UNITED STATES BANKRUPTCY COURT FOR

# THE CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JONG UK BYUN,<br><br>Debtor and Debtor-in-Possession. | Case No. 2:20-bk-17433-VZ<br><br>Chapter 11<br><br>**HYUNDAI STEEL COMPANY'S NOTICE OF INTENTION TO CROSS-EXAMINE DECLARANT AT HEARING ON MOTION FOR ORDER APPROVING SALE [DKT. NO. 374]**<br><br>**Date**: December 9, 2021<br>**Time**: 11:00 a.m.<br>**Ctrm**: 1368<br>        Edward Roybal Building<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

**TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, AND PARTIES-IN-INTEREST**

PLEASE TAKE NOTICE that Hyundai Steel Company ("Hyundai") intends to conduct live cross-examination of the following individual who has submitted a declaration in support of *Fleet Yards, Inc.'s (I) Preliminary Objection to Debtor's Motion for Order Approving Sale of the Real Property and (II) Request for Adequate Protection Pursuant to Section 363(E)* [Dkt. No. 412] (the "**Objection**"):

• Daniel Otting, Chief Executive Officer of Fleet Yards, Inc. ("**Fleet Yards**")

1

1  Fleet Yards is hereby requested to ensure the presence of the above-named individual so that
2  he may be called for live cross-examination at the hearing on Fleet Yards' Objection, currently
3  scheduled for December 9, 2021, at 11:00 a.m. before the Hon. Vincent Zurzolo, United States
4  Bankruptcy Judge, at Courtroom 1368, the Edward Roybal Building, 255 E. Temple Street, Los
5  Angeles, CA 90012.

Dated:  December 6, 2021    O'MELVENY & MYERS LLP

By:  */s/ Richard Holm*
      RICHARD HOLM

*Attorney for Creditor,*
*Hyundai Steel Company.*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
400 S. Hope Street, 18th Floor, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled: HYUNDAI STEEL COMPANY'S NOTICE OF INTENTION TO CROSS-EXAMINE DECLARANT AT HEARING ON MOTION FOR ORDER APPROVING SALE [DKT. NO. 374] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 6, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See attached page**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (December 6, 2021), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

JEFFREY K. GARFINKLE (*via email and personal service*)
Buchalter, A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email: jgarfinkle@buchalter.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/06/2021 | Richard Holm | /s/ Richard Holm |
|---|---|---|
| Date | Printed Name | Signature |

# ADDITIONAL SERVICE INFORMATION

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

- **David W. Meadows**  david@davidwmeadows.com
  **(Interested Party Courtesy NEF)**

- **Kelly L. Morrison**  kelly.l.morrison@usdoj.gov
  **(On behalf of US Trustee (LA))**

- **Giovanni Orantes**  go@gobklaw.com, gorantes@orantes-law.com,
  **(Debtor's Counsel)**  cmh@gobklaw.com, gobklaw@gmail.com,
  go@ecf.inforuptcy.com,
  orantesgr89122@notify.bestcase.com

- **Valerie Smith**  claims@recoverycorp.com
  **(Interested Party Courtesy NEF)**

- **U.S. Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov

- **Theron S. Covey**  tcovey@rasflaw.com
  **(On behalf of Deutsche Bank National Company)**

- **M. Jonathan Hayes**  jhayes@rhmfirm.com
  **(Interested Party Courtesy NEF)**

- **Shirley S. Cho**  scho@pszjlaw.com
  **(Interested Party Courtesy NEF)**

- **Katrina M. Brown**  kbrown@pskbfirm.com
  **(On behalf of Creditor QuarterSpot, Inc.)**

- **Hal D. Goldflam**  hgoldflam@frandzel.com
  **(Interested Party Courtesy NEF)**  dmoore@frandzel.com

- **Oscar Estrada**  oestrada@tcc.lacounty.gov
  **(On behalf of Creditor LA County Treasurer and Tax Collector)**

- **Michael T. Leary, Carrie V. Hardman**  MTLeary@winston.com, ecf_sf@winston.com,
  **(Interested Party Courtesy NEF)**  mike-leary-2899@ecf.pacerpro.com,
  pacercourtilfe@winston.com,
  chardman@winston.com

- **Robert P. Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com,
  **(Interested Party Courtesy NEF)**  goeforecf@gmail.com

- **Daniel E. Park**  dpark@parksylvalaw.com
  **(On behalf of Creditors Daniel Park, Joan Park, and Jourdain DeWerd)**