| | |
|---|---|
| EVAN M. JONES (S.B. # 115827)<br>RICHARD HOLM (S.B. # 280688)<br>AISLING MURRAY (*admitted pro hac vice*)<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br><br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: "Hyundai" | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>JONG UK BYUN<br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:20-bk-17433-VZ<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>ORDER APPROVING HYUNDAI STEEL COMPANY AND FLEET YARDS, INC.'S STIPULATION REGARDING NOTICE OF SALE PROCEDURES MOTION [DKT. NO. 373] AND SALE MOTION [DKT NO. 379] AND SELECTION OF STALKING HORSE BIDDER AT PROPOSED SALE PURSUANT TO BANKRUPTCY CODE § 363 |

PLEASE TAKE NOTE that the order titled ORDER APPROVING HYUNDAI STEEL COMPANY AND FLEET YARDS, INC.'S STIPULATION REGARDING NOTICE OF SALE PROCEDURES MOTION [DKT. NO. 373] AND SALE MOTION [DKT NO. 379] AND SELECTION OF STALKING HORSE BIDDER AT PROPOSED SALE PURSUANT TO BANKRUPTCY CODE § 363
was lodged on (*date*) 12/08/2021 and is attached.  This order relates to the stipulation which is docket number 422.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

EVAN M. JONES (S.B. # 115827)
RICHARD HOLM (S.B. #280688)
AISLING MURRAY (*admitted pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

*Attorneys for Creditor,*
*Hyundai Steel Company*

# UNITED STATES BANKRUPTCY COURT FOR

# THE CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:20-bk-17433-VZ |
| JONG UK BYUN, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **ORDER GRANTING HYUNDAI STEEL COMPANY AND FLEET YARDS, INC.'S STIPULATION REGARDING NOTICE OF SALE PROCEDURES MOTION [DKT. NO. 373] AND SALE MOTION [DKT. NO. 379] AND SELECTION OF STALKING HORSE BIDDER AT PROPOSED SALE PURSUANT TO BANKRUPTCY CODE §363** |

The Court, having read and considered *Hyundai Steel Company and Fleet Yards, Inc.'s Stipulation Regarding Notice of Sale Procedures Motion [Dkt. No. 373] and Sale Motion [Dkt. No. 379] and Selection of Stalking Horse Bidder at Proposed Sale Pursuant to Bankruptcy Code §363*, [Dkt. No. 422] (the "**Stipulation**"), with good cause appearing, orders as follows:

1. The Stipulation is approved.

###

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/08/2021 | Richard Holm | /s/ Richard Holm |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

# ADDITIONAL SERVICE INFORMATION

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

- **David W. Meadows**  david@davidwmeadows.com
  **(Interested Party Courtesy NEF)**

- **Kelly L. Morrison**  kelly.l.morrison@usdoj.gov
  **(On behalf of US Trustee (LA))**

- **Giovanni Orantes**  go@gobklaw.com, gorantes@orantes-law.com,
  **(Debtor's Counsel)**  cmh@gobklaw.com, gobklaw@gmail.com,
  go@ecf.inforuptcy.com,
  orantesgr89122@notify.bestcase.com

- **Valerie Smith**  claims@recoverycorp.com
  **(Interested Party Courtesy NEF)**

- **U.S. Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov

- **Theron S. Covey**  tcovey@rasflaw.com
  **(On behalf of Deutsche Bank National Company)**

- **M. Jonathan Hayes**  jhayes@rhmfirm.com
  **(Interested Party Courtesy NEF)**

- **Shirley S. Cho**  scho@pszjlaw.com
  **(Interested Party Courtesy NEF)**

- **Katrina M. Brown**  kbrown@pskbfirm.com
  **(On behalf of Creditor QuarterSpot, Inc.)**

- **Hal D. Goldflam**  hgoldflam@frandzel.com
  **(Interested Party Courtesy NEF)**  dmoore@frandzel.com

- **Oscar Estrada**  oestrada@tcc.lacounty.gov
  **(On behalf of Creditor LA County Treasurer and Tax Collector)**

- **Michael T. Leary, Carrie V. Hardman**  MTLeary@winston.com, ecf_sf@winston.com,
  **(Interested Party Courtesy NEF)**  mike-leary-2899@ecf.pacerpro.com,
  pacercourtilfe@winston.com,
  chardman@winston.com

- **Robert P. Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com,
  **(Interested Party Courtesy NEF)**  goeforecf@gmail.com

- **Daniel E. Park**  dpark@parksylvalaw.com
  **(On behalf of Creditors Daniel Park, Joan Park, and Jourdain DeWerd)**

- **Derrick Talerico**  dtalerico@ztlegal.com
  **(Interested Party Courtesy NEF)**

- **Michael S. Greger, William W. Huckins**  mgreger@allenmatkins.com,
  **(Interested Party Courtesy NEF)**  whuckins@allenmatkins.com

- **Roye Zur**  
  **(Interested Party Courtesy NEF)**                    **rzur@elkinskalt.com**

- **Julian I. Gurule**  
  **(Interested Party Courtesy NEF)**                    **jgurule@buchalter.com**

- **Jeffrey K. Garfinkle**  
  **(Interested Party Courtesy NEF)**                    **jgarfinkle@buchalter.com**

- **Scott B. Cohen**  
  **(Interested Party Courtesy NEF)**                    **sbc@eblawyers.com**