Giovanni Orantes, SBN 190060
**ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd. Suite 2920
Los Angeles, CA 90010
Telephone: (213) 389-4362
Facsimile: (877) 789-5776
go@gobklaw.com

General Insolvency Counsel for Debtor
and Debtor-in-Possession,
Jong Uk Byun

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:20-bk-17433-VZ |
| JONG UK BYUN, | Chapter 11 |
|     Debtor and Debtor-in-Possession. | **DECLARATION OF JONG UK BYUN ON BEHALF OF CENTRAL METAL, INC. REGARDING MOTION FOR SALE OF PROPERTY COMMONLY KNOWN AS 8201 SANTA FE AVENUE, HUNTINGTON PARK, CA** |
| | **HEARING**<br>Date: December 9, 2021<br>Time: 11:00 a.m.<br>Crtrm. 1368, 255 E. Temple Street,<br>Los Angeles, CA 90012 |

**DECLARATION OF JONG UK BYUN**

I, Jong Uk Byun, declare:

1. I am over 18 years of age and am the Debtor (hereinafter the "Debtor") in the case under Chapter 11 of the Bankruptcy Code, Case No. 2:20-bk-17433-VZ ("Case"). Except when based on information and belief, I make this declaration based on facts within my personal knowledge and if called as a witness, could and would testify thereto.

2. I caused to be filed the present case for relief under Chapter 11 on August 14, 2020 (the "Petition Date").

3. I am also the Chief Executive Officer, Secretary and Chief Financial Officer of Central Metal, Inc. ("CMI"), which has a lease agreement with Fleet Yards, Inc. for part of the 8201 Santa Fe Avenue, Huntington Park (the "Property").

4. I am informed and believe that Hyundai Steel Company ("Hyundai") has scheduled a foreclosure sale of my Los Angeles properties, including the Property, at 11:00 A.M. on December 21, 2021 ("Foreclosure Sale").

5. In light of the imminent foreclosure sale of the Property and the rest of my Los Angeles properties, I believe the sale in an orderly Bankruptcy proceeding of the Property for no less than $31 million to Thor Acquisition West LLC, a Delaware limited liability company (or its assignee) ("Thor" or "Buyer"), subject to overbid, is prudent and reasonable in my business judgment.

6. As a result, I worked closely with my counsel, The Orantes Law Firm, P.C., and its staff over several weeks up to and including November 18, 2021 and beyond and caused to be filed and served on November 18, 2021 the: **(1)** Motion For Order: (1) Authorizing And Approving Sale Procedures For Sale Of Assets; (2) Authorizing And Approving The Break-Up Fee; (3) Approving Form And Manner Of Notice Of Auction And Sale Hearing; (4) Scheduling Hearing To Consider Approval Of Real Estate Purchase And Sale Agreement; And (5) Granting Other Relief As The Court May Deem Appropriate; And Supporting Memorandum (Docket No. 374) ("Sales Procedures Motion"); **(2)** Motion For Order (1) Approving The Sale Of The Real Property Commonly Known As 8201 Santa Fe Avenue, Huntington Park, Ca 90255, Subject To

1  Overbidding Procedures Pursuant To 11 U.S.C. § 363; (2) Authorizing That Such Sale Be Free
2  And Clear Of Liens, Claims, Interests, And Encumbrances Of Any Nature Whatsoever Pursuant
3  To 11 U.S.C. § 363; (3) Extinguishing Existing Lease; (4) Rejecting All Other Executory
4  Contracts And Unexpired Leases; (5) Authorizing Payment Directly Out Of Escrow Of The Claim
5  Of Hyundai Steel Company, Escrow Costs, Brokers Fee And Liens Senior To The Liens Of
6  Hyundai Steel Company; (6) Finding That Buyer Is A Good Faith Buyer Entitled To The
7  Protections Of Section 363(M) Of The Bankruptcy Code; (7) Waiving The Fourteen-Day Stay
8  Provision Of Bankruptcy Rule 6004; (8) Approving Compromise Of Controversy With Hyundai
9  Steel Company And Authorizing General Mutual Releases; And, (9) Granting Other Relief It
10 Deems Just And Appropriate; Memorandum Of Points And Authorities (Docket No. 379) ("Sale
11 Motion") (together, the "Motions"); and, **(3)** Notice of sale of estate property (LBR 6004-2) 8201
12 Santa Fe Avenue, Huntington Park, CA 90255 (Docket No. 375) ("Notice of Sale").

13    7.    I reviewed and filed declarations in support of the Motions and have received via e-
14 mail copies of the Motions and the Notice of Sale.

15    8.    Therefore, in my capacity as each and all of the Chief Executive Officer, Secretary
16 and Chief Financial Officer of CMI, I consent for CMI to the Sale Motion and all related
17 transactions and proceedings.

    I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct and that this declaration was executed on December 8, 2021.

_____
Jong Uk Byun

-2-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3435 Wilshire Blvd., Suite 2920**
**Los Angeles, CA 90010**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF JONG UK BYUN ON BEHALF OF CENTRAL METAL, INC. REGARDING MOTION FOR SALE OF PROPERTY COMMONLY KNOWN AS 8201 SANTA FE AVENUE, HUNTINGTON PARK, CA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/8/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Carrie V Hardman on behalf of Interested Party Alere Property Group LLC
chardman@winston.com

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Richard Holm on behalf of Creditor Hyundai Steel Company
rholm@omm.com, richard-holm-1054@ecf.pacerpro.com

William W Huckins on behalf of Interested Party Thor Acquisition West LLC
whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com

Evan M Jones on behalf of Creditor Hyundai Steel Company
ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Michael T Leary on behalf of Interested Party Alere Property Group LLC
MTLeary@winston.com, ecf_sf@winston.com;mike-leary-2899@ecf.pacerpro.com;pacercourtfile@winston.com

David W. Meadows on behalf of Creditor M&A Equities, LLC
david@davidwmeadowslaw.com

David W. Meadows on behalf of Creditor Packo Investments, Inc., Allen Park, Mohamed Sanfaz, and The BAE Family Trust
david@davidwmeadowslaw.com

David W. Meadows on behalf of Creditor Packo Investments, Inc., et al
david@davidwmeadowslaw.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Giovanni Orantes on behalf of Debtor Jong Uk Byun
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Daniel E Park on behalf of Attorney Daniel Eal Young Park
dpark@parksylvalaw.com

Daniel E Park on behalf of Creditor Daniel Eal Park Park
dpark@parksylvalaw.com

Daniel E Park on behalf of Creditor Joan Park
dpark@parksylvalaw.com

Daniel E Park on behalf of Creditor Jourdain DeWerd
dpark@parksylvalaw.com

Valerie Smith on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

Derrick Talerico on behalf of Interested Party Malka Investments, LLC
dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Roye Zur on behalf of Interested Party Courtesy NEF
rzur@elkinskalt.com, cavila@elkinskalt.com;myuen@elkinskalt.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On, **12/8/2021** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **12/8/2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| VIA EMAIL | VIA EMAIL |
|---|---|
| Honorable Judge Vincent Zurzolo<br>Chambers_VZurzolo@cacb.uscourts.gov | Central Metal, Inc.<br>Jong Uk Byun, CEO of Central Metal, Inc.<br>jongukbyun@gmail.com and<br>jongbyun@centralmetalinc.com |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 8, 2021 | Omar Amaya | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |