Scott B. Cohen, State Bar No. 171941
sbc@eblawyers.com
Engelman Berger, P.C.
2800 N Central Ave #1200
Phoenix AZ 85004
Phone: 602-222-4960

*Attorneys for 8201 Santa Fe (CA), LLC*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>**Jong Uk Byun,**<br><br>　　　　　　　　　　Debtor. | Case No. 2:20-bk-17433-VZ<br><br>Chapter 11<br><br>**NOTICE OF QUALIFIED BID BY 8201 SANTA FE (CA), LLC**<br><br>**Related Dkt ## 379, 399, 403, 404**<br><br>**HEARING**<br>DATE:　December 9, 2021<br>TIME:　11:00 a.m.<br>CTRM:　1368<br>PLACE:　255 E. Temple Street<br>　　　　　Los Angeles, CA |

　　　PLEASE TAKE NOTICE THAT 8201 Santa Fe (CA), LLC, pursuant to the Order on Sale Procedures at Dkt. #404 (and related documents), timely satisfied the participation requirements and submitted the necessary deposit and written materials to make a qualified bid.

　　　DATED this 8th day of December, 2021.

　　　　　　　　　　　　　　　　　**ENGELMAN BERGER, P.C.**

　　　　　　　　　　　　　　　　　By:　/s/ Scott B. Cohen, Bar #171941
　　　　　　　　　　　　　　　　　　　Scott B. Cohen
　　　　　　　　　　　　　　　　　　　2800 N. Central Ave., Suite 1200
　　　　　　　　　　　　　　　　　　　Phoenix, AZ 85004
　　　　　　　　　　　　　　　　　　　Tel.: 602.271.9090
　　　　　　　　　　　　　　　　　　　Fax.: 602.222.4999
　　　　　　　　　　　　　　　　　　　Email: sbc@eblawyers.com

{0006309.0001/01290789.DOCX / 2}

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 2800 North Central Avenue, Suite 1200, Phoenix, AZ 85004.

A true and correct copy of the foregoing document entitled **NOTICE OF QUALIFIED BID BY 8201 SANTA FE (CA), LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 8, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Katrina M Brown on behalf of Creditor QuarterSpot, Inc.
kbrown@pskbfirm.com

Shirley Cho on behalf of Creditor Toni Ko
scho@pszjlaw.com

Shirley Cho on behalf of Interested Party Courtesy NEF
scho@pszjlaw.com

Theron S Covey on behalf of Creditor Deutsche Bank National Company
theronscovey@hotmail.com, sferry@raslg.com

Oscar Estrada on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
oestrada@ttc.lacounty.gov

Jeffrey Garfinkle on behalf of Creditor Fleet Yards, Inc.
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

Robert P Goe on behalf of Interested Party Robert P Goe
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Hal D Goldflam on behalf of Interested Party Courtesy NEF
hgoldflam@frandzel.com, dmoore@frandzel.com

Michael S Greger on behalf of Interested Party Thor Acquisition West LLC
mgreger@allenmatkins.com, kpreston@allenmatkins.com

Julian I Gurule on behalf of Interested Party Courtesy NEF
jgurule@buchalter.com, smartin@buchalter.com;docket@buchalter.com

Carrie V Hardman on behalf of Interested Party Alere Property Group LLC
chardman@winston.com

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Richard Holm on behalf of Creditor Hyundai Steel Company
rholm@omm.com, richard-holm-1054@ecf.pacerpro.com

William W Huckins on behalf of Interested Party Thor Acquisition West LLC
whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com

{0006309.0001/01290868.DOCX / }

Evan M Jones on behalf of Creditor Hyundai Steel Company
ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Michael T Leary on behalf of Interested Party Alere Property Group LLC
MTLeary@winston.com, ecf_sf@winston.com;mike-leary-2899@ecf.pacerpro.com;pacercourtfile@winston.com

David W. Meadows on behalf of Creditor M&A Equities, LLC
david@davidwmeadowslaw.com

David W. Meadows on behalf of Creditor Packo Investments, Inc., Allen Park, Mohamed Sanfaz, and The BAE Family Trust
david@davidwmeadowslaw.com

David W. Meadows on behalf of Creditor Packo Investments, Inc., et al
david@davidwmeadowslaw.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Giovanni Orantes on behalf of Debtor Jong Uk Byun
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Daniel E Park on behalf of Attorney Daniel Eal Young Park
dpark@parksylvalaw.com

Daniel E Park on behalf of Creditor Daniel Eal Park Park
dpark@parksylvalaw.com

Daniel E Park on behalf of Creditor Joan Park
dpark@parksylvalaw.com

Daniel E Park on behalf of Creditor Jourdain DeWerd
dpark@parksylvalaw.com

Valerie Smith on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

Derrick Talerico on behalf of Interested Party Malka Investments, LLC
dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Roye Zur on behalf of Interested Party Courtesy NEF
rzur@elkinskalt.com, cavila@elkinskalt.com;myuen@elkinskalt.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **December 8, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor:<br>Jong Uk Byun<br>8201 Santa Fe Ave.<br>Huntington Park, CA 90255 | United States Trustee (LA)<br>Attn: Kelly L. Morrison<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017 | Hon. Vincent P. Zurzolo<br>U.S. Bankruptcy Court<br>Roybal Fed. Bldg.<br>255 E. Temple St., Ste. 1360<br>Los Angeles, CA 90012 |
|---|---|---|

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 8, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/08/2021 | Scott B. Cohen | /s/ Scott B. Cohen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |