| | |
|---|---|
| EVAN M. JONES (S.B. # 115827)<br>RICHARD HOLM (S.B. # 280688)<br>AISLING MURRAY (*admitted pro hac vice*)<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: "Hyundai" | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>JONG UK BYUN<br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:20-bk-17433-VZ<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>HYUNDAI STEEL COMPANY AND DEBTOR'S STIPULATION TO DISMISS WITH PREJUDICE PORTIONS OF THE DEBTOR'S MOTION TO CORRECT ORDER GRANTING MOTION FOR SALE OF 8201 SANTA FE AVENUE, HUNTINGTON PARK, CA (DOCKET NO. 446) AND EXHIBIT TO THE SALE ORDER (DOCKET NO. 443); SUPPORTING DECLARATIONS [DOCKET NOS. 453 AND 453-1] AND TO CEASE ALL EFFORTS TO COLLECT ADEQUATE PROTECTION PAYMENTS FOR DECEMBER 2021 |

PLEASE TAKE NOTE that the order titled <u>ORDER GRANTING STIPULATION</u> was lodged on (*date*) <u>1/11/22</u> and is attached. This order relates to the motion which is docket number <u>459</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

EVAN M. JONES (S.B. # 115827)
RICHARD HOLM (S.B. #280688)
AISLING MURRAY (*admitted pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

*Attorneys for Creditor,*
*Hyundai Steel Company*

# UNITED STATES BANKRUPTCY COURT FOR

# THE CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JONG UK BYUN,<br><br>    Debtor and Debtor-in-Possession. | Case No. 2:20-bk-17433-VZ<br><br>Chapter 11<br><br>**ORDER GRANTING HYUNDAI STEEL COMPANY AND DEBTOR'S STIPULATION TO DISMISS WITH PREJUDICE PORTIONS OF THE DEBTOR'S MOTION TO CORRECT ORDER GRANTING MOTION FOR SALE OF 8201 SANTA FE AVENUE, HUNTINGTON PARK, CA (DOCKET NO. 446) AND EXHIBIT TO THE SALE ORDER (DOCKET NO. 443); SUPPORTING DECLARATIONS [DOCKET NOS. 453 AND 453-1] AND TO CEASE ALL EFFORTS TO COLLECT ADEQUATE PROTECTION PAYMENTS FOR DECEMBER 2021**<br><br>Date: February 1, 2022<br>Time: 11:00 a.m.<br>Place: Courtroom 1368<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

The Court, having read and considered *Hyundai Steel Company and Debtor's Stipulation to Dismiss with Prejudice Portions of the Debtor's Motion to Correct Order Granting Motion for Sale of 8201 Santa Fe Avenue, Huntington Park, CA (Docket No. 446) and Exhibit to the Sale Order*

1

*(Docket No. 443); Supporting Declarations [Docket Nos. 453 And 453-1] and to Cease All Efforts to Collect Adequate Protection Payments for December 2021* (the "**Stipulation**"), with good cause appearing, orders as follows:[1]

1. The Stipulation is approved.

2. The Motion to Correct is hereby dismissed with prejudice to the extent that it seeks any relief against Hyundai, including, without limitation, with regard to the Sum Certain and the calculation of the Additional Sum; the Motion to Correct may proceed with regard to Nublock Partners being identified as one of the Seller's brokers in an exhibit to the Sale Order.

3. The Sum Certain, which is stated in the Sale Order and which was paid to Hyundai on December 31, 2021, as settlement under the Sale Order and the Hyundai Compromise (specifically, $26,075,000), was the correct amount to be paid to Hyundai under both the Hyundai Compromise and the Sale Order. The Debtor must forever cease all efforts to correct, revise, or otherwise change this amount.

4. The release in the Hyundai Compromise covers any and all remaining disputes between the Parties thereto relating to conduct prior to the date of the Stipulation, including, regarding adequate protection payments under the Cash Collateral Order and the Amendment Order for the month of December 2021. Hyundai must forever cease all efforts to collect any and all such amounts.

5. The Hyundai Compromise and the mutual release pursuant thereto are not amended in any way and remain in full force and effect, except as specifically set forth in the Stipulation.

###

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Stipulation.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
400 S. Hope Street, 18th Floor, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled: NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: HYUNDAI STEEL COMPANY AND DEBTOR'S STIPULATION TO DISMISS WITH PREJUDICE PORTIONS OF THE DEBTOR'S MOTION TO CORRECT ORDER GRANTING MOTION FOR SALE OF 8201 SANTA FE AVENUE, HUNTINGTON PARK, CA (DOCKET NO. 446) AND EXHIBIT TO THE SALE ORDER (DOCKET NO. 443); SUPPORTING DECLARATIONS [DOCKET NOS. 453 AND 453-1] AND TO CEASE ALL EFFORTS TO COLLECT ADEQUATE PROTECTION PAYMENTS FROM DECEMBER 2021 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 11, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See attached page**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/11/2022 | Richard Holm | /s/ Richard Holm |
|---|---|---|
| Date | Printed Name | Signature |

# ADDITIONAL SERVICE INFORMATION

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

- **David W. Meadows**     david@davidwmeadows.com
  **(Interested Party Courtesy NEF)**

- **Kelly L. Morrison**     kelly.l.morrison@usdoj.gov
  **(On behalf of US Trustee (LA))**

- **Giovanni Orantes**     go@gobklaw.com, gorantes@orantes-law.com,
  **(Debtor's Counsel)**     cmh@gobklaw.com, gobklaw@gmail.com,
  go@ecf.inforuptcy.com,
  orantesgr89122@notify.bestcase.com

- **Valerie Smith**     claims@recoverycorp.com
  **(Interested Party Courtesy NEF)**

- **U.S. Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov

- **Theron S. Covey**     tcovey@rasflaw.com
  **(On behalf of Deutsche Bank National Company)**

- **M. Jonathan Hayes**     jhayes@rhmfirm.com
  **(Interested Party Courtesy NEF)**

- **Shirley S. Cho**     scho@pszjlaw.com
  **(Interested Party Courtesy NEF)**

- **Katrina M. Brown**     kbrown@pskbfirm.com
  **(On behalf of Creditor QuarterSpot, Inc.)**

- **Hal D. Goldflam**     hgoldflam@frandzel.com
  **(Interested Party Courtesy NEF)**     dmoore@frandzel.com

- **Oscar Estrada**     oestrada@tcc.lacounty.gov
  **(On behalf of Creditor LA County Treasurer and Tax Collector)**

- **Michael T. Leary, Carrie V. Hardman**     MTLeary@winston.com, ecf_sf@winston.com,
  **(Interested Party Courtesy NEF)**     mike-leary-2899@ecf.pacerpro.com,
  pacercourtilfe@winston.com,
  chardman@winston.com

- **Robert P. Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com,
  **(Interested Party Courtesy NEF)**     goeforecf@gmail.com

- **Daniel E. Park**     dpark@parksylvalaw.com
  **(On behalf of Creditors Daniel Park, Joan Park, and Jourdain DeWerd)**

- **Derrick Talerico**     dtalerico@ztlegal.com
  **(Interested Party Courtesy NEF)**

- **Michael S. Greger, William W. Huckins**     mgreger@allenmatkins.com,
  **(Interested Party Courtesy NEF)**     whuckins@allenmatkins.com

- **Roye Zur**
  **(Interested Party Courtesy NEF)**
  
  **rzur@elkinskalt.com**

- **Julian I. Gurule**
  **(Interested Party Courtesy NEF)**
  
  **jgurule@buchalter.com**

- **Jeffrey K. Garfinkle**
  **(Interested Party Courtesy NEF)**
  
  **jgarfinkle@buchalter.com**

- **Scott B. Cohen**
  **(Interested Party Courtesy NEF)**
  
  **sbc@eblawyers.com**