1   EVAN M. JONES (S.B. # 115827)
    RICHARD HOLM (S.B. # 280688)
2   AISLING MURRAY (*admitted pro hac vice*)
    O'MELVENY & MYERS LLP
3   400 South Hope Street, 18th Floor
    Los Angeles, California  90071
4   Telephone:    (213) 430 6000
    Facsimile:    (213) 430 6407
5
    *Attorneys for Hyundai Steel Company*
6

7

8                   UNITED STATES BANKRUPTCY COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                       LOS ANGELES DIVISION

11

12  In re                                    Case No. 2:20-bk-17433-VZ

13  JONG UK BYUN,                            Chapter 11

14            Debtor.                        **SUPPLEMENTAL PROOF OF
                                             SERVICE OF HYUNDAI STEEL
15                                           COMPANY AND DEBTOR'S
                                             STIPULATION AND NOTICE OF
16                                           LODGMENT**

17                                           Date:   February 1, 2022
                                             Time:   11:00 a.m.
18                                           Place:  Courtroom 1368
                                                     255 E. Temple St.
19                                                   Los Angeles, CA 90012

20

21

22

23

24

25

26

27

28

1       I, Richard Holm, declare:

2       1.     I am employed by the law firm of O'Melveny & Myers LLP, Counsel for Creditor

3  Hyundai Steel Company ("**Hyundai**").  I am over the age of eighteen (18).  My business address

4  is 400 South Hope Street, Los Angeles, California 90071.

5       2.     On January 12, 2022, I served copies of the following materials, filed by Hyundai

6  Steel on January 11, 2022, to the parties listed in the supplemental proof of service: (i) *Hyundai*

7  *Steel Company and Debtor's Stipulation to Dismiss with Prejudice Portions of the Debtor's Motion*

8  *to Correct Order Granting Motion for Sale of 8201 Santa Fe Avenue, Huntington Park, CA (Docket*

9  *No. 446) and Exhibit to the Sale Order (Docket No. 443); Supporting Declarations [Docket Nos.*

10  *453 and 453-1] and to Cease All Efforts to Collect Adequate Protection Payments for December*

11  *2021*, and (ii) *Notice of Lodgment of Order in Bankruptcy Case re: Hyundai Steel Company and*

12  *Debtor's Stipulation to Dismiss with Prejudice Portions of the Debtor's Motion to Correct Order*

13  *Granting Motion for Sale of 8201 Santa Fe Avenue, Huntington Park, CA (Docket No. 446) and*

14  *Exhibit to the Sale Order (Docket No. 443); Supporting Declarations [Docket Nos. 453 and 453-*

15  *1] and to Cease All Efforts to Collect Adequate Protection Payments for December 2021.*

16

17       I declare under penalty of perjury under the laws of the State of California and of the United

18  States of America that the foregoing is true and correct.

19

20     Dated:  January 12, 2022           RICHARD HOLM
                                       O'MELVENY & MYERS LLP

21

22                           By:     

23                                  Richard Holm
                                    Attorneys for Creditor

24                                  Hyundai Steel Company

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
400 S. Hope Street, 18th Floor, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled:  SUPPLEMENTAL PROOF OF SERVICE OF HYUNDAI STEEL COMPANY AND DEBTOR'S STIPULATION AND NOTICE OF LODGMENT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 12, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See attached page**

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On January 12, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**See attached page**

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/12/2022 | Richard Holm | /s/ Richard Holm |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## ADDITIONAL SERVICE INFORMATION

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **David W. Meadows**
  **(Interested Party Courtesy NEF)**
  david@davidwmeadows.com

- **Kelly L. Morrison**
  **(On behalf of US Trustee (LA))**
  kelly.l.morrison@usdoj.gov

- **Giovanni Orantes**
  **(Debtor's Counsel)**
  go@gobklaw.com, gorantes@orantes-law.com, cmh@gobklaw.com, gobklaw@gmail.com, go@ecf.inforuptcy.com, orantesgr89122@notify.bestcase.com

- **Valerie Smith**
  **(Interested Party Courtesy NEF)**
  claims@recoverycorp.com

- **U.S. Trustee (LA)**
  ustpregion16.la.ecf@usdoj.gov

- **Theron S. Covey**
  **(On behalf of Deutsche Bank National Company)**
  tcovey@rasflaw.com

- **M. Jonathan Hayes**
  **(Interested Party Courtesy NEF)**
  jhayes@rhmfirm.com

- **Shirley S. Cho**
  **(Interested Party Courtesy NEF)**
  scho@pszjlaw.com

- **Katrina M. Brown**
  **(On behalf of Creditor QuarterSpot, Inc.)**
  kbrown@pskbfirm.com

- **Hal D. Goldflam**
  **(Interested Party Courtesy NEF)**
  hgoldflam@frandzel.com
  dmoore@frandzel.com

- **Oscar Estrada**
  **(On behalf of Creditor LA County Treasurer and Tax Collector)**
  oestrada@tcc.lacounty.gov

- **Michael T. Leary, Carrie V. Hardman**
  **(Interested Party Courtesy NEF)**
  MTLeary@winston.com, ecf_sf@winston.com, mike-leary-2899@ecf.pacerpro.com, pacercourtilfe@winston.com, chardman@winston.com

- **Robert P. Goe**
  **(Interested Party Courtesy NEF)**
  kmurphy@goeforlaw.com, rgoe@goeforlaw.com, goeforecf@gmail.com

- **Daniel E. Park**
  **(On behalf of Creditors Daniel Park, Joan Park, and Jourdain DeWerd)**
  dpark@parksylvalaw.com

- **Derrick Talerico**
  **(Interested Party Courtesy NEF)**
  dtalerico@ztlegal.com

- **Michael S. Greger, William W. Huckins**
  **(Interested Party Courtesy NEF)**
  mgreger@allenmatkins.com, whuckins@allenmatkins.com

- **Roye Zur**                                                **rzur@elkinskalt.com**
  **(Interested Party Courtesy NEF)**

- **Julian I. Gurule**                                     **jgurule@buchalter.com**
  **(Interested Party Courtesy NEF)**

- **Jeffrey K. Garfinkle**                              **jgarfinkle@buchalter.com**
  **(Interested Party Courtesy NEF)**

- **Scott B. Cohen**                                       **sbc@eblawyers.com**
  **(Interested Party Courtesy NEF)**

## 2.  **TO BE SERVED VIA U.S. MAIL**

**Secured Creditors**

| | |
|---|---|
| Adv. Fin./grand Pacific<br>5900 Pasteur Ct Ste 200<br>Carlsbad, CA 92008 | Allen Park<br>440 S. Vermont Ave. Ste. 301<br>Los Angeles, CA 90010 |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634 | Complete Business Solutions Group<br>c/o Joe Cole<br>20 N. 3rd Street<br>Philadelphia, PA 19106 |
| Bank of Hope<br>c/o Frandzel Robins Bloom & Csato<br>Attn: Hal D. Goldflam<br>1000 Wilshire Blvd., 19th Fl.<br>Los Angeles, CA 90017 | Jong Uk Byun<br>8201 Santa Fe Ave.<br>Huntington Park, CA 90255 |
| Los Angeles County Tax Collector<br>Bankruptcy Unit<br>P.O. Box 54110<br>Los Angeles, CA 90054-0110 | M&A Equitiies, LLC<br>c/o Allen Park<br>440 S. Vermont Ave., Ste. 301<br>Los Angeles, CA 90010 |
| Packo Investments<br>c/o Allen Park<br>440 S. Vermont Ave., Ste. 301<br>Los Angeles, CA 90020 | San Bernardino County Tax Collector Attn: Director or Executive Officer 172 West Third St., First Floor San Bernardino, CA 92415-0360 |
| Soo Yeong Kim<br>Yeon Shim Song<br>8300 Santa Fe Ave<br>Huntington Park, CA 90255 | Soo Yeong Kim<br>c/o J.J. Kim & Associates, P.C.<br>9252 Graden Grove Blvd., Suite 23<br>Garden Grove, CA 92844 |
| Toni Ko<br>1100 S. Hope Street<br>Los Angeles, CA 90015 | Toni Ko<br>c/o Shirley S. Cho, Esq.<br>10100 Santa Monica Blvd., 13th Fl<br>Los Angeles, CA 90067 |
| Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>1100 Corporate Center Drive<br>Raleigh, NC 27607 | Yeon Shim Song<br>c/o J.J. Kim & Associates<br>9252 Garden Grove Blvd., Ste. 23<br>Garden Grove, CA 92844 |
| Complete Business Solutions Group Attn: President or Corp. Officer 141 N. 2nd St.<br>Philadelphia, PA 19106 | Hyundai Steel Company<br>c/o Taejoong Kim<br>10550 Talbert Ave., Fl 2<br>Fountain Valley, CA 92708 |
| Soo Yeong Kim<br>Yeon Shim Song<br>8300 Santa Fe Ave<br>Huntington Park, CA 90255 | Toni Ko<br>c/o Fox Rothschild, LLP<br>345 California St., Suite 2200<br>San Francisco, CA 94104 |

| | |
|---|---|
| Richard A. Marschack (TR)<br>870 Roosevelt<br>Irvine, CA 92620 | Richard A. Marschack<br>c/o Goe Forsythe & Hodges LLP<br>18101 Von Karman Ave., Suite 1200<br>Irvine, CA 92612 |
| Bae Family Trust<br>c/o Young U. Bae<br>c/o Packo Investments, Inc.<br>440 S. Vermont Ave. #301<br>Los Angeles, CA 90020 | BFS West, Inc.<br>c/o King & Associates<br>Attn: President or Corp. Officer<br>13 Corporate Plaza, Suite 200<br>Newport Beach, CA 92660 |
| Kap Chan Chong<br>c/o Christine Chong, Esq.<br>3580 Wilshire Blvd., Ste. 900<br>Los Angeles, CA 90010 | Mohamed Sanfaz<br>c/o Packo Invvestments, Inc.<br>440 S. Vermont Ave., Ste. 301<br>Los Angeles, CA 90020 |
| Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>Po Box 65250<br>Salt Lake City, UT 84165 | Southern Counties Oil, Co.<br>1800 W. Katella Ave., Ste. 400<br>Orange, CA 92867 |
| Wells Fargo Bank NA<br>Attn: Bankruptcy<br>P.O. Box 10438<br>Des Moines, IA 50306 | BFS West, Inc.<br>Attn: President or Corp. Officer<br>3301 University<br>Pompano Beach, FL 33065 |
| L. Peter Ryan<br>Fox Rothschild, LLP<br>345 California Street, Ste. 2200<br>San Francisco, CA 94104 | Wilshire State Bank<br>3200 Wilshire Blvd<br>Los Angeles, CA 90010 |
| United States Trustee<br>915 Wilshire Blvd., Ste. 1850<br>Los Angeles, CA 90017 | San Bernardino County<br>Collections Unit<br>825 East Hospitality Lane, First Fl.<br>San Bernardino, CA 92415-0914 |
| Broadway Advance Funding LLC<br>Attn: Managing member or Corp. Officer<br>141 N. 2nd. St.<br>Philadelphia, PA 19106 | C.P. Construction Co. Inc.<br>c/o ANDERSON & LEBLANC, A.P.L.C.<br>1365 West Foothill Boulevard<br>Updand, CA 91786 |

## OTHER PARTIES

| | |
|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Franchise Tax Board<br>Bankruptcy Section,<br>MS: A-340<br>P. 0. Box 2952<br>Sacramento, CA 95812-2952 |
| United States Attorney's Office Federal<br>Building, Room 7516<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 | United States Department of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044 |

| | |
|---|---|
| Attn: Managing Member<br>Banc of America Leasing & Capital LLC 2059<br>Northlake Parkway 4 South Tucker, GA 30084 | Attn: President or Corporate Officer<br>People's Capital and Leasing Corp.<br>850 Main Street BC03/RC871<br>Bridgeport CT, 06604 |
| Attn: Managing Member<br>DLI Assets Bravo LLC<br>550 No. Brand Blvd., #2000<br>Glendale, CA 91203 | Raymond A. Policar<br>c/o Quinn Company, Inc.<br>Law Offices of Raymond A. Policar<br>P.O. Box 74093<br>Davis, CA 95617 |
| ATTN: President or Corp. Officer<br>Quinn Company, Inc.<br>10006 Rose Hills Rd<br>City Of Industry, CA 90601 | Attn: President or Corp. Officer<br>BW Transportation Solutions Inc.<br>21092 Bake PKWY #114<br>Lake Forrest CA, 92630 |
| Antonio B Whitley<br>2604 Cabrillo Place<br>Carlsbad, CA 92008 | Hon. Vincent Zurzolo<br>United States Bankruptcy Court<br>Roybal Fed. Bldg.<br>255 E. Temple Street, Suite 1360<br>Los Angeles, CA 90012 |
| Nublock Partners<br>c/o Feldman Berman Schwartz LLP<br>20750 Ventura Boulevard, #201<br>Woodland Hills, CA 91364 | Nublock Partners<br>Attn: President or Corporate Officer 9000 West Sunset<br>Blvd., Suite 1100 West Hollywood, CA 90069 |