1

GIOVANNI ORANTES – State Bar No. 190060
**THE ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd. – Suite 2920
Los Angeles, CA 90010
Telephone: (213) 389-4362
Facsimile: (877) 789-5776
go@gobklaw.com

2

3

4

5

Counsel for Debtor and Debtor-In-Possession

6

7

8

**UNITED STATES BANKRUPTCY COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

**LOS ANGELES DIVISION**

11

12

In re:

13

JONG UK BYUN,

14

Debtor and Debtor-In-
Possession.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:20-bk-17433-VZ

Chapter 11

**ORDER GRANTING DEBTOR'S
MOTION TO REOPEN OR AMEND
ORDER GRANTING MOTION FOR
SALE OF 8201 SANTA FE AVENUE,
HUNTINGTON PARK, CA (DOCKET
NO. 446) AND EXHIBIT TO THE SALE
ORDER (DOCKET NO. 443)**

**HEARINGS**
Date:        February 1, 2022
Time:        11:00 a.m.
Place:       Courtroom 1368
             255 E. Temple Street,
             Los Angeles, CA 90012

FILED & ENTERED

FEB 09 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson   DEPUTY CLERK

1    The Court, having read and considered the Debtor's Motion To Reopen Or Amend Order

2    Granting Motion For Sale Of 8201 Santa Fe Avenue, Huntington Park, CA (Docket No. 446) and

3    Exhibit to the Sale Order (Docket No. 443) (the  "**Motion**") as well as that Hyundai Steel

4    Company and Debtor's Stipulation to Dismiss With Prejudice Portions of the Debtor's Motion to

5    Correct Order Granting Motion for Sale of 8201 Santa Fe Avenue, Huntington Park, CA (Docket

6    No. 446) and Exhibit to the Sale Order filed as Docket No. 459 ("**Stipulation**") filed by Debtor

7    on January 11, 2022 between Hyundai and Debtor and the Order (Docket No. 466) entered on

8    January 13, 20022 approving the Stipulation, with good cause appearing, orders as follows:

9    The Motion is GRANTED **only** as to the request to remove Nublock Partners as a seller's

10    brokers.

11    Nublock Partners is deemed removed from the Exhibit to the Sale Order (Docket No. 443)

12    as it is incorrectly identified as one of the seller's brokers.

13

14     ORDERED.

15                                                    ###

16

17

18

19

20

21

22

23

24    Date: February 9, 2022

25                                        Vincent P. Zurzolo
                                          United States Bankruptcy Judge

26

27

28