Giovanni Orantes, SBN 190060
THE ORANTES LAW FIRM, P.C.
3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010
Telephone: (213) 389-4362
Facsimile: (877) 789-5776
go@gobklaw.com

Attorney for Debtor

David W. Meadows (CA Bar No. 137052)
LAW OFFICES OF DAVID W. MEADOWS
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Telephone: 310-5578490
david@davidwmeadowslaw.com

Counsel to Secured Creditors Packo Investments, Inc., Allen Park, Mohamed Sanfaz, and The Bae Family Trust

**FILED & ENTERED**

**APR 19 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JONG UK BYUN,<br><br>    Debtor and Debtor-in-Possession | Case No.: 2:20-bk-17433-VZ<br><br>Chapter 11<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION BY JUNIOR LIENHOLDERS AND DEBTOR TO DISMISS CHAPTER 11 CASE**<br><br>Date:   April 19, 2022<br>Time:  11:00 a.m.<br> Place: Courtroom 1368<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

1

A hearing was held on the *JOINT MOTION BY JUNIOR LIENHOLDERS AND DEBTOR TO DISMISS CHAPTER 11 CASE* (Docket No. 506). Appearances are noted on the record.

Based on the findings and conclusions made on the record, **IT IS ORDERED**:

1. The Motion is GRANTED IN PART and DENIED IN PART because **the Motion is granted except for the request that "affirming the post-dismissal effectiveness of all Bankruptcy Court orders."**

2. The Court approves the provisions for disbursements and subsequent dismissal of the case as set forth in the Motion, including dismissing the Debtor's Chapter 11 bankruptcy case conditioned upon (a) the payment in full of all outstanding quarterly fees owed to the United States Trustee in advance of the dismissal date, (b) the payment of reasonable and documented professional fees incurred by counsel to the Debtor upon request by any objecting party, and (c), authorization for payment and directing such payment in fact of the amounts set forth in the Motion's Waterfall.

3. Disbursements are to be made by the Debtor within 14 days after entry of the Court's order approving this Motion and, if there is no appeal of such order, this case is dismissed and the clerk of the Court should enter dismissal of the case after the Debtor files a declaration that all disbursements have been made; and,

4. The effect of dismissal shall not be to revest any property transferred or sold subject to Bankruptcy Code §363 or alter any orders in aid of implementation of the order approving a sale under Bankruptcy Code §363, such as docket ##446, 458, and 492.

###

Date: April 19, 2022

Vincent P. Zurzolo
United States Bankruptcy Judge

2