Giovanni Orantes (State Bar No. 190060)
**THE ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd. Suite 2920
Los Angeles, CA 90010
Telephone: (213) 389-4362
Facsimile: (877) 789-5776
go@gobklaw.com

Counsel for Debtor and
Debtor-In-Possession Jong Uk Byun

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Jong Uk Byun,<br><br>            Debtor and Debtor-in-Possession. | Case 2:20-bk-17433-VZ<br><br>Chapter 11<br><br>**STATUS REPORT AND REQUEST TO VACATE AS MOOT THE FOLLOWING HEARINGS:**<br><br>**1) ORDER TO SHOW CAUSE (Docket No. 219);**<br><br>**2) MOTION TO CONVERT CASE (Docket No. 242); and,**<br><br>**3) MOTION TO APPROVE ADEQUACY OF DISCLOSURE STATEMENT (Docket No. 248)**<br><br>**HEARING INFORMATION:**<br><br>Date:     May 5, 2022<br>Time:    11:00 A.M.<br>Place:    Crtrm: 1368<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

-1-

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; AND THE OFFICE OF THE UNITED STATES TRUSTEE AND INTERESTED PARTIES:**

On January 20, 2022, the Debtor filed a Motion For Continuance (Docket No. 473) ("Continuance Motion") and a continuance of the deadlines were set by that Order Granting Debtor's Motion For Continuance Of Hearings On 1) Motion To Convert Case (Docket No. 242) (the "Motion to Convert"); 2) Motion To Approve Adequacy Of Disclosure Statement (Docket No. 248); And 3) Order To Show Cause Why Chapter 11 Case Should Not Be Converted Or Dismissed (Docket No. 477) (collectively, the "Continuance Order") was granted to May 5, 2022 at 11:00 A.M.

On March 29, 2022, the Debtor filed the Joint Motion By Junior Lienholders And Debtor To Dismiss Chapter 11 Case; Memorandum Of Points And Authorities; Supporting Declarations (Docket No. 506) (the "Motion to Dismiss").

The party that filed the Motion to Convert did not object to either the Continuance Motion or the Motion to Dismiss, despite receiving notice.

On April 19, 2022, this Court held a hearing on the Motion to Dismiss. The Court granted the Motion to Dismiss and entered that Order Granting In Part And Denying In Part Joint Motion By Junior Lienholders And Debtor To Dismiss Chapter 11 Case (Docket No. 519) (the "Dismissal Order").

On April 21, 2022, the Debtor, through counsel, filed Declarations evidencing that all disbursements required by the Motion to Dismiss and the Dismissal Order have been made. Since that was the only prerequisite to dismissal, the case is dismissed in accordance with the Dismissal Order.

Therefore, the Debtor requests that the Court vacate the pending matters set to be heard on May 5, 2022 as moot.

Date: April 21, 2022          **THE ORANTES LAW FIRM, P.C.**
                              By:   /s/ Giovanni Orantes
                                    Giovanni Orantes, Esq.
                                    Attorney for Debtor and
                                    Debtor-in-Possession